B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re   **MARTIFER AURORA SOLAR, LLC**
                                    Debtor(s)

Case No. _____
Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Ability to..., Inc.<br>1660 South Albion St. Suite 906<br>Denver, CO 80222 | Ability to..., Inc.<br>1660 South Albion St. Suite 906<br>Denver, CO 80222 | | | Unknown |
| Bella Energy, Inc.<br>500 S. Arthur Ave., Suite 300<br>Louisville, CO 80027 | Bella Energy, Inc.<br>500 S. Arthur Ave., Suite 300<br>Louisville, CO 80027 | | | Unknown |
| California Franchise Tax Board<br>P.O. Box 942857<br>Sacramento, CA 94257-0531 | California Franchise Tax Board<br>P.O. Box 942857<br>Sacramento, CA 94257-0531 | | | Unknown |
| Cathay Bank<br>High Technology Division<br>20111 Stevens Creek Blvd. #200<br>Cupertino, CA 95014 | Cathay Bank<br>High Technology Division<br>20111 Stevens Creek Blvd. #200<br>Cupertino, CA 95014 | | Contingent<br>Unliquidated<br>Disputed | 6,302,000.00<br><br>(Unknown secured) |
| E Light Electric Services, Inc.<br>361 Inverness Dr. S.<br>Suite B<br>Englewood, CO 80112 | E Light Electric Services, Inc.<br>361 Inverness Dr. S.<br>Suite B<br>Englewood, CO 80112 | | | Unknown |
| Martifer Construcoes Metalomecanicas, SA<br>Apartado 17<br>Z.I. De Oliveira De Frades 17<br>Oliveira De Frades EX PT 3684-001 | Martifer Construcoes Metalomecanicas, SA<br>Apartado 17<br>Z.I. De Oliveira De Frades 17 | | | Unknown |
| Martifer Solar USA, Inc.<br>2040 Armacost Avenue, 2nd Floor<br>Los Angeles, CA 90025 | Martifer Solar USA, Inc.<br>2040 Armacost Avenue, 2nd Floor<br>Los Angeles, CA 90025 | | | Unknown |
| Pfosi and Sons, LLC<br>1160 Nottingham Street<br>Lafayette, CO 80026 | Pfosi and Sons, LLC<br>1160 Nottingham Street<br>Lafayette, CO 80026 | | | Unknown |

B4 (Official Form 4) (12/07) - Cont.

In re  **MARTIFER AURORA SOLAR, LLC**
                    Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Shea Labagh Dobberstein 505 Montgomery Street, 5th Fl. San Francisco, CA 94111 | Shea Labagh Dobberstein 505 Montgomery Street, 5th Fl. San Francisco, CA 94111 | | | Unknown |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **January 21, 2014**          Signature  _____
                                              Roland Kiser
                                              Manager

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.