_____
Honorable August B. Landis
United States Bankruptcy Judge

**Entered on Docket**
**January 22, 2014**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

| | |
|---|---|
| In re: | Case No. 14-10355-ABL |
| MARTIFER AURORA SOLAR, LLC, | Chapter 11 |
| Debtor. | Hearing Date: March 5, 2014<br>Hearing Time: 11:00 a.m. |

**ORDER SETTING STATUS CONFERENCE**

A status conference is scheduled for **March 5, 2014 at 11:00 a.m.**, pursuant to 11 U.S.C. § 105(d), in the Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada, in Courtroom 1 before Judge August B. Landis. The Court hereby ORDERS:

At least five days before such date, the debtor shall file a status report on its effort to develop a plan of reorganization, including an estimate of when a plan will be filed, and any reason why the filing of a plan may be delayed. The status report shall include a proposed budget. The status report, including the budget, shall be no more than five pages.

The Court may make such other orders as are appropriate and authorized under 11 U.S.C. § 105(d)(2) at such status hearing.

Notice and copies sent through:

CM/ECF ELECTRONIC NOTICING AND/OR BNC MAILING MATRIX

# # #

1