Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
The Schwartz Law Firm, Inc.
6623 Las Vegas Blvd. South
Suite 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Attorneys for Martifer Solar, Inc.

E-FILED: January 22, 2014

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Martifer Solar, USA, Inc. | ) Case No.: 14-10357-ABL |
| | ) |
|                Debtor. | ) |
| | ) |
| _____ | ) |

**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**

TO: CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE ATTORNEY OF RECORD, THE U.S. TRUSTEE AND TO ALL PARTIES IN INTEREST

    The Schwartz Law Firm, Inc. hereby appears on behalf of Martifer Solar, Inc., and requests special notice of all hearings, actions, contested matters and adversary proceedings in the above-referenced case, together with copies of all notices, pleadings, motions, responses and other related materials that are issued or filed in connection with these proceedings. Pursuant to Federal Rule of Bankruptcy Procedure 2002(g), all notices and copies in response to the foregoing, and all notices required to be mailed to Martifer Solar, Inc. pursuant to Bankruptcy Rule 2002, should be sent to the following:

///

Samuel A. Schwartz, Esq.
The Schwartz Law Firm, Inc.
6623 Las Vegas Blvd. South
Suite 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702)385-2741
sam@schwartzlawyers.com

DATED: January 22, 2014.

The Schwartz Law Firm, Inc.

/s/ Samuel A. Schwartz
Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
The Schwartz Law Firm, Inc.
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Attorneys for Martifer Solar, Inc.