BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
MICAELA RUSTIA MOORE, ESQ.
Nevada Bar No. 9676
**FOX ROTHSCHILD LLP**
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
         mmoore@foxrothschild.com
*[Proposed] Counsel for Martifer Aurora Solar, LLC*

Electronically Filed January 22, 2014

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>MARTIFER AURORA SOLAR, LLC,<br>a Nevada limited liability company,<br><br>Debtor. | Case No. BK-S-14-10355-abl<br><br>Chapter 11<br><br>**DESIGNATION OF RESPONSIBLE PERSONS** |

Pursuant to the U.S. Trustee Guidelines, debtor and debtor-in-possession, Martifer Aurora Solar, LLC ("Debtor"), debtor and debtor in possession in the above-captioned case (the "Chapter 11 Case"), by and through its attorneys, the law firm of Fox Rothschild LLP, hereby designates Roland Kiser, Chief Executive Officer, and Klaus Bernhart, Chief Financial Officer, as the natural persons responsible for the duties and obligations of Debtor in the Chapter 11 Case. Mr. Kiser and Mr. Bernhart can be located at 2040 Armacost Avenue, 2nd Floor, Los Angeles, California 90025 and reached at (310) 820-7080.

DATED this 22nd day of January 2014.

                                                      **FOX ROTHSCHILD LLP**

                                                      By:    */s/Brett A. Axelrod*
                                                             BRETT A. AXELROD, ESQ.
                                                              Nevada Bar No. 5859
                                                              MICAELA RUSTIA MOORE, ESQ.
                                                              Nevada Bar No. 9676

                                                      *[Proposed] Counsel for Martifer Aurora Solar, LLC*