Michael Gerard Fletcher (CA State Bar No. 070849)
mfletcher@frandzel.com
Reed S. Waddell (CA State Bar No. 106644)
rwaddell@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 Wilshire Boulevard, Seventeenth Floor
Los Angeles, California 90048-4920
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Cathay Bank, a California banking corporation

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>MARTIFER AURORA SOLAR LLC,<br><br>Debtor. | CASE No. BK 14-10355 ABL<br><br>Chapter 11<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT** |

Comes now, Reed S. Waddell, Petitioner, and respectfully represents to the Court:

1. That Petitioner resides in Los Angeles, California.

2. That Petitioner is an attorney at law, and is Of Counsel to the law firm of Frandzel Robins Bloom & Csato, L.C. ("FRBC"), with offices at 6500 Wilshire Boulevard, 17th Floor, Los Angeles, California 90048, telephone number (323) 852-1000.

3. That Petitioner has been retained as an attorney with FRBC by Cathay Bank, a California banking corporation ("Bank") to provide legal representation in connection with the above-entitled case now pending before this Court.

4. That since December 1982, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California where Petitioner regularly practices law.

///

5. That Petitioner was admitted to practice before the following state and federal courts on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted |
|---|---|
| State of California | 12/03/1982 |
| U.S. District Court, Central District of California | 12/16/1982 |
| U.S. District Court, Southern District of California | 01/07/1985 |
| U.S. District Court, Eastern District of California | 07/03/1985 |
| U.S. District Court, Northern District of California | 08/06/1985 |
| U.S. Court of Appeals, Ninth Circuit | 08/01/1985 |
| U.S. Court of Appeals, Third Circuit | 07/22/2013 |

6. That there are and have been no disciplinary proceedings instituted against Petitioner, or any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings.

7. That Petitioner has never been denied admission to the State Bar of Nevada, or any other Court to which Petitioner has applied for admission.

8. That Petitioner is a member of good standing of the State Bar of California.

9. Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

///

///

///

///

///

///

///

///

1376382.1 | 023000-0918

| Date of Application | Cause | Title of Court | Was Application Granted or Denied |
|---|---|---|---|
| April 17 2012<br><br>[RSM Case Docket No. 42] | *In Re RSM Residential Properties, LLC*. Case No. 11-BK-16344-MKN | United States Bankruptcy Court, District of Nevada, Las Vegas | **Granted**: May 12, 2012<br><br>[RSM Case Docket No. 45] |
| January 22, 2013 | *In re Martifer Solar USA, Inc.*, Case No. 14-BK-10357-ABL | United States Bankruptcy Court, District of Nevada, Las Vegas | **Now Pending before this Court** |

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this Court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

13. That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

DATED: January 22, 2014

FRANDZEL ROBINS BLOOM & CSATO, L.C.
MICHAEL GERARD FLETCHER
REED S. WADDELL

By: _____
REED S. WADDELL
Attorneys for Cathay Bank, a California banking corporation

///
///
///

1376382.1 | 023000-0918

3

///

STATE OF CALIFORNIA                )
                                   )
COUNTY OF LOS ANGELES              )

On January 22, 2014, before me, Eleane Pang, a Notary Public, personally appeared Reed S. Waddell, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument, and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

*/s/ Eleane Pang*
Notary Public



ELEANE PANG
Commission # 1875147
Notary Public - California
Los Angeles County
My Comm. Expires Jan 25, 2014

1376382.1 | 023000-0918                     4