1  Michael Gerard Fletcher (CA State Bar No. 070849)
   mfletcher@frandzel.com
2  Reed S. Waddell (CA State Bar No. 106644)
   rwaddell@frandzel.com
3  FRANDZEL ROBINS BLOOM & CSATO, L.C.
   6500 Wilshire Boulevard, Seventeenth Floor
4  Los Angeles, California  90048-4920
   Telephone: (323) 852-1000
5  Facsimile: (323) 651-2577

6  Attorneys for Cathay Bank, a California banking
   corporation
7

8              UNITED STATES BANKRUPTCY COURT

9                  DISTRICT OF NEVADA

10

11 In re                                  | CASE No. BK  14-10355 ABL

12 MARTIFER AURORA SOLAR, LLC             | Chapter 11

13                                        | **DESIGNATION OF LOCAL COUNSEL**
                    Debtor.               | **AND CONSENT THERETO**
14

15        The undersigned, Reed S. Waddell, Of Counsel to Frandzel Robins Bloom & Csato LC,

16 ("FRBC") attorneys of record for Cathay Bank, a California banking corporation ("Bank"), a

17 creditor and party-in-interest herein, and Michael G. Fletcher, a shareholder of FRBC have each

18 submitted to the Court a "Verified Petition for Permission to Practice in this Case Only." Not

19 being admitted to the bar of this Court, and not maintaining an office an Office in the District of

20 Nevada for the practice of law, the undersigned believes it to be in the best interest of the client to

21 designate Randolph L. Howard of the law firm, KOLESAR & LEATHAM, who is a member of

22 the State Bar of Nevada and previously admitted to practice before the above-entitled Court, as

23 associate local counsel in this matter.

24        ///

25        ///

26        ///

27        ///

28        ///

1376256.1 | 023000-0918                         1

1 | The address of said designated Nevada Counsel is:

2 |     RANDOLPH L. HOWARD, ESQ. (State Bar No. 6688)
    KOLESAR & LEATHAM
3 |     400 South Rampart Ave., Suite 400
    Las Vegas, Nevada  89145
4 |     Phone: (702) 362-7800
    Fax:  (702) 362-9472
5 |     Email:  RHoward@klnevada.com

6 |     By this Designation, the undersigned attorneys and parties agree that all documents and

7 | other papers issued out of this Court in the above-entitled case may be served on the designated

8 | local counsel.  Further, said local counsel shall be responsible for providing copies of the same to

9 | the co-counsel.  Further, this designation constitutes agreement and authorization by the

10 | undersigned for the designated local counsel to sign stipulations binding on all of us.  The time for

11 | performing any act under applicable Rule shall run from the date of service on the local counsel.

12 | DATED: January 22, 2014        FRANDZEL ROBINS BLOOM & CSATO, L.C.
    MICHAEL GERARD FLETCHER
13 |     REED S. WADDELL

14 |

15 |     By:

16 |     REED S. WADDELL
    Attorneys for Cathay Bank, a California banking
17 |     corporation

18 |

19 | ///

20 | ///

21 | ///

22 | ///

23 | ///

24 | ///

25 | ///

26 | ///

27 | ///

28 | ///

FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048-4920
(323) 852-1000

1376256.1 | 023000-0918

2

FRANDZEL ROBINS BLOOM & CSATO, L.C.
6500 WILSHIRE BOULEVARD, 17TH FLOOR
LOS ANGELES, CALIFORNIA 90048-4920
(323) 852-1000

1

## CONSENT OF DESIGNATED NEVADA COUNSEL

2    The undersigned hereby consents to serve as associate Nevada counsel in this case and

3  agrees that he is responsible for being counsel upon whom all documents and other papers issued

4  out of this Court shall be served, and that he is responsible to transmit copies of all documents and

5  other papers so served to the admitted out of state counsel of record and to keep such counsel

6  informed as to the status of the case.

7  DATED: January __23__, 2014              KOLESAR & LEATHAM
                                            RANDOLPH L. HOWARD
8

9
                                    By:      /s/ Randolph L. Howard
10                                          Designated Local Counsel for Cathay Bank, a
11                                          California Banking Corporation

12

13

14  ## APPOINTMENT OF DESIGNATED NEVADA COUNSEL

15    Cathay Bank, a California banking corporation, creditor and party in interest herein, hereby

16  designates and appoints Randolph L. Howard of KOLESAR & LEATHAM as its Designated

17  Nevada Counsel.

18  DATED: January 22 2014              CATHAY BANK, a California banking corporation

19

20

21                                  By:      Eileen Lewes
                                            EILEEN LEWIS, VICE PRESIDENT
22

23

24

25

26

27

28

1376256.1 | 023000-0918                          3