

_____
Honorable August B. Landis
United States Bankruptcy Judge

**Entered on Docket**
**January 23, 2014**

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
MICAELA RUSTIA MOORE, ESQ.
Nevada Bar No. 9676
**FOX ROTHSCHILD LLP**
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
         mmoore@foxrothschild.com
*[Proposed] Counsel for Martifer Aurora Solar, LLC*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>MARTIFER AURORA SOLAR, LLC, a Nevada limited liability company,<br><br>Debtor. | Case No. BK-S-14-10355-abl<br><br>Chapter 11<br><br>**ORDER SHORTENING TIME AND NOTICE OF HEARING ON DEBTOR'S EMERGENCY FIRST DAY MOTIONS AND LIMITING NOTICE THEREOF**<br><br>Hearing Date: January 28, 2014<br>Hearing Time: 9: 30 a.m. |

This Court, having reviewed and considered the Ex Parte Application For Order Shortening Time For Hearing (the "Application") on Debtor's Emergency First Day Motions (collectively, the "Emergency First Day Motions") and Limiting Notice Thereof filed by Martifer Aurora Solar, LLC ("Aurora" or "Debtor"), and for good cause appearing therefor;

**IT IS HEREBY ORDERED** and **NOTICE IS HEREBY GIVEN** that an emergency hearing on the Emergency First Day Motions will be held before the Honorable August B. Landis, United

ACTIVE 24530611v1 01/22/2014        1

1  States Bankruptcy Judge in the Foley Federal Building located at 300 Las Vegas Boulevard South,

2  Courtroom 1, Las Vegas, Nevada 89101, on **Tuesday, January 28, 2014** at the hour of _ 9:30 a.m. _,

3  with respect to the following Emergency First Day Motions filed in this case:

      1.    *Motion for Joint Administration;*

      2.    *Designation of Responsible Persons; and*

      3.    *Motion for Extension of Time to File Schedules and Statements.*

**NOTICE IS FURTHER GIVEN** that the Emergency First Day Motions are available electronically through the Court's CM/ECF system at http://ecf.nvb.uscourts.gov (PACER account required). Copies of the Emergency First Day Motions may also be obtained by contacting Debtor's proposed reorganization counsel, Fox Rothschild, LLP, Attn: Patricia Chlum, Telephone: (702) 262-6899.

**NOTICE IS FURTHER GIVEN** that any response, including any opposition or objection, to the Emergency First Day Motions must be in writing and must, by _ January 27, 2014 by 5:00 p.m. _, (1) be filed with the Court, (2) delivered to chambers and (3) received by the following parties by email or facsimile:

    a.    The Office of the United States Trustee:

        Office of the United States Trustee
        Attn: J. Michal Bloom
        300 Las Vegas Blvd. South, Suite 4300
        Las Vegas, NV 89101
        Facsimile: (702) 388-6658
        Email: j.michal.bloom@usdoj.gov

    b.    Debtor's proposed counsel:

        Fox Rothschild LLP
        Attention: Brett A. Axelrod, Esq. and Micaela Rustia Moore, Esq.
        3800 Howard Hughes Pkwy., Suite 500
        Las Vegas, Nevada 89169
        Facsimile: (702) 597-5503
        Email: baxelrod@foxrothschild.com; mmoore@foxrothschild.com

**NOTICE IS FURTHER GIVEN** that any party that wishes to participate telephonically in the above-referenced hearing must obtain authorization from the Court and then contact Court Call at

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

(866) 582-6878, to make arrangements.  Additional information regarding telephonic appearances is available at http://www.nvb.uscourts.gov/judges/procedures/court-call/.

**IT IS SO ORDERED.**

Prepared and respectfully submitted by:

**FOX ROTHSCHILD LLP**

By  s/Brett A. Axelrod
   BRETT A. AXELROD, ESQ.
   Nevada Bar No. 5859
   MICAELA RUSTIA MOORE, ESQ.
   Nevada Bar No. 9676
   3800 Howard Hughes Parkway, Suite 500
   Las Vegas, Nevada 89169
 *[Proposed] Counsel for Martifer Aurora Solar, LLC*

# # #

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada  89169
(702) 262-6899
(702) 597-5503 (fax)

ACTIVE 24530611v1 01/22/2014                     3