# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number  14–10355–abl**
**Chapter 11**

In re: (Name of Debtor)
    MARTIFER AURORA SOLAR, LLC
    2040 ARMACOST AVENUE #2
    LOS ANGELES, CA 90025

Social Security No.:

ORDER APPROVING VERIFIED PETITION

The Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court filed by REED S. WADDELL, ESQ. is approved.

Dated: 1/24/14

BY THE COURT

Mary A. Schott
Clerk of the Bankruptcy Court