BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
MICAELA RUSTIA MOORE, ESQ.
Nevada Bar No. 9676
**FOX ROTHSCHILD LLP**
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
        mmoore@foxrothschild.com
*[Proposed] Counsel for Martifer Aurora Solar, LLC*

Electronically Filed January 27, 2014

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-S-14-10355-abl |
| MARTIFER AURORA SOLAR, LLC, a Nevada limited liability company, | Chapter 11 |
| Debtor. | **CERTIFICATE OF SERVICE OF (1) MOTION FOR ORDER (I) AUTHORIZING DEBTORS TO OBTAIN POSTPETITION FINANCING; (II) GRANTING RELATED RELIEF; AND (III) SCHEDULING FINAL HEARING; (2) DECLARATION OF JAMES WONG; (3) MOTION FOR ORDER ESTABLISHING CERTAIN CASE MANAGEMENT, NOTICE AND ADMINISTRATIVE PROCEDURES; AND (4) SUPPLEMENTAL DECLARATION OF KLAUS BERNHART** |

    I HEREBY CERTIFY that on the 24th day of January, 2014, true and correct copies of the following:

- Motion for Order (I) Authorizing Debtors to Obtain Postpetition Financing; (II) Granting Related Relief; and (III) Scheduling Final Hearing [Dkt. 37];

- Declaration of James Wong [Dkt. 38];

- Motion for Order Establishing Certain Case Management, Notice and Administrative Procedures [Dkt. 39]; and

ACTIVE 24584671v1 01/27/2014                                  1

1. - Supplemental Declaration Of: Klaus Bernhart [Dkt. 40]

were served via:

☒ (ELECTRONIC SERVICE) Pursuant to Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced documents were electronically filed on the date noted above and served through the Notice of Electronic Filing automatically generated by the Court to the following parties:

NATALIE M. COX on behalf of Interested Party Cathay Bank
ncox@klnevada.com,
bankruptcy@klnevada.com;kdunn@klnevada.com;ncox@ecf.inforuptcy.com

RANDOLPH L. HOWARD on behalf of Interested Party CATHAY BANK rhoward@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com;ckishi@ecf.inforuptcy.com

ROBERT R. KINAS on behalf of Creditor CALIFORNIA CEC, LP
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;nunzueta@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com;kmiltimore@swlaw.com

ROBERT R. KINAS on behalf of Creditor CLEAN ENERGY CONSTRUCTORS, LLC
rkinas@swlaw.com,
jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;nunzueta@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com;kmiltimore@swlaw.com

SAMUEL A. SCHWARTZ on behalf of Interested Party MARTIFER SOLAR, INC.
sam@schwartzlawyers.com,
ecf@schwartzlawyers.com;schwartzecf@gmail.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

REED S WADDELL on behalf of Interested Party CATHAY BANK
rwaddell@frandzel.com, efiling@frandzel.com,sking@frandzel.com

☒ (U.S. MAIL) by depositing a copy of the foregoing documents in the United States mail, First-Class, postage prepaid to the parties as indicated on the attached mailing matrix.

☒ (VIA MESSENGER SERVICE) by hand delivering a copy of the foregoing documents to the parties as indicated on the attached mailing matrix.

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

ACTIVE 24584671v1 01/27/2014                    2

1  ☒  (BY DIRECT EMAIL) by forwarding the foregoing documents via electronic mail, addressed to the parties as indicated on the attached mailing matrix. Copies of the emails are also attached.

☒  (BY FAX TRANSMISSION) by faxing the foregoing documents to the parties listed below. Copies of the successful transmission of facsimiles are also attached.

| | |
|---|---|
| California Franchise Tax Board: | 916-843-5440 |
| California State Board of Equalization: | 916-227-2926 |
| Franchise Tax Board: | 916-845-9799 |

_/s/Patricia Chlum_
an employee of Fox Rothschild, LLP

# Chlum, Patricia

| | |
|---|---|
| **From:** | Chlum, Patricia |
| **Sent:** | Friday, January 24, 2014 11:30 PM |
| **To:** | rollin.g.thorley@irscounsel.treas.gov; Ability to; Bella Energy; Cathay Bank; E Light Electric; Martifer Construcoes Metalomecanicas (nuno.figueiredo@martifer.com); Martifer Solar USA; Pfosi and Sons; Shea Labagh Dobberstein; Cathay Bank Local Counsel; Cathay Bank Local Counsel 2; Clean Energy and California CEC; Clean Energy2; Clean Energy3; Michael Fletcher; Sam Schwartz |
| **Cc:** | Axelrod, Brett A.; Rustia Moore, Micaela |
| **Subject:** | In re Martifer Aurora Solar, LLC - Case No. 14-10355-abl |
| **Attachments:** | 24574925_1_40 Supplemental Declaration Of Klaus Bernhart (Aurora).PDF; 24574902_1_39 Case Management Motion (Aurora).PDF; 24574889_1_38 Declarationof James Wong ISO DIP (AURORA).PDF; 24574887_1_37 DIP Motion (AURORA).PDF |

Attached are the following:

- Motion for Order Pursuant to 11 U.S.C. § 364 and Fed. R. Bankr. P. 4001(c): (I) Authorizing Debtor to Obtain Post-Petition Financing; and (II) Granting Related Relief (the "Motion for Post-Petition Financing") [Dkt. 37]

- Declaration Of: James Wong *in support of Motion for Post-Petition Financing*[Dkt. 38]

- *Motion for Order Establishing Certain Case Management, Notice and Administrative Procedures* [Dkt. 39]

- Supplemental Declaration Of: Klaus Bernhart [Dkt. 40]


**Patricia Chlum**
Paralegal
**Fox Rothschild LLP**
3800 Howard Hughes Pkwy
Suite 500
Las Vegas, NV 89169
(702) 699-5909 - direct
(702) 597-5503- fax
pchlum@foxrothschild.com
www.foxrothschild.com

1

## Chlum, Patricia

| | |
|---|---|
| **From:** | send@mail.efax.com |
| **Sent:** | Saturday, January 25, 2014 1:08 AM |
| **To:** | Chlum, Patricia |
| **Subject:** | Successful transmission to 19162272926. Re: In re Martifer Aurora Solar, LLC - Case No. 14-10355-ab |

Dear Chlum, Patricia,

**Re: In re Martifer Aurora Solar, LLC - Case No. 14-10355-ab**

The 113 page fax you sent through eFax Solutions to 19162272926 was successfully transmitted at 2014-01-25 09:08:13 (GMT).

The length of transmission was 5045 seconds.

The receiving machine's fax ID: 9162272926.

Best Regards,

If you need additional assistance, please visit our online help center at https://www.efaxcorporate.com/corp/twa/page/customerSupport. Thank you for using the eFax Solutions service.

eFax Solutions

**Customer Service**
Online Help: https://www.efaxcorporate.com/corp/twa/page/customerSupport
Tel: 1-323-817-3202
Email: corporatesupport@mail.efax.com

© 2009 j2 Global Communications, Inc. All rights reserved.
eFax Corporate® is a registered trademark of j2 Global Communications, Inc.

POWERED BY

1

## Chlum, Patricia

**From:** Chlum, Patricia
**Sent:** Friday, January 24, 2014 11:43 PM
**To:** 19162272926@efaxds.com
**Subject:** In re Martifer Aurora Solar, LLC - Case No. 14-10355-ab
**Attachments:** 24574924_1_40 Supplemental Declaration Of Klaus Bernhart AURORA.PDF; 24574902_1_39 Case Management Motion (Aurora).pdf; 24574889_1_38 Declarationof James Wong ISO DIP (AURORA).pdf; 24574887_1_37 DIP Motion (AURORA).PDF

Attached are the following:

- Motion for Order Pursuant to 11 U.S.C. § 364 and Fed. R. Bankr. P. 4001(c): (I) Authorizing Debtor to Obtain Post-Petition Financing; and (II) Granting Related Relief (the "<u>Motion for Post-Petition Financing</u>") [Dkt. 37]

- Declaration Of: James Wong *in support of Motion for Post-Petition Financing* [Dkt. 38]

- Motion for Order Establishing Certain Case Management, Notice and Administrative Procedures [Dkt. 39]

- Supplemental Declaration Of: Klaus Bernhart [Dkt. 40]

**Patricia Chlum**
Paralegal
**Fox Rothschild LLP**
3800 Howard Hughes Pkwy
Suite 500
Las Vegas, NV 89169
(702) 699-5909 - direct
(702) 597-5503- fax
pchlum@foxrothschild.com
www.foxrothschild.com

1

## Chlum, Patricia

**From:** send@mail.efax.com
**Sent:** Saturday, January 25, 2014 12:55 AM
**To:** Chlum, Patricia
**Subject:** Successful transmission to 19168435440. Re: In re Martifer Aurora Solar, LLC - Case No. 14-10355-ab

Dear Chlum, Patricia,

**Re: In re Martifer Aurora Solar, LLC - Case No. 14-10355-ab**

The 113 page fax you sent through eFax Solutions to 19168435440 was successfully transmitted at 2014-01-25 08:54:27 (GMT).

The length of transmission was 4140 seconds.

The receiving machine's fax ID: Franchise Tax Board.

Best Regards,

If you need additional assistance, please visit our online help center at https://www.efaxcorporate.com/corp/twa/page/customerSupport. Thank you for using the eFax Solutions service.

eFax Solutions

**Customer Service**
Online Help: https://www.efaxcorporate.com/corp/twa/page/customerSupport
Tel: 1-323-817-3202
Email: corporatesupport@mail.efax.com

© 2009 j2 Global Communications, Inc. All rights reserved.
eFax Corporate® is a registered trademark of j2 Global Communications, Inc.

POWERED BY

**Chlum, Patricia**

**From:** Chlum, Patricia
**Sent:** Friday, January 24, 2014 11:44 PM
**To:** 19168435440@efaxds.com
**Subject:** In re Martifer Aurora Solar, LLC - Case No. 14-10355-ab
**Attachments:** 24574924_1_40 Supplemental Declaration Of Klaus Bernhart AURORA.PDF; 24574902_1_39 Case Management Motion (Aurora).pdf; 24574889_1_38 Declarationof James Wong ISO DIP (AURORA).pdf; 24574887_1_37 DIP Motion (AURORA).pdf

Attached are the following:

- *Motion for Order Pursuant to 11 U.S.C. § 364 and Fed. R. Bankr. P. 4001(c): (I) Authorizing Debtor to Obtain Post-Petition Financing; and (II) Granting Related Relief (the "Motion for Post-Petition Financing") [Dkt. 37]*

- Declaration Of: James Wong *in support of Motion for Post-Petition Financing* [Dkt. 38]

- *Motion for Order Establishing Certain Case Management, Notice and Administrative Procedures* [Dkt. 39]

- Supplemental Declaration Of: Klaus Bernhart [Dkt. 40]

**Patricia Chlum**
Paralegal
**Fox Rothschild LLP**
3800 Howard Hughes Pkwy
Suite 500
Las Vegas, NV 89169
(702) 699-5909 - direct
(702) 597-5503- fax
pchlum@foxrothschild.com
www.foxrothschild.com

1

# Chlum, Patricia

**From:** send@mail.efax.com
**Sent:** Saturday, January 25, 2014 12:56 AM
**To:** Chlum, Patricia
**Subject:** Successful transmission to 19168459799. Re: In re Martifer Aurora Solar, LLC - Case No. 14-10355-ab

Dear Chlum, Patricia,

**Re: In re Martifer Aurora Solar, LLC - Case No. 14-10355-ab**

The 113 page fax you sent through eFax Solutions to 19168459799 was successfully transmitted at 2014-01-25 08:55:44 (GMT).

The length of transmission was 4138 seconds.

The receiving machine's fax ID: Franchise Tax Board.

Best Regards,

If you need additional assistance, please visit our online help center at https://www.efaxcorporate.com/corp/twa/page/customerSupport. Thank you for using the eFax Solutions service.

eFax Solutions

**Customer Service**
Online Help: https://www.efaxcorporate.com/corp/twa/page/customerSupport
Tel: 1-323-817-3202
Email: corporatesupport@mail.efax.com

© 2009 j2 Global Communications, Inc. All rights reserved.
eFax Corporate® is a registered trademark of j2 Global Communications, Inc.

POWERED BY

## Chlum, Patricia

**From:** Chlum, Patricia
**Sent:** Friday, January 24, 2014 11:46 PM
**To:** 19168459799@efaxds.com
**Subject:** In re Martifer Aurora Solar, LLC - Case No. 14-10355-ab
**Attachments:** 24574902_1_39 Case Management Motion (Aurora).pdf; 24574889_1_38 Declarationof James Wong ISO DIP (AURORA).pdf; 24574887_1_37 DIP Motion (AURORA).pdf; 24574924_1_40 Supplemental Declaration Of Klaus Bernhart AURORA.PDF

Attached are the following:

- Motion for Order Pursuant to 11 U.S.C. § 364 and Fed. R. Bankr. P. 4001(c): (I) Authorizing Debtor to Obtain Post-Petition Financing; and (II) Granting Related Relief (the "Motion for Post-Petition Financing") [Dkt. 37]

- Declaration Of: James Wong in support of Motion for Post-Petition Financing[Dkt. 38]

- Motion for Order Establishing Certain Case Management, Notice and Administrative Procedures [Dkt. 39]

- Supplemental Declaration Of: Klaus Bernhart [Dkt. 40]

**Patricia Chlum**
Paralegal
**Fox Rothschild LLP**
3800 Howard Hughes Pkwy
Suite 500
Las Vegas, NV 89169
(702) 699-5909 - direct
(702) 597-5503- fax
pchlum@foxrothschild.com
www.foxrothschild.com

1

**Martifer Aurora Solar, LLC Top 20 Via Email**

| | | |
|---|---|---|
| Ability to…, Inc.<br>1660 South Albion St.<br>Suite 906<br>Denver, CO 80222 | Bella Energy, Inc.<br>500 S. Arthur Ave.<br>Suite 300<br>Louisville, CO 80027 | California Franchise Tax Board<br>P.O. Box 942857<br>Sacramento, CA 94257-0531 |
| Cathay Bank<br>High Technology Division<br>20111 Stevens Creek Blvd. #200<br>Cupertino, CA 95014 | E Light Electric Services, Inc.<br>361 Inverness Dr. S., Suite B<br>Englewood, CO 80112 | Martifer Construcoes<br>Metalomecanicas, SA<br>Apartado 17<br>Z.I. De Oliveira De Frades 17<br>Oliveira De Frades EX PT 3684-001 |
| Martifer Solar USA, Inc.<br>2040 Armacost Ave., 2nd Floor<br>Los Angeles, CA 90025 | Pfosi and Sons, LLC<br>1160 Nottingham Street<br>Lafayette, CO 80026 | Shea Labagh Dobberstein<br>505 Montgomery St., 5th Fl.<br>San Francisco, CA 94111 |

**Request for Special Notice**

| | | |
|---|---|---|
| mfletcher@frandzel.com<br>Michael Gerard Fletcher<br>Frandzel Robins Bloom & Csato, L.C.<br>6500 Wilshire Blvd., 17th Fl.<br>LosANgeles, CA 90048-4920 | rwaddell@frandzel.com<br>Reed S. Waddell<br>Frandzel Robins Bloom & Csato, L.C.<br>6500 Wilshire Blvd., 17th Fl.<br>LosANgeles, CA 90048-4920 | sam@schwartzlawyers.com<br>Samuel A. Schwartz<br>The Schwartz Law Firm, Inc.<br>6623 Las Vegas Blvd. So., Suite 300<br>Las Vegas, NV 89119 |

**Governmental Units**

| | | |
|---|---|---|
| <u>Facsimile 916-843-5440</u><br>California Franchise Tax Board<br>P.O. Box 942857<br>Sacramento, CA  94257-0531 | <u>Facsimile 1-916-227-2926</u><br>California State Board of Equalization<br>Special Operations Bankruptcy Team<br>MIC74, P.O. Box 942879<br>Sacramento, CA  94279-0074 | <u>Via Messenger and U.S. Mail</u><br>Clark County Assessor<br>c/o Bankruptcy Clerk<br>500 S. Grand Central Pkwy.<br>Las Vegas, NV  89155-1401 |
| <u>Via Messenger and U.S. Mail</u><br>Clark County Treasurer<br>c/o Bankruptcy Clerk<br>500 S. Grand Central Pkwy.<br>Las Vegas, NV 89155-1220 | <u>Via Federal Express</u><br>Dept. of Employment, Training & Rehab<br>Employment Security Division<br>500 East Third Street<br>Carson City, NV 89713-0002 | <u>Facsimile 1-916-845-9799</u><br>Franchise Tax Board<br>Bankruptcy Unit<br>P.O. Box 2952<br>Sacramento, CA  95812-2952 |
| <u>Via Email and U.S. Mail</u><br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | <u>Via Messenger and U.S. Mail</u><br>Nevada Department of Taxation<br>Bankruptcy Section<br>555 E. Washington Ave., #1300<br>Las Vegas, NV  89101-1046 | <u>Via Federal Express</u><br>State of Nev Dept. of Motor Vehicles<br>Attn: Legal Division<br>555 Wright Way<br>Carson City, NV 89711-0001 |
| <u>Via Federal Express</u><br>Texas Workforce Commission<br>Regulatory Integrity Division-SAU<br>Room 556 101 E. 15th Street<br>Austin, TX  78778-0001 | | |