_____
Honorable August B. Landis
United States Bankruptcy Judge



Entered on Docket
January 29, 2014

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
MICAELA RUSTIA MOORE, ESQ.
Nevada Bar No. 9676
**FOX ROTHSCHILD LLP**
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
        mmoore@foxrothschild.com
*[Proposed] Counsel for Martifer Aurora Solar, LLC*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>MARTIFER AURORA SOLAR, LLC, a Nevada limited liability company,<br><br>Debtor. | Case No. BK-S-14-10355-abl<br><br>Chapter 11<br><br>**ORDER EXTENDING TIME TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**<br><br>Hearing Date:  January 28, 2014<br>Hearing Time:  9:30 a.m. |

This matter having come on for hearing on the 28th day of January, 2014, the Court having reviewed and considered the Motion (the "Motion")[1] of Martifer Aurora Solar, LLC, a Nevada limited liability company ("Aurora" or the "Debtor"), for an order, pursuant to section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code"), rule 1007 of the

---

[1] Capitalized terms not herein defined shall have the meanings ascribed to them in the Motion.

ACTIVE 24599372v1 01/28/2014                                   1

Federal Rules of Bankruptcy Procedure (as amended, the "Bankruptcy Rules") and rule 1007 of the Local Rules of Bankruptcy Procedure for the District of Nevada (as amended, the "Local Rules"), authorizing an extension of time to file the schedules and statements of financial affairs required under Bankruptcy Code Section 521(a)(1) (collectively, the "Schedules and SOFA"); appearances having been noted on the record, the arguments made by counsel, and the evidence submitted at the hearing on the Motion, and with the findings of the Court having been made on the record and incorporated herein, pursuant to Bankruptcy Rule 7052;

And notice of the Motion having been provided to the Office of the United States Trustee for the District of Nevada (the "UST"), those creditors holding the twenty (20) largest unsecured claims, the Internal Revenue Service, the Nevada Department of Taxation, the Clark County Treasurer, the Clark County Assessor, the Department of Employment, Training and Rehab, and those parties which filed and served on Debtor a request for special notice prior to entry of this Order;

And it appearing that no other or further notice of the Application need be provided;

And good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED** that the Motion is granted; and

**IT IS FURTHER ORDERED** that the time within which Debtor must file its Schedules and SOFA is extended until February 20, 2014.

Prepared and respectfully submitted by:

**FOX ROTHSCHILD LLP**

By  */s/Brett A. Axelrod*
    BRETT A. AXELROD, ESQ.
    Nevada Bar No. 5859
    MICAELA RUSTIA MOORE, ESQ.
    Nevada Bar No. 9676
    3800 Howard Hughes Parkway, Suite 500
    Las Vegas, Nevada 89169
*[Proposed] Counsel for Martifer Aurora Solar, LLC*

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

## **CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021**

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

☒ The Court has waived the requirement set forth in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #

ACTIVE 24599372v1 01/28/2014                           3