_____
Honorable August B. Landis
United States Bankruptcy Judge



Entered on Docket
February 04, 2014

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
MICAELA RUSTIA MOORE, ESQ.
Nevada Bar No. 9676
**FOX ROTHSCHILD LLP**
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
       mmoore@foxrothschild.com
*[Proposed] Counsel for Martifer Solar Aurora, LLC*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>MARTIFER AURORA SOLAR, LLC, a Nevada limited liability company,<br><br>                  Debtor. | Case Nos. BK-S-14-10355-abl<br><br>Chapter 11<br><br>**ORDER DESIGNATING RESPONSIBLE PERSONS**<br><br>Hearing Date: January 28, 2014<br>Hearing Time: 9:30 a.m. |

    This Court, having reviewed and considered the Designation of Responsible Persons (hereafter the "Designation") filed by Martifer Aurora Solar, LLC ("Aurora" or "Debtor"), and for good cause appearing therefor; and it appearing that the limited notice given of the Designation was appropriate under the particular circumstances presented; and good cause appearing,

    **IT IS HEREBY ORDERED THAT:**

ACTIVE 24600403v1 01/28/2014

1

1. Roland Kiser, Manager, and Klaus Bernhart, Manager, shall be the natural persons responsible for the duties and obligations of the Debtor in this Chapter 11 Case.

**IT IS SO ORDERED.**

Prepared and respectfully submitted by:

**FOX ROTHSCHILD LLP**

By  *s/Brett A. Axelrod*
    BRETT A. AXELROD, ESQ.
    Nevada Bar No. 5859
    MICAELA RUSTIA MOORE, ESQ.
    Nevada Bar No. 9676
    3800 Howard Hughes Parkway, Suite 500
    Las Vegas, Nevada 89169
*[Proposed] Counsel for Martifer Solar Aurora, LLC*

## CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

- ☒ The Court has waived the requirement set forth in LR 9021(b)(1).

- ☐ No party appeared at the hearing or filed an objection to the motion.

- ☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

- ☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #