MICHAEL GERARD FLETCHER
California State Bar No. 070849
REED S. WADDELL
California State Bar No. 106644
**FRANDZEL ROBINS BLOOM & CSATO, L.C.**
6500 Wilshire Boulevard, Seventeenth Floor
Los Angeles, California 90048-4920
Telephone: (323) 852-1000
Facsimile: (323) 651-2577
E-Mail: rwaddell@frandzel.com
mfletcher@frandzel.com
and
NATALIE M. COX, ESQ.
Nevada Bar No. 007662
RANDOLPH L. HOWARD, ESQ.
Nevada Bar No. 006688
**KOLESAR & LEATHAM**
400 South Rampart Boulevard
Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail: ncox@klnevada.com
rhoward@klnevada.com

Attorneys for Creditor
CATHAY BANK

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE:<br><br>MARTIFER AURORA SOLAR, LLC, a Nevada limited liability company,<br><br>☒ Affects Martifer Aurora Solar, LLC<br>☒ Affects Martifer Solar USA, Inc.<br>☐ Affects All Debtors | Case No. BK-S-14-10355-abl<br>and BK-S-14-10357-abl<br><br>Jointly Administered under<br>Case No. BK-S-14-10355-abl<br><br>Chapter 11<br><br>DATE:    OST Requested<br>TIME:    OST Requested |

**MOTION FOR RECONSIDERATION OF FORM OF CASH COLLATERAL ORDER**[1]

Secured Creditor Cathay Bank (the "Bank") hereby seeks an Order of the Court reconsidering its entry of the Interim Order Pursuant to 11 U.S.C. §§ 361, 362 and 363 and Fed. R. Bankr. P. 4001(b) and 4001(d): (I) Authorizing Debtors to Use Cash Collateral and Provide

---

[1] Refers to the Interim Order Pursuant to 11 U.S.C. §§ 361, 362 and 363 and Fed. R. Bankr. P. 4001(b) and 4001(d): (I) Authorizing Debtors to Use Cash Collateral and Provide Adequate Protection; (II) Granting Related Relief; and (III) Scheduling Final Hearing. [Doc. No 107].

1581910 (7479-14)                                   Page 1 of 6

Adequate Protection; (II) Granting Related Relief; and (III) Scheduling Final Hearing, filed at 3:21 p.m. on February 5, 2014 (the "**Interim Cash Collateral Order**") for the reasons set forth in the following papers each of which are incorporated herein by reference:

1. The Bank's Statement of Objections to Debtors' Proposed Interim Order Pursuant To 11 U.S.C. §§ 361, 362 and 363 and Fed. R. Bankr. P. 4001(b) and 4001(d): (I) Authorizing Debtors To Use Cash Collateral And Provide Adequate Protection; (II) Granting Related Relief; And (III) Scheduling Final Hearing [Dkt. 110] (the "**Bank's Objection to Cash Collateral Order**");

2. The Declaration of Natalie Cox in support of the Bank's Objection to the Cash Collateral Order [Dkt. 111] (the "**Cox Declaration**");

3. The Bank's proposed alternative order [Dkt. 110, Exhibit 3]; and

4. The Statement Of Objection Of The United States Trustee To The Debtors' Proposed Interim Order (i) Authorizing Debtors To Use Cash Collateral And Provide Adequate Protection; (ii) Granting Related Relief; And (iii) Scheduling Final Hearing [Dkt 114].

As set forth in the Cox Declaration, and as set forth in Local Bankruptcy Rule 9021,[2] the Bank and the U.S. Trustee's counsel had until and including February 5, 2014, the fifth business day after receipt of the Debtor's proposed order, within which to file a Statement of Objections to the form of the Debtor's Interim Cash Collateral Order. Both the Bank and the U.S. Trustee's office filed their objections to the Interim Cash Collateral Order within the allotted time. *See* Dkts. 110, 111 and 114].

Because the time begins to run on the deadline for a party to object to a proposed order on the date the party receives the pertinent document (Wednesday, January 29, 2014 in this

---

[2] Local Rule 9021(b)(2) states in pertinent part:
   (2) Unless the court orders otherwise, parties will have three (3) business days from receiving proposed orders to communicate their approval or disapproval to the transmitting counsel.
       (A) If disapproved, the disapproving party will have **five (5) business days from receiving the document** to serve and file with the court a detailed statement of objections and an alternate proposal for the document.
       (B) Any response to the objection must be filed within five (5) business days after the objection is lodged.
LR 9021 (emphasis added).

case), a date the Court is not necessarily privy to, it is likely that the Court was unaware that parties still had time to object to the Interim Cash Collateral Order when the Court entered the Order. Moreover, because the version of the Order entered by the Court does not appear to include the Bank's counsel's disapproval and the U.S. Trustee's counsel's disapproval of the form of the order as requested, the Court was also likely unaware that the Interim Cash Collateral Order did not meet with all counsel's approval. *See* the Cox Declaration, Exhibit 1, and a copy of the pertinent email exchange wherein the Bank's counsel approved the use of her electronic signature noting "disapproved" on the order attached hereto as **Exhibit 1** for reference.

For these reasons, and because the Order in its current form does not reflect the Courts' decision and will allow the Debtors' to appropriate all of the Bank's cash collateral for payment of professionals alone and not the maintenance of the companies, the Bank respectfully requests that the Court consider its objections to the form of the Interim Cash Collateral Order and amend the order accordingly.

DATED this 6th day of February, 2014.

**KOLESAR & LEATHAM.**

By:/s/ *Natalie M. Cox, Esq.*
   MICHAEL GERARD FLETCHER
     (CA State Bar No. 070849)
   mfletcher@frandzel.com
   REED S. WADDELL (CA State Bar No. 106644)
   rwaddell@frandzel.com
   **FRANDZEL ROBINS BLOOM & CSATO, L.C.**
   6500 Wilshire Boulevard, Seventeenth Floor
   Los Angeles, California 90048-4920
   and
   NATALIE M. COX, ESQ.
   Nevada Bar No. 007662
   RANDOLPH L. HOWARD, ESQ.
   Nevada Bar No. 006688
   400 South Rampart Boulevard, Suite 400
   Las Vegas, Nevada 89145

   Attorneys for Creditor
   CATHAY BANK

**CERTIFICATE OF SERVICE**

1. On February 6, 2014, I served the following documents:

   A. **Motion For Reconsideration Of Form Of Cash Collateral Order.**

2. I served the above-named document(s) by the following means to the persons as listed below:

   (*Check all that apply*)

   ☒ a. **ECF System** (*You must attach the "Notice of Electronic Filing," or list all persons and addresses and attach additional paper if necessary*)

   BRETT A. AXELROD on behalf of Debtor MARTIFER AURORA SOLAR, LLC
   baxelrod@foxrothschild.com, pchlum@foxrothschild.com;ldupree@foxrothschild.com

   BRETT A. AXELROD on behalf of Debtor MARTIFER SOLAR USA, INC.
   baxelrod@foxrothschild.com, pchlum@foxrothschild.com;ldupree@foxrothschild.com

   BRETT A. AXELROD on behalf of Jnt Admin Debtor MARTIFER SOLAR USA, INC.
   baxelrod@foxrothschild.com, pchlum@foxrothschild.com;ldupree@foxrothschild.com

   BRETT A. AXELROD on behalf of Plaintiff MARTIFER AURORA SOLAR, LLC
   baxelrod@foxrothschild.com, pchlum@foxrothschild.com;ldupree@foxrothschild.com

   BRETT A. AXELROD on behalf of Plaintiff MARTIFER SOLAR USA, INC.
   baxelrod@foxrothschild.com, pchlum@foxrothschild.com;ldupree@foxrothschild.com

   CARLETON R. BURCH on behalf of Creditor Hanover Insurance Company
   crb@amclaw.com, car@amclaw.com;sxc@amclaw.com;sdb@amclaw.com

   DAWN M. CICA on behalf of Debtor MARTIFER AURORA SOLAR, LLC
   dcica@foxrothschild.com, amwilson@foxrothschild.com

   DAWN M. CICA on behalf of Debtor MARTIFER SOLAR USA, INC.
   dcica@foxrothschild.com, amwilson@foxrothschild.com

   DAWN M. CICA on behalf of Jnt Admin Debtor MARTIFER SOLAR USA, INC.
   dcica@foxrothschild.com, amwilson@foxrothschild.com

   NATALIE M. COX on behalf of Defendant CATHAY BANK
   ncox@klnevada.com,
   bankruptcy@klnevada.com;kdunn@klnevada.com;ncox@ecf.inforuptcy.com

   NATALIE M. COX on behalf of Interested Party CATHAY BANK
   ncox@klnevada.com,
   bankruptcy@klnevada.com;kdunn@klnevada.com;ncox@ecf.inforuptcy.com

   JENNIFER V. DORAN on behalf of Creditor EPG SOLAR LLC
   jdoran@hinckleyallen.com, calirm@hinckleyallen.com

   MICHAEL GERARD FLETCHER on behalf of Interested Party CATHAY BANK
   mfletcher@frandzel.com, efiling@frandzel.com,shom@frandzel.com

1   RANDOLPH L. HOWARD on behalf of Interested Party CATHAY BANK
    rhoward@klnevada.com,
2   ckishi@klnevada.com;bankruptcy@klnevada.com;ckishi@ecf.inforuptcy.com

3   ROBERT R. KINAS on behalf of Creditor CALIFORNIA CEC, LP
    rkinas@swlaw.com,
4   jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;nunzueta@swlaw.com;docke

|   |   | For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there. |

☐ **d.** **By direct email (as opposed to through the ECF System)**
(*List persons and email addresses. Attach additional paper if necessary*)

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e.** **By fax transmission (***List persons and fax numbers. Attach additional paper if necessary***)**

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f.** **By messenger (***List persons and addresses. Attach additional paper if necessary***)**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. (*A declaration by the messenger must be attached to this Certificate of Service*).

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on (date): February 6, 2014.

/s/ Kristina R. Cole
DECLARANT

1581910 (7479-14)

Page 6 of 6

EXHIBIT 1

# Natalie M. Cox

| | |
|---|---|
| **From:** | Cica, Dawn M. <dcica@foxrothschild.com> |
| **Sent:** | Tuesday, February 04, 2014 1:50 PM |
| **To:** | Natalie M. Cox; Bloom, J. Michal (USTP) (J.Michal.Bloom@usdoj.gov) |
| **Subject:** | FW: In re Martifer, BK-14-10355abl |
| **Attachments:** | Martifer order uploaded.msg |

Natalie, this notice is just a redline of the language of the order against the proposed order filed with the motion.

I did want to assure you that the actual order uploaded for the judge's signature noted your disapproval (copy attached).

However we are doing an errata anyway and I will gladly circle the "Disapproval" and re-attach the order when we file the errata. DC

---

**From:** Chlum, Patricia
**Sent:** Tuesday, February 04, 2014 1:36 PM
**To:** Cica, Dawn M.; Wilson, Monica
**Cc:** Rustia Moore, Micaela
**Subject:** FW: In re Martifer, BK-14-10355abl

---

**From:** Natalie M. Cox [mailto:ncox@klnevada.com]
**Sent:** Tuesday, February 04, 2014 1:33 PM
**To:** Chlum, Patricia
**Cc:** Axelrod, Brett A.; Rustia Moore, Micaela; lmj@gfjlawfirm.com; mea@amclaw.com; rollin.g.thorley@irscounsel.treas.gov; Ability to; Bella Energy; Cathay Bank; E Light Electric; Martifer Construcoes Metalomecanicas (nuno.figueiredo@martifer.com); Martifer Solar USA; Pfosi and Sons; Shea Labagh Dobberstein; AECOM; Charles M. Forman, TTEE for SatCon; CLP; CreoTecc; EPG Solar; EPG Solar; Hinckley Allen; Martifer Inovacao E Gestao; Northern Land; Pam Woodworth (pwoodworth@sanbornhead.com); PanelClaw; PanelClaw2; Patriot Solar; SatCon Technology; Schletter; Schletter Counsel; Schletter Counsel; Security Construction (smorris@security-construction.com); Solar Optimum; Stoel Rives; Stones River; Talesun Solar; Triple Crown; Bulkley Richardson for Patriot Solar & Northern Land; Randolph L. Howard; Clean Energy and California CEC; Clean Energy2; Clean Energy3; Hinckleyallen for EPG Solar; jritzenberg@hinckleyallen.com; Michael Fletcher; Sam Schwartz; Trustee (j.michal.bloom@usdoj.gov); 'Reed S. Waddell'; Kristina R. Cole
**Subject:** RE: In re Martifer, BK-14-10355abl

Patricia,

I noticed that the attached draft redline of the Order does not note Cathay Bank's or the US Trustee's counsel's disapproval of the form of the order. Please have this corrected immediately. Thank you.

Natalie


**Natalie M. Cox, Esq.**
Shareholder



KOLESAR & LEATHAM
ATTORNEYS AT LAW

P: 702.362.7800 F: 702.362.9472
Web: www.klnevada.com  Bio: Attorney Bio

1

400 S. Rampart Blvd. | Suite 400 | Las Vegas | NV 89145

This communication (including any attachments) is not intended or written to be used, and it cannot be used, for the purpose of avoiding tax penalties that may be imposed on the taxpayer.

This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, any use of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately.

---

**From:** Chlum, Patricia [mailto:pchlum@foxrothschild.com]
**Sent:** Tuesday, February 04, 2014 1:17 PM
**To:** lmj@gfjlawfirm.com; mea@amclaw.com; rollin.g.thorley@irscounsel.treas.gov; Ability to; Bella Energy; Cathay Bank; E Light Electric; Martifer Construcoes Metalomecanicas (nuno.figueiredo@martifer.com); Martifer Solar USA; Pfosi and Sons; Shea Labagh Dobberstein; AECOM; Charles M. Forman, TTEE for SatCon; CLP; CreoTecc; EPG Solar; EPG Solar; Hinckley Allen; Martifer Inovacao E Gestao; Northern Land; Pam Woodworth (pwoodworth@sanbornhead.com); PanelClaw; PanelClaw2; Patriot Solar; SatCon Technology; Schletter; Schletter Counsel; Schletter Counsel; Security Construction (smorris@security-construction.com); Solar Optimum; Stoel Rives; Stones River; Talesun Solar; Triple Crown; Bulkley Richardson for Patriot Solar & Northern Land; Randolph L. Howard; Natalie M. Cox; Clean Energy and California CEC; Clean Energy2; Clean Energy3; Hinckleyallen for EPG Solar; jritzenberg@hinckleyallen.com; Michael Fletcher; Sam Schwartz; Trustee (j.michal.bloom@usdoj.gov)
**Cc:** Axelrod, Brett A.; Rustia Moore, Micaela
**Subject:** In re Martifer, BK-14-10355abl


Attached is the Notice of Filing Redline of Debtors' Interim Cash Budget [Dkt. 88]


**Patricia Chlum**
Paralegal
**Fox Rothschild LLP**
3800 Howard Hughes Pkwy
Suite 500
Las Vegas, NV 89169
(702) 699-5909 - direct
(702) 597-5503- fax
pchlum@foxrothschild.com
www.foxrothschild.com

ATTENTION: IRS CIRCULAR 230 DISCLOSURE: Pursuant to Treasury Regulations, any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used or relied upon by you or any other person, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any tax advice addressed herein. ---------------------------------------- This e-mail contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the Individual(s) named above. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering this to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone at (215)-299-2167 or notify us by e-mail at

helpdesk@foxrothschild.com. Also, please mail a hardcopy of the e-mail to Fox Rothschild LLP, 2000 Market Street, Philadelphia PA 19103-3222 via the U.S. Postal Service. We will reimburse you for all expenses incurred. Thank you.

ATTENTION: IRS CIRCULAR 230 DISCLOSURE: Pursuant to Treasury Regulations, any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used or relied upon by you or any other person, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any tax advice addressed herein. ------------------------------------------- This e-mail contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the Individual(s) named above. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering this to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone at (215)-299-2167 or notify us by e-mail at helpdesk@foxrothschild.com. Also, please mail a hardcopy of the e-mail to Fox Rothschild LLP, 2000 Market Street, Philadelphia PA 19103-3222 via the U.S. Postal Service. We will reimburse you for all expenses incurred. Thank you.

# Natalie M. Cox

| | |
|---|---|
| **From:** | Cica, Dawn M. <dcica@foxrothschild.com> |
| **Sent:** | Tuesday, February 04, 2014 11:14 AM |
| **To:** | Natalie M. Cox |
| **Subject:** | RE: Martifer Solar Aurora, LLC & Martifer Solar USA, Inc. - Proposed Cash Collateral Order and Confidentiality Agreement |

Thanks Natalie.

---

**From:** Natalie M. Cox [mailto:ncox@klnevada.com]
**Sent:** Tuesday, February 04, 2014 10:51 AM
**To:** Cica, Dawn M.
**Cc:** Rustia Moore, Micaela; Michael Fletcher; Reed S. Waddell (rwaddell@frandzel.com); sam@schwartzlawyers.com; 'nschultzesq@gmail.com'; Bloom, J. Michal (USTP); Kristina R. Cole; Wilson, Monica; Axelrod, Brett A.
**Subject:** RE: Martifer Solar Aurora, LLC & Martifer Solar USA, Inc. - Proposed Cash Collateral Order and Confidentiality Agreement

Dawn,

You may attach my e-signature as "disapproved". Thank you.

Natalie


**Natalie M. Cox, Esq.**
Shareholder



ATTORNEYS AT LAW

P: 702.362.7800 F: 702.362.9472
Web: www.klnevada.com Bio: Attorney Bio
400 S. Rampart Blvd. | Suite 400 | Las Vegas | NV 89145

This communication (including any attachments) is not intended or written to be used, and it cannot be used, for the purpose of avoiding tax penalties that may be imposed on the taxpayer.

This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, any use of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately.

---

**From:** Cica, Dawn M. [mailto:dcica@foxrothschild.com]
**Sent:** Tuesday, February 04, 2014 10:49 AM
**To:** Natalie M. Cox; Axelrod, Brett A.
**Cc:** Rustia Moore, Micaela; Michael Fletcher; Reed S. Waddell (rwaddell@frandzel.com); sam@schwartzlawyers.com; 'nschultzesq@gmail.com'; Bloom, J. Michal (USTP); Kristina R. Cole; Wilson, Monica
**Subject:** RE: Martifer Solar Aurora, LLC & Martifer Solar USA, Inc. - Proposed Cash Collateral Order and Confidentiality Agreement

1

Natalie and Michal, do you want to send a signature page or do I have your permission to affix your electronic signature under the indication "Disapproved"?

Thanks

**Dawn M. Cica**
Partner
**Fox Rothschild LLP**
3800 Howard Hughes Pkwy
Suite 500
Las Vegas, NV 89169
(702) 699-5914 - direct
(702) 597-5503- fax
dcica@foxrothschild.com
www.foxrothschild.com

---

**From:** Natalie M. Cox [mailto:ncox@klnevada.com]
**Sent:** Tuesday, February 04, 2014 9:58 AM
**To:** Axelrod, Brett A.
**Cc:** Rustia Moore, Micaela; Michael Fletcher; Cica, Dawn M.; Reed S. Waddell (rwaddell@frandzel.com); sam@schwartzlawyers.com; 'nschultzesq@gmail.com'; Bloom, J. Michal (USTP); Kristina R. Cole
**Subject:** RE: Martifer Solar Aurora, LLC & Martifer Solar USA, Inc. - Proposed Cash Collateral Order and Confidentiality Agreement

Brett,

I got your voicemail last night regarding a confidentiality agreement. Please forward whatever agreement you would like for the bank to consider. Also, please advise if/when you have lodged the proposed cash collateral order so that we can timely lodge our statement of opposition pursuant to LR 9021. Thank you.

Natalie


**Natalie M. Cox, Esq.**
Shareholder



ATTORNEYS AT LAW

P: 702.362.7800 F: 702.362.9472
Web: www.klnevada.com Bio: Attorney Bio
400 S. Rampart Blvd. | Suite 400 | Las Vegas | NV 89145

This communication (including any attachments) is not intended or written to be used, and it cannot be used, for the purpose of avoiding tax penalties that may be imposed on the taxpayer.

This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, any use of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately.

2

ATTENTION: IRS CIRCULAR 230 DISCLOSURE: Pursuant to Treasury Regulations, any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used or relied upon by you or any other person, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any tax advice addressed herein. -------------------------------------------- This e-mail contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the Individual(s) named above. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering this to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone at (215)-299-2167 or notify us by e-mail at helpdesk@foxrothschild.com. Also, please mail a hardcopy of the e-mail to Fox Rothschild LLP, 2000 Market Street, Philadelphia PA 19103-3222 via the U.S. Postal Service. We will reimburse you for all expenses incurred. Thank you.

ATTENTION: IRS CIRCULAR 230 DISCLOSURE: Pursuant to Treasury Regulations, any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used or relied upon by you or any other person, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any tax advice addressed herein. -------------------------------------------- This e-mail contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the Individual(s) named above. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering this to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone at (215)-299-2167 or notify us by e-mail at helpdesk@foxrothschild.com. Also, please mail a hardcopy of the e-mail to Fox Rothschild LLP, 2000 Market Street, Philadelphia PA 19103-3222 via the U.S. Postal Service. We will reimburse you for all expenses incurred. Thank you.