BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
MICAELA RUSTIA MOORE, ESQ.
Nevada Bar No. 9676
**FOX ROTHSCHILD LLP**
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
         mmoore@foxrothschild.com
*[Proposed] Counsel for Martifer Aurora Solar, LLC
and Martifer Solar USA, Inc.*

Electronically Filed February 10, 2014

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re | Case Nos. BK-S-14-10355-abl and BK-S-14-10357-abl |
|---|---|
| MARTIFER AURORA SOLAR, LLC, a Nevada limited liability company, | Jointly Administered under Case No. BK-S-14-10355-abl |
| ☐ Affects Martifer Aurora Solar, LLC<br>☐ Affects Martifer Solar USA, Inc.<br>☒ Affects all Debtors | Chapter 11<br><br>**NOTICE OF HEARING OF APPLICATIONS FOR ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF PROFESSIONALS EFFECTIVE AS OF THE PETITION DATE**<br><br>Hearing Date: March 10, 2014<br>Hearing Time: 9:30 a.m. |

**PLEASE TAKE NOTICE** that on the 10th day of February, 2014, Martifer Solar USA, Inc. ("Martifer USA") and Martifer Aurora Solar, LLC ("Aurora", and collectively with Martifer USA, the "Debtors"), debtors and debtors in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), filed the following applications to employ professionals (the "Applications"):

1. Application to Employ FOX ROTHSCHILD LLP as DEBTORS' COUNSEL Nunc Pro Tunc to the Petition Date [Dkt. 134]

ACTIVE 24711187v1 02/10/2014                      1

2. Application to Employ FOLEY HOAG LLP as SPECIAL MASSACHUSETTS LITIGATION COUNSEL Nunc Pro Tunc to the Petition Date [Dkt. 136]

3. Application to Employ ARMORY CONSULTING CO. as FINANCIAL ADVISOR TO DEBTORS Effective as of the Petition Date [Dkt. 138]

4. Application to Employ FOLEY & LARDNER LLP as SPECIAL SOLAR COUNSEL Nunc Pro Tunc to the Petition Date [Dkt. 140]

5. Application to Employ WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN LLP as SPECIAL CALIFORNIA LITIGATION COUNSEL Nunc Pro Tunc to the Petition Date [Dkt. 142]

Any opposition must be filed pursuant to Local Rule 9014(d)(1).

**NOTICE IF FURTHER GIVEN** that the Applications are available electronically through the Court's CM/ECF system at http://ecf.nvb.uscourts.gov (PACER account required). Copies of the Applications may also be obtained by contacting Debtors' proposed reorganization counsel, Fox Rothschild, LLP, Attn: Patricia Chlum, Telephone: (702) 262-6899.

**NOTICE IF FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Applications, or if you want the court to consider your views on the Applications, then you must file an opposition with the court, and serve a copy on the person making the Application *no later than 14 days* preceding the hearing date for the motion, unless an exception applies (see Local Rule 9014(d)(3)).

The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014( c).

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

• The court may *refuse to allow you to speak* at the scheduled hearing; and

• The court may *rule against you* without formally calling the matter at the hearing.

///

///

///

ACTIVE 24711187v1 02/10/2014         2

**NOTICE IS FURTHER GIVEN** that a hearing on the Applications will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Courtroom No. 1, Las Vegas, Nevada on **March 10, 2014,** at the hour of **9:30 a.m. prevailing Pacific time.**

Dated this 10th day of February, 2014.

**FOX ROTHSCHILD LLP**
By  *s/ Brett A. Axelrod*
　　BRETT A. AXELROD (NV Bar No. 5859)
　　MICAELA RUSTIA MOORE (NV Bar No. 9676)
　　3800 Howard Hughes Parkway, Suite 500
　　Las Vegas, Nevada 89169
*[Proposed] Counsel for Martifer Aurora Solar, LLC and Martifer Solar USA, Inc.*

ACTIVE 24711187v1 02/10/2014　　　　3