NATHAN A. SCHULTZ, ESQ.
FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway
Suite 500
Las Vegas, NV 89169
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: nschultzesq@gmail.com
*[Proposed] Counsel for Martifer Solar USA, Inc.
and Martifer Aurora Solar, LLC*

Electronically Filed February 12, 2014

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>MARTIFER AURORA SOLAR, LLC,<br>a Nevada limited liability company,<br><br>☐ Affects Martifer Aurora Solar, LLC<br>☐ Affects Martifer Solar USA, Inc.<br>☒ Affects all Debtors | Case Nos. BK-S-14-10355-abl and BK-S-14-10357-abl<br><br>Jointly Administered under Case No. BK-S-14-10355-abl<br><br>Chapter 11<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THESE JOINTLY ADMINISTERED CASES ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT** |

NATHAN A. SCHULTZ, Petitioner, respectfully represents to the Court:

1. That Petitioner resides in Traverse City, Michigan.

2. That Petitioner is an attorney at law and a member of the Law Office of Nathan A. Schultz, PC. with offices at 10621 Craig Road, Traverse City, Michigan 49686, telephone number (310)429-7128.

3. That Petitioner has been engaged to perform services on a contract basis by Fox Rothschild LLP, which is proposed counsel for Martifer Solar USA, Inc. and Martifer Aurora Solar, LLC in connection with the above-entitled jointly administered cases now pending before this Court.

4. That since December, 2002, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California.

5. That since September, 2011, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Michigan.

6. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| | **Date Admitted** |
|---|---|
| United States Court of Appeals for the Ninth Circuit | December, 2002 |
| United States District Court, Central District of California | December, 2002 |
| United States District Court, Northern District of Illinois | March, 2004 |
| United States District Court, Northern District of California | March, 2004 |
| United States District Court, Southern District of California | March, 2004 |
| United States District Court, Eastern District of California | May, 2009 |
| United States District Court, North Dakota | June, 2011 |
| United States District Court, Western District of Michigan | November, 2011 |
| United States District Court, Eastern District of Michigan | November, 2011 |

7. That there have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings.

8. That Petitioner has never been denied admission to the State Bar of Nevada.

10. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body | Was Application Granted or Denied |
|---|---|---|---|
| 12/13/2011 | In re Station Casinos, Inc., BK-N-09-52477 | United States Bankruptcy Court District of Nevada | Granted |

2

| | | | |
|---|---|---|---|
| 3/30/2012 | In re American West Development, Inc., BK-S-12-12349 | United States Bankruptcy Court District of Nevada | Granted |
| 3/28/2013 | In Timothy L. Blixseth, BK-S-11-15010 | United States Bankruptcy Court District of Nevada | Granted |

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

DATED this 11th day of February 2014.

FOX ROTHSCHILD LLP

By _____
NATHAN A. SCHULTZ, ESQ.
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (702) 282-6899
Facsimile: (702) 597-5503

STATE OF MICHIGAN )
)
COUNTY OF GRAND TRAVERSE )

NATHAN A. SCHULTZ, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
NATHAN A. SCHULTZ

Subscribed and sworn to before me
This 11 day of February 2014.

_____
Notary public, State of Michigan

JAMES E. ZIESMAN
NOTARY PUBLIC - MICHIGAN
CRAWFORD COUNTY
ACTING IN THE COUNTY OF GRAND TRAVERSE
MY COMMISSION EXPIRES FEB. 23, 2015