Scott Andrew Farrow
Acting Assistant United States Trustee
State Bar No.: WI 1000609
*scott.a.farrow@usdoj.gov*

J. Michal Bloom, Trial Attorney
State Bar No.: NV 4706
*j.michal.bloom@usdoj.gov*

**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
300 Las Vegas Boulevard, So., Suite 4300
Las Vegas, Nevada 89101
Tel: (702) 388-6600
Fax: (702) 388-6658

**Attorneys for the United States Trustee for Region 17**
     **TRACY HOPE DAVIS**

E-Filed:  February 14, 2014

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>**MARTIFER SOLAR USA, INC.,**<br><br><br>                              Debtor. | Case No.: BK-**S-14-10355-abl** and BK-S-**14-10357-abl**<br><br>Jointly Administered under<br>Case No. **BK-S-14-10355-abl**<br><br>Chapter 11 |

# APPOINTMENT OF THE OFFICIAL
# COMMITTEE OF UNSECURED CREDITORS

Pursuant to 11 U.S.C. § 1102(a), Tracy Hope Davis, the United States Trustee for Region 17, hereby appoints the following unsecured creditors to be members of the official committee of unsecured creditors in the above captioned case:

1. Robert Babcock
   **EPG Solar, LLC**
   54254 Wisconsin Avenue #600
   Chevy Chase, MD 20815

1

2. Charles M. Forman, Chapter 7 Trustee
**SatCon Technology Corp.**
80 Route 4 East, Suite #290
Paramus, NJ 07652

3. Sandra James
**Patriot Solar Group**
1007 Industrial Avenue
Albion, MI 49224

4. Adeh Mirzakhani
**Solar Optimum, Inc.**
501 West Glenoaks Blvd. Suite 555
Glendale, CA 21202

5. Timothy Lamotte
**Northern Land Clearing, Inc.**
P.O. Box 504
1290 Park Street
Palmer, MA 01069

Dated: February 14, 2014

                **TRACY HOPE DAVIS**
                **UNITED STATES TRUSTEE, REGION 17**

By:   */s/ J. Michal Bloom*
       J. Michal Bloom, Esq.
       Attorney for the United States Trustee

2