## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re: Martifer Aurora Solar, LLC

Case No.  14-10355-abl

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(GENERAL BUSINESS CASE)**

### SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** Jan-14   **PETITION DATE:** 01/21/14

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in  $1

|  | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| 2. **Asset and Liability Structure** | | | |
| a. Current Assets | $3,784 | | |
| b. Total Assets | $1,238,538 | | |
| c. Current Liabilities | $872,925 | | |
| d. Total Liabilities | $872,925 | | |

|  | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 3. **Statement of Cash Receipts & Disbursements for Month** | | | |
| a. Total Receipts | $0 | | $0 |
| b. Total Disbursements | $0 | | $0 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $0 | $0 | $0 |
| d. Cash Balance Beginning of Month | $0 | | $0 |
| e. Cash Balance End of Month (c + d) | $0 | $0 | $0 |

|  | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. **Profit/(Loss) from the Statement of Operations** | $0 | | |
| 5. **Account Receivables (Pre and Post Petition)** | $0 | | |
| 6. **Post-Petition Liabilities** | $872,925 | | |
| 7. **Past Due Post-Petition Account Payables (over 30 days)** | $0 | | |

**At the end of this reporting month:**

|  | Yes | No |
|---|---|---|
| 8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | x |
| 9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | x |
| 10. If the answer is yes to 8 or 9, were all such payments approved by the court? | N/A | N/A |
| 11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | x |
| 12. Is the estate insured for replacement cost of assets and for general liability? | x | |
| 13. Are a plan and disclosure statement on file? | | x |
| 14. Was there any post-petition borrowing during this reporting period? | | x |

15. Check if paid: Post-petition taxes ___; U.S. Trustee Quarterly Fees ___; Check if filing is current for: Post-petition tax reporting and tax returns: ___.
   (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date: 2/20/2014

_____
Responsible Individual

Revised 1/1/98

# STATEMENT OF OPERATIONS
## (General Business Case)
For the Month Ended  01/31/14

| Current Month | | | | | Cumulative | Next Month |
| Actual | Forecast | Variance | | | (Case to Date) | Forecast |
|---|---|---|---|---|---|---|
| | | | | **Revenues:** | | |
| | | $0 | 1 | Gross Sales | $4,321 | |
| | | $0 | 2 | less: Sales Returns & Allowances | | |
| $0 | $0 | $0 | 3 | Net Sales | $4,321 | $0 |
| $0 | | $0 | 4 | less: Cost of Goods Sold    (Schedule 'B') | | |
| $0 | $0 | $0 | 5 | Gross Profit | $4,321 | $0 |
| | | $0 | 6 | Interest | | |
| | | $0 | 7 | Other Income: | | |
| | | $0 | 8 | | | |
| | | $0 | 9 | | | |
| $0 | $0 | $0 | 10 | **Total Revenues** | $4,321 | $0 |
| | | | | **Expenses:** | | |
| | | $0 | 11 | Compensation to Owner(s)/Officer(s) | | |
| | | $0 | 12 | Salaries | | |
| | | $0 | 13 | Commissions | | |
| | | $0 | 14 | Contract Labor | | |
| | | | | Rent/Lease: | | |
| | | $0 | 15 | Personal Property | | |
| | | $0 | 16 | Real Property | | |
| | | $0 | 17 | Insurance | | |
| | | $0 | 18 | Management Fees | | |
| | | $0 | 19 | Depreciation | $6,113 | |
| | | | | Taxes: | | |
| | | $0 | 20 | Employer Payroll Taxes | | |
| | | $0 | 21 | Real Property Taxes | | |
| | | $0 | 22 | Other Taxes | | |
| | | $0 | 23 | Other Selling | | |
| | | $0 | 24 | Other Administrative | | |
| | | $0 | 25 | Interest | | |
| | | $0 | 26 | Other Expenses: | | |
| | | $0 | 27 | | | |
| | | $0 | 28 | | | |
| | | $0 | 29 | | | |
| | | $0 | 30 | | | |
| | | $0 | 31 | | | |
| | | $0 | 32 | | | |
| | | $0 | 33 | | | |
| | | $0 | 34 | | | |
| $0 | $0 | $0 | 35 | **Total Expenses** | $6,113 | $0 |
| $0 | $0 | $0 | 36 | **Subtotal** | ($1,791) | $0 |
| | | | | **Reorganization Items:** | | |
| | | $0 | 37 | Professional Fees | | |
| | | $0 | 38 | Provisions for Rejected Executory Contracts | | |
| | | $0 | 39 | Interest Earned on Accumulated Cash from Resulting Chp 11 Case | | |
| | | $0 | 40 | Gain or (Loss) from Sale of Equipment | | |
| | | $0 | 41 | U.S. Trustee Quarterly Fees | | |
| | | $0 | 42 | | | |
| $0 | $0 | $0 | 43 | **Total Reorganization Items** | $0 | $0 |
| $0 | $0 | $0 | 44 | **Net Profit (Loss) Before Federal & State Taxes** | ($1,791) | $0 |
| | | $0 | 45 | Federal & State Income Taxes | | |
| $0 | $0 | $0 | 46 | **Net Profit (Loss)** | ($1,791) | $0 |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Revised 1/1/98

# BALANCE SHEET
## (General Business Case)
**For the Month Ended**  01/31/14

**Assets**

| | | From Schedules | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents - unrestricted | | |
| 2 | Cash and cash equivalents - restricted | | $3,784 |
| 3 | Accounts receivable (net) | A | $0 |
| 4 | Inventory | B | $0 |
| 5 | Prepaid expenses | | |
| 6 | Professional retainers | | |
| 7 | Other: | | |
| 8 | | | |
| 9 | **Total Current Assets** | | $3,784 |
| | **Property and Equipment (Market Value)** | | |
| 10 | Real property | C | $0 |
| 11 | Machinery and equipment | D | $1,234,754 |
| 12 | Furniture and fixtures | D | $0 |
| 13 | Office equipment | D | $0 |
| 14 | Leasehold improvements | D | $0 |
| 15 | Vehicles | D | $0 |
| 16 | Other: | D | |
| 17 | | D | |
| 18 | | D | |
| 19 | | D | |
| 20 | | D | |
| 21 | **Total Property and Equipment** | | $1,234,754 |
| | **Other Assets** | | |
| 22 | Loans to shareholders | | |
| 23 | Loans to affiliates | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | **Total Other Assets** | | $0 |
| 29 | **Total Assets** | | $1,238,538 |

**NOTE:**
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

# Liabilities and Equity
**(General Business Case)**

**Liabilities From Schedules**

**Post-Petition**

**Current Liabilities**

| | | | | |
|---|---|---|---|---|
| 30 | Salaries and wages | | | |
| 31 | Payroll taxes | | | |
| 32 | Real and personal property taxes | | | |
| 33 | Income taxes | | | |
| 34 | Sales taxes | | | |
| 35 | Notes payable (short term) | | | |
| 36 | Accounts payable (trade) | A | | $0 |
| 37 | Real property lease arrearage | | | |
| 38 | Personal property lease arrearage | | | |
| 39 | Accrued professional fees | | | |
| 40 | Current portion of long-term post-petition debt (due within 12 months) | | | |
| 41 | Other:  Deferred Revenue (cash grants and rebates to be recognized | | | $872,925 |
| 42 | over 20 years) | | | |
| 43 | | | | |
| 44 | **Total Current Liabilities** | | | $872,925 |
| 45 | **Long-Term Post-Petition Debt, Net of Current Portion** | | | |
| 46 | **Total Post-Petition Liabilities** | | | $872,925 |

**Pre-Petition Liabilities (allowed amount)**

| | | | | |
|---|---|---|---|---|
| 47 | Secured claims | F | | $0 |
| 48 | Priority unsecured claims | F | | $0 |
| 49 | General unsecured claims | F | | $0 |
| 50 | **Total Pre-Petition Liabilities** | | | $0 |
| 51 | **Total Liabilities** | | | $872,925 |

**Equity (Deficit)**

| | | |
|---|---|---|
| 52 | Retained Earnings/(Deficit) at time of filing | $36,856 |
| 53 | Capital Stock | $330,547 |
| 54 | Additional paid-in capital | |
| 55 | Cumulative profit/(loss) since filing of case | ($1,791) |
| 56 | Post-petition contributions/(distributions) or (draws) | |
| 57 | | |
| 58 | Market value adjustment | |
| 59 | **Total Equity (Deficit)** | $365,613 |
| 60 | **Total Liabilities and Equity (Deficit)** | $1,238,538 |

Revised 1/1/98

**SCHEDULES TO THE BALANCE SHEET**
**(General Business Case)**

**Schedule A**

**Accounts Receivable and (Net) Payable**

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0 -30 Days | | | |
| 31-60 Days | | | |
| 61-90 Days | | | $0 |
| 91+ Days | | | |
| Total accounts receivable/payable | $0 | $0 | |
| Allowance for doubtful accounts | | | |
| Accounts receivable (net) | $0 | | |

**Schedule B**
**Inventory/Cost of Goods Sold**

| Types and Amount of Inventory(ies) | Inventory(ies) Balance at End of Month | Cost of Goods Sold | |
|---|---|---|---|
| | | Inventory Beginning of Month | |
| | | Add - | |
| Retail/Restaurants - | | Net purchase | |
| Product for resale | | Direct labor | |
| | | Manufacturing overhead | |
| Distribution - | | Freight in | |
| Products for resale | | Other: | |
| | | | |
| Manufacturer - | | | |
| Raw Materials | | | |
| Work-in-progress | | Less - | |
| Finished goods | | Inventory End of Month | |
| | | Shrinkage | |
| Other - Explain | | Personal Use | |
| | | | |
| | | Cost of Goods Sold | $0 |
| TOTAL | $0 | | |

**Method of Inventory Control**

Do you have a functioning perpetual inventory system?
    Yes _____  No _____
How often do you take a complete physical inventory?

  Weekly _____
  Monthly _____
  Quarterly _____
  Semi-annually _____
  Annually _____

Date of last physical inventory was _____

Date of next physical inventory is _____

**Inventory Valuation Methods**

Indicate by a checkmark method of inventory used.

Valuation methods -
  FIFO cost _____
  LIFO cost _____
  Lower of cost or market _____
  Retail method _____
  Other _____
   Explain

Revised 1/1/98

**Schedule C**
**Real Property**

| Description | Cost | Market Value |
|---|---|---|
| | | |
| Total | $0 | $0 |

**Schedule D**
**Other Depreciable Assets**

| Description | Cost | Market Value |
|---|---|---|
| Machinery & Equipment - | | |
| Solar Equipment | $1,467,039 | $1,234,754 |
| Total | $1,467,039 | $1,234,754 |
| Furniture & Fixtures - | | |
| Total | $0 | $0 |
| Office Equipment - | | |
| Total | $0 | $0 |
| Leasehold Improvements - | | |
| Total | $0 | $0 |
| Vehicles - | | |
| Total | $0 | $0 |

Revised 1/1/98

## Schedule E
### Aging of Post-Petition Taxes
#### (As of End of the Current Reporting Period)

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | | | | | $0 |
| FICA - Employee | | | | | $0 |
| FICA - Employer | | | | | $0 |
| Unemployment (FUTA) | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total Federal Taxes** | $0 | $0 | $0 | $0 | $0 |
| **State and Local** | | | | | |
| Income Tax Withholding | | | | | $0 |
| Unemployment (UT) | | | | | $0 |
| Disability Insurance (DI) | | | | | $0 |
| Empl. Training Tax (ETT) | | | | | $0 |
| Sales | | | | | $0 |
| Excise | | | | | $0 |
| Real property | | | | | $0 |
| Personal property | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total State & Local Taxes** | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes** | $0 | $0 | $0 | $0 | $0 |

## Schedule F
### Pre-Petition Liabilities

| List Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims (a) | | |
| Priority claims other than taxes | | |
| Priority tax claims | | |
| General unsecured claims | | |

(a)   List total amount of claims even it under secured.
(b)   Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

## Schedule G
### Rental Income Information
### Not applicable to General Business Cases

## Schedule H
### Recapitulation of Funds Held at End of Month

| | Account 1 | Account 2 | Account 3 | Account 4 |
|---|---|---|---|---|
| Bank | City National Bank | City National Bank | Cathay Bank | |
| Account Type | General Account | Tax Account | Checking | |
| Account No. | 0456 | 0464 | 7681 | |
| Account Purpose | | | | |
| Balance, End of Month | $0 | $0 | $3,784 | |
| Total Funds on Hand for all Accounts | $3,784 | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
**Increase/(Decrease) in Cash and Cash Equivalents**
**For the Month Ended**   01/31/14

|    |                                                         | Actual Current Month | Cumulative (Case to Date) |
|----|---------------------------------------------------------|---------------------|---------------------------|
|    | **Cash Receipts**                                       |                     |                           |
| 1  | Rent/Leases Collected                                   |                     |                           |
| 2  | Cash Received from Sales                                |                     |                           |
| 3  | Interest Received                                       |                     |                           |
| 4  | Borrowings                                              |                     |                           |
| 5  | Funds from Shareholders, Partners, or Other Insiders    |                     |                           |
| 6  | Capital Contributions                                   |                     |                           |
| 7  |                                                         |                     |                           |
| 8  |                                                         |                     |                           |
| 9  |                                                         |                     |                           |
| 10 |                                                         |                     |                           |
| 11 |                                                         |                     |                           |
| 12 | **Total Cash Receipts**                                 | $0                  | $0                        |
|    | **Cash Disbursements**                                  |                     |                           |
| 13 | Payments for Inventory                                  |                     |                           |
| 14 | Selling                                                 |                     |                           |
| 15 | Administrative                                          |                     |                           |
| 16 | Capital Expenditures                                    |                     |                           |
| 17 | Principal Payments on Debt                              |                     |                           |
| 18 | Interest Paid                                           |                     |                           |
|    | Rent/Lease:                                             |                     |                           |
| 19 |     Personal Property                                   |                     |                           |
| 20 |     Real Property                                       |                     |                           |
|    | Amount Paid to Owner(s)/Officer(s)                      |                     |                           |
| 21 |     Salaries                                            |                     |                           |
| 22 |     Draws                                               |                     |                           |
| 23 |     Commissions/Royalties                               |                     |                           |
| 24 |     Expense Reimbursements                              |                     |                           |
| 25 |     Other                                               |                     |                           |
| 26 | Salaries/Commissions (less employee withholding)        |                     |                           |
| 27 | Management Fees                                         |                     |                           |
|    | Taxes:                                                  |                     |                           |
| 28 |     Employee Withholding                                |                     |                           |
| 29 |     Employer Payroll Taxes                              |                     |                           |
| 30 |     Real Property Taxes                                 |                     |                           |
| 31 |     Other Taxes                                         |                     |                           |
| 32 | Other Cash Outflows:                                    |                     |                           |
| 33 |                                                         |                     |                           |
| 34 |                                                         |                     |                           |
| 35 |                                                         |                     |                           |
| 36 |                                                         |                     |                           |
| 37 |                                                         |                     |                           |
| 38 | **Total Cash Disbursements:**                           | $0                  | $0                        |
| 39 | **Net Increase (Decrease) in Cash**                     | $0                  | $0                        |
| 40 | **Cash Balance, Beginning of Period**                   |                     |                           |
| 41 | **Cash Balance, End of Period**                         | $0                  | $0                        |

Revised 1/1/98

# STATEMENT OF CASH FLOWS
**(Optional) Increase/(Decrease) in Cash and Cash Equivalents**
**For the Month Ended** 01/31/14

| | | Actual<br>Current Month | Cumulative<br>(Case to Date) |
|---|---|---|---|
| | **Cash Flows From Operating Activities** | | |
| 1 | Cash Received from Sales | | |
| 2 | Rent/Leases Collected | | |
| 3 | Interest Received | | |
| 4 | Cash Paid to Suppliers | | |
| 5 | Cash Paid for Selling Expenses | | |
| 6 | Cash Paid for Administrative Expenses | | |
| | Cash Paid for Rents/Leases: | | |
| 7 |     Personal Property | | |
| 8 |     Real Property | | |
| 9 | Cash Paid for Interest | | |
| 10 | Cash Paid for Net Payroll and Benefits | | |
| | Cash Paid to Owner(s)/Officer(s) | | |
| 11 |     Salaries | | |
| 12 |     Draws | | |
| 13 |     Commissions/Royalties | | |
| 14 |     Expense Reimbursements | | |
| 15 |     Other | | |
| | Cash Paid for Taxes Paid/Deposited to Tax Acct. | | |
| 16 |     Employer Payroll Tax | | |
| 17 |     Employee Withholdings | | |
| 18 |     Real Property Taxes | | |
| 19 |     Other Taxes | | |
| 20 | Cash Paid for General Expenses | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | **Net Cash Provided (Used) by Operating Activities before Reorganization Items** | $0 | $0 |
| | **Cash Flows From Reorganization Items** | | |
| 28 | Interest Received on Cash Accumulated Due to Chp 11 Case | | |
| 29 | Professional Fees Paid for Services in Connection with Chp 11 Case | | |
| 30 | U.S. Trustee Quarterly Fees | | |
| 31 | | | |
| 32 | **Net Cash Provided (Used) by Reorganization Items** | $0 | $0 |
| 33 | **Net Cash Provided (Used) for Operating Activities and Reorganization Items** | $0 | $0 |
| | **Cash Flows From Investing Activities** | | |
| 34 | Capital Expenditures | | |
| 35 | Proceeds from Sales of Capital Goods due to Chp 11 Case | | |
| 36 | | | |
| 37 | **Net Cash Provided (Used) by Investing Activities** | $0 | $0 |
| | **Cash Flows From Financing Activities** | | |
| 38 | Net Borrowings (Except Insiders) | | |
| 39 | Net Borrowings from Shareholders, Partners, or Other Insiders | | |
| 40 | Capital Contributions | | |
| 41 | Principal Payments | | |
| 42 | | | |
| 43 | **Net Cash Provided (Used) by Financing Activities** | $0 | $0 |
| 44 | **Net Increase (Decrease) in Cash and Cash Equivalents** | $0 | $0 |
| 45 | **Cash and Cash Equivalents at Beginning of Month** | $3,784 | |
| 46 | **Cash and Cash Equivalents at End of Month** | $3,784 | $0 |

Revised 1/1/98

**Martifer Aurora Solar, LLC**
**BK-S-14-10355-abl**
**Month Ended: 1/31/14**
**Petition Date: 1/21/14**

**Footnotes to the Monthly Operating Report ("MOR")**

**Summary**

Martifer Aurora Solar LLC ("Debtor") is 99% owned by Martifer Solar USA, Inc. ("Martifer") and 1% owned by Spearpoint Energy, and is incorporated in Nevada.

Debtor is comprised of a singe solar photovoltaic project (the "Project") located on three separate municipal buildings in the city of Aurora, CO. After building and commissioning the project Martifer purchased the project from the developer, and assigned contractual rights and responsibilities to Debtor. The project has been commissioned and commercially operational since September 2010.

The Project is 100% operated by Debtor and all revenues and proceeds are collected by Debtor. The project cost about $1.5 million ("MM"). Debtor received federal cash grants and utility rebates totaling about $1.1MM. The offtaker of the project is the city of Aurora according to terms of a 20 year Solar Service Agreement ("SSA"). The Project is contracted with a third-party for a 20 year term to generate and provide Solar Renewable Energy Credits.

Debtor's Debtor-in-Possesson ("DIP") bank accounts were opened on January 31, 2014. Debtor has not received the January 2014 DIP bank statements. As such , Debtor has attached the non-DIP bank statements for January 2014 to this MOR.

Debtor's fiscal year end is December 31, 2013, and Debtor has not yet reconciled and finalized the accounting treatment and/or classification of certain transactions, which impacts the January 2014 financial statements. Certain transactions and procedures are subject to review and approval by Martifer Solar, Inc., the holding company of Martifer Solar USA. While Debtor has created a new post-Petition accounting period, the pre-Petition accounting treatment has yet to be finalized. Thus, while Debtor has endeavored in its best efforts to present this MOR with the most accurate information and data, the financial statements presented in this stub-period MOR may be subject to significant and material modifications.

**Statement of Operations**

Debtor estimates to receive about $40,000 per year in gross cash receipts from the Project for the duration of the SSA. Revenues are subject to seasonality, weather conditions and other acts of nature. During January 2014, certain components of the Project was in disrepair and the Project experience partial diminishment of solar production, and thus reduced revenues. Revenues recorded for the post-Petition Jaury 2014 period reflect deferred revenues. Debtor anticipates the Project to be repaired and fully functional in March 2014.

**Balance Sheet**

As noted above, the SSA is for a 20 year term. Debtor reflects on its books and records deferred revenues, comprised of cash grants and rebates, over the life of the SSA, and has classified the deferred revenue as a long term liability. The MOR template does not provide for "Other" long-term liabilities. Thus, Debtor has classified the deferred revenues as "Other" current liabilities.

**Martifer Aurora Solar, LLC**
**BK-S-14-10355-abl**
**Month Ended: 1/31/14**
**Petition Date: 1/21/14**

**Footnotes to the Monthly Operating Report ("MOR")**

**Schedules Pg** 1

As noted above that the Project was in disrepair in January 2014, no accounts receivable or accounts payable is recorded for January 2014. Debtor does not hold any inventory.

**Schedules Pg2**

The Project's sole depreciable assets are solar modules, inverters and related capital equipment utilized for the product of solar energy. Debtor and the Project do not own any real property.

**Schedules Pg3**

Management costs of the Debtor and the Project are incurred by Martifer Solar USA, Inc., and are not allocated to the Debtor.

**Statement of Cash Receipts and Disbursements**

As revenues reflected in the post-Petition January 2014 period are deferred, Debtor did not experience any transactions in this Statement of Cash Receipts and Disbursements

**Statement Cash Flows**

No comments.

**CATHAY BANK**

9650 Flair Drive, El Monte, CA 91731
RETURN SERVICE REQUESTED
00012702-0041551-0001-0002-TIMR8006170202148725

1-800-9CATHAY (922-8429)
www.Cathaybank.com

MARTIFER AURORA SOLAR LLC
2040 ARMACOST AVE
2ND FLOOR
LOS ANGELES CA 90025

Last statement: December 31, 2013
This statement: January 31, 2014
Total days in statement period: 31

Page 1
███████7681
( 0 )

Direct inquiries to:
800-922-8429

Cathay Bank
9045 Corbin Ave Suite 100
Northridge CA 91324

RECEIVED FEB 06 2014

CATHAY BUSINESS ONLINE BANKING FLEXIBLE AND CUSTOMIZED TO MEET YOUR NEEDS. FROM YOUR DESK: MANAGE FINANCES, PAY BILLS, SEND WIRES, AND MORE! CONTACT YOUR ACCOUNT OFFICER FOR MORE INFORMATION TODAY!

## Commercial Analysis Checking

| | | | |
|---|---|---|---|
| Account number | ███████7681 | Beginning balance | $3,799.76 |
| Low balance | $3,783.98 | Total additions | .00 |
| Average balance | $3,790.60 | Total subtractions | 15.78 |
| Avg collected balance | $3,790 | Ending balance | $3,783.98 |

**DEBITS**

| Date | Description | Subtractions |
|---|---|---|
| 01-14 | ' Acct Analysis Charge<br>FOR 12/13 | 15.78 |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 12-31 | 3,799.76 | 01-14 | 3,783.98 | | |



**CATHAY BANK**

1-800-9CATHAY (922-8429)
www.Cathaybank.com

9650 Flair Drive, El Monte, CA 91731
RETURN SERVICE REQUESTED

MARTIFER AURORA SOLAR LLC
January 31, 2014

Page 2
7681

### OVERDRAFT/RETURN ITEM FEES

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |





*Thank you for banking with Cathay Bank*