BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
MICAELA RUSTIA MOORE, ESQ.
Nevada Bar No. 9676
**FOX ROTHSCHILD LLP**
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
         mmoore@foxrothschild.com
*[Proposed] Counsel for Martifer Solar Aurora, LLC*
*and Martifer Solar USA, Inc.*

Electronically filed February 21, 2014

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re

MARTIFER AURORA SOLAR, LLC, a
Nevada limited liability company,

☐ Affects Martifer Aurora Solar, LLC
☐ Affects Martifer Solar USA, Inc.
☒ Affects all Debtors

Case Nos. BK-S-14-10355-abl and
BK-S-14-10357-abl

Jointly Administered under
Case No. BK-S-14-10355-abl

Chapter 11

**SECOND SUPPLEMENTAL
DECLARATION OF KLAUS BERNHART
IN SUPPORT OF SECOND MOTION
FOR ORDER PURSUANT TO 11 U.S.C. §
364 AND FED. R. BANKR. P. 4001(c): (I)
AUTHORIZING DEBTORS TO OBTAIN
POSTPETITION FINANCING; (II)
GRANTING RELATED RELIEF; AND
(III) SCHEDULING FINAL HEARING**

Hearing Date:     February 21, 2014
Hearing Time:     9:30 a.m.

KLAUS BERNHART, being duly sworn, hereby deposes and declares under penalty of

perjury:

    1.    I am over the age of 18, am mentally competent, and if called upon to testify as to the

statements made herein, could and would do so.

ACTIVE 24809878v1 02/21/2014                    1

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

2.      I am the Chief Financial Officer of Martifer Solar USA, Inc. ("Martifer Solar USA"). Martifer Solar USA holds no less than 99% of the membership interests in Martifer Aurora Solar, LLC ("Aurora", together with Martifer Solar USA, "Debtors" or the "Companies"), debtors and debtors in possession in the above captioned chapter 11 cases (the "Chapter 11 Cases").  I am a Manager of Aurora.  I am authorized to submit this supplemental declaration in support of the Debtors' second motion to approve post-petition financing (the "DIP Motion").[1]

3.      Except as otherwise stated herein, if called as a witness, I could and would competently testify to the matters set forth herein from my own personal knowledge.

4.      The foundation for my testimony herein and my qualifications are set forth in my original declaration filed in support of the DIP Motion [Dkt# 87], the contents of which are incorporated herein by this reference.

5.      The contents of my supplemental declaration filed in support of the DIP Motion [Dkt# 204] ("Supplemental Declaration") are also incorporated herein by this reference.  In my Supplemental Declaration, I stated that Debtors have had promising discussions with potential third party investors.

6.      This morning, Debtors received a letter of intent from BayWa r.e. renewable energy GmbH ("BayWa r.e.") expressing its interest in acquiring up to 100% of the shares of Debtors.  A true and correct copy of the LOI is attached hereto as **Exhibit "2."** Information regarding BayWa r.e. is attached hereto as **Exhibit "3."**

7.      The availability of post-petition financing is critical to perform on new and existing projects in order to preserve Debtors' viability and the value of the estate.

I verify under penalty of perjury that the foregoing statement is true and correct to the best of my information, knowledge and belief.

Executed this 21st day of February 2014.

*/s/Klaus Bernhart*
KLAUS BERNHART

---

[1]  Unless other defined, capitalized terms used herein shall have the meanings ascribed to them in the DIP Motion.

ACTIVE 24809878v1 02/21/2014                    2

1

2                                              **EXHIBIT 2**

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)



BayWa r.e. renewable energy GmbH | Herzog-Heinrich-Straße 9 | 80336 München

Roland Kiser, President & CEO
Martifer Solar USA, Inc.
2040 Armacost Avenue
Los Angeles, CA 90025

| Ansprechpartner/in | Email | Durchwahl | Datum |
|---|---|---|---|
| Christian Münch | Christian.muench@baywa-re.com | -188 | 14.02.2014 |

## LETTER OF INTENT

*RE: Letter of Interest to acquire up to 100% shares of Martifer Solar USA, Inc. ("Martifer Solar US"), a PV solar developing company and U.S. subsidiary of Martifer, Portugal*

Dear Mr. Kiser,

With reference to our conversations previously held with professionals from Global Capital Finance on the matter, and after reviewing some of the materials provided by you, the undersigned BayWa r.e. renewable energy GmbH, with registered office at Herzog-Heinrich-Strasse 9, 80336 München, (Germany), (hereinafter, "BayWa r.e.") , hereby expresses its interest in acquiring Martifer Solar USA.

BayWa r.e. is currently reviewing the materials we have received from you and our first impression in evaluating Martifer Solar US is positive. Based on our preliminary review, we generally believe that Martifer Solar USA fits our strategic focus and BayWa r.e. is interested in continuing its due diligence review with respect to the opportunity.  BayWa r.e. holds Martifer Solar USA's present management team – particularly, Roland Kiser, CEO and Klaus Bernhart, CFO – in particular esteem.  BayWa r.e.'s interest in Martifer Solar USA is driven in substantial material part by the continued development of the company's pipeline under present management's direction and vision.

BayWa r.e. renewable energy GmbH  |  Herzog-Heinrich-Straße 9  |  80336 München  |  Telefon +49 89 383932-0  |  Telefax +49 89 383932-32
info@baywa-re.com  |  www.baywa-re.com  |  Geschäftsführer: Günter Haug, Matthias Taft, Harald Wilbert  |  Firmensitz: München
Handelsregister: München HRB 160 344  |  USt-ID: DE266587063



Please note that this letter of intent is non-binding and does not create any legal obligations for us. Any commitment on our behalf is subject to further due diligence and management approval by BayWa r.e..

This letter of intent shall be governed by, and construed in accordance with the laws of the State of New York.


Sincerely,

BayWa r.e. renewable energy GmbH


Matthias Taft
Managing Director

Alexander Rothenanger
Proxy Holder