**EXHIBIT 3**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

# BayWa Group
# Corporate Presentation 2013

## As of September 2013



# The BayWa Group

## At a Glance

**BayWa**

### Our Company



– **Leading** trading and services group

– Core segments of **Agriculture, Energy** und **Building Materials**

– **Corporate culture** based on cooperative roots

– Founded in Munich in **1923**

– Approximately **17,000 employees**

– Over **3,000 locations** in **17 countries**

– **Listed company** (SDAX)

# The BayWa Group
## Segment Breakdown



### Our Structure

**BayWa**

| **Agriculture** | **Energy** | **Building Materials** |
|---|---|---|
|  |  |  |

| Agri. Trade | Agri. Equipment | Fruit | Conventional Energy | BayWa r.e. | Building Materials |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**The core segments Agriculture, Energy and Building Materials cover basic human needs.**

# The BayWa Group
## Management Board



**Our Executives**











**Klaus Josef Lutz**
**Chief Executive Officer**
– Appointed CEO of BayWa in 2008
– Degree in law from the Ludwig-Maximilians-Universität in Munich
– Previously served as managing director at Süddeutscher Verlag GmbH

**Andreas Helber**
**Chief Financial Officer**
– Joined BayWa in 2000 as head of finance; CFO since 2010
– Degree in business from the Universität Siegen
– Previously served as a tax advisor and accountant at KPMG Deutsche-Treuhand-Gesellschaft AG

**Dr. Josef Krapf**
**Management Board Member**
– Joined BayWa in 2002 as a member of the executive board
– PhD in agricultural engineering from the Universität Weihenstephan
– Previously served as member of the board at WLZ Raiffeisen AG, Stuttgart

**Roland Schuler**
**Management Board Member**
– Joined BayWa in 2002 as a member of the executive board
– Degree in business from the Universität Stuttgart
– Previously served as member of the board at WLZ Raiffeisen AG, Stuttgart

**Reinhard Wolf**
**Management Board Member**
– Joined BayWa in 2013 as a member of the executive board
– Degree in agricultural economics from the Universität Wien
– Additionally serves as CEO at Raiffeisen Ware Austria AG and board member at Raiffeisen-Holding NÖ-Wien

# 90 Years of BayWa

## Milestones

BayWa

### Our History

**1923**
Founding in Munich

**1920s**
Mechanisation of the farming industry

**1950s**
First Agri. Equip. sales locations

**1960s**
Increasing meat consumption: feed factories expanded

**1970s**
First DIY & Garden Centres; Investment in petrol stations

**1972**
New Logo

BayWa

**1980s**
New Business Segment: Building Materials

BayWa Baustoffe

**1990s**
Expansion in Central and Eastern Europe

**1998**
Founding

BayWa Stiftung

**1999**
Strategic alliance

RWA RAIFFEISEN WARE AUSTRIA AG

**2002**
Acquisition of WLZ Raiffeisen AG

WLZ Eine Niederlassung der BayWa AG

**2009**
Founding

BayWa r.e. renewable energy

**2011**
Carve-out of DIY & Garden Centres in JV.

BayWa HELLWEG Die Profi-Baumärkte

**2012**
Acquisition

Turners & Growers

**2013**
Acquisitions

Cefetra
Bohnhorst



# The BayWa Group

## Business Model and Corporate Strategy



## Business Model

**Customers**
- Farmers
- End customers
- Industry
- Commerce
- Trade
- Financial investors

**Markets**
- Agriculture
- Energy/ renewable energies
- Building Materials



**Operating activities**
- Trade
- Logistics
- Services
- Finance
- Project development

**Unique selling proposition**
- Customer proximity through full-coverage network for sales and logistics

## Strategy: Core Elements

- Profitable **growth** of the Group
- **Internationalisation** of business
- Ongoing cost **optimisation**
- Partnerships and **cooperations** with other enterprises
- Value-driven **management** of the company
- **Sustainability** of the Group's activities

# The BayWa Group
## Internationally Positioned



**Our Presence**



■ Agriculture Segment      □ Energy Segment      ■ Building Materials Segment

# The BayWa Group
## Brand Values



**Our Values**

### Brand Values



### BayWa – the strong partner

As a strong partner, BayWa stands for:

– **Trust:** the basis for a strong partnership

– **Innovation:** the development of new products and solutions for a partnership that is fit for the future

– **Solidity:** the firm foundation for sustainable growth

# The BayWa Group

## Key Financial Figures



**Our Data**                          CAGR since 2009: **13.5%** (Revenues), **17.4%** (EBIT)





# The BayWa Group
## Share



**Our Data**                                    **Dividend** 2012: **€0.65**

## Share Price Development 2012/2013



— BayWa (Sec. code no. 519 406)

| | |
|---|---|
| **Stock exchanges** | Frankfurt, Munich, Xetra |
| **Segment** | Official Market/Prime Standard |
| **Stock exch. index** | SDAX (Sec. code no. 519406 & 519400) |
| **ISIN** | DE0005194062 und DE0005194005 |
| **Share capital** | EUR 88,197,406.72 |
| **Number of shares** | 34,452,112 |

## Shareholder Structure



**Bayerische Raiffeisen-Beteiligungs AG**
34.9%

**Freefloat**
40.0%

**Raiffeisen Agrar Invest GmbH**
25.1%



# Industry Trends & Business Segments

# Global Challenge in the Agriculture Segment:
## High-Quality Food for Everyone





**The Facts:**

– By 2050, the world's population will grow by
  another 2 billion, reaching 9 billion people.
– Increasing prosperity in newly industrializing
  countries is leading to changes in eating habits
  and increasing demand for food.
– The global arable land per person will
  decrease from 0.3 to 0.2 hectares between
  2000-2050.

**BayWa's Role:**

Supplying the agricultural industry:
– With new and modern cultivation methods
  that increase agricultural productivity
– By providing all operating materials for
  farming and cultivation
– By securing the supply of raw materials
  through the formation of an
  interconnected, global stream of
  commerce

# Agriculture Segment
## One-Stop Expertise



| **Our Business in 2012** | **€5.0 bn** Revenues, **8,730** Employees, **48%** of Group Revenues |



**Trading and sales of agricultural products, operating resources, agricultural equipment and fruit.**

– Significant position as **a full-line supplier:**

  – Largest agricultural trader in Germany

  – Worldwide among the top 10

– Nearly **complete coverage** of the agricultural value chain

– Organized into three business units: **Agricultural Trade**, **Agricultural Equipment** and **Fruit**

| Agricultural Trade | Agricultural Equipment | Fruit |
|---|---|---|
| – Grain and oilseed<br>– Seed<br>– Fertiliser<br>– Crop protection<br>– Feedstuff<br>– Cultivation and advisory services | – Agri. equip. for farmers, foresters, local authorities and commerce<br>– Agricultural buildings<br>– Customer service/workshop services<br>– Spare parts<br>– Brokerage services for financing and lease agreements | – Dessert pome fruit<br>– Soft & stone fruit<br>– Pome fruit from organic contract farming<br>– Tropical fruit<br>– Vegetable fruits |

# Agriculture Segment

## Agricultural Trade

**Our Success**



**Agricultural Products:**

– Collection, inspection, processing, drying, storage and sale of **Agricultural Products worldwide**

– Trade of approx. **30 million tonnes** of grain per year

**Operating Resources:**

– Significant **sales partner** to the fertiliser and seed industries

– **No. 1** trader in **crop protection** products in Germany

– **3** premium **house brands** offered: Planterra (seed), InnoFert (fertiliser) and InnoProtect (crop protection)

# Agriculture Segment

## Agricultural Equipment

**Our Success**



– **Leading** agricultural equipment trader:

  – One of the largest in **Europe**

  – **No. 1** in Germany

– **Exclusive sales rights** for the AGCO Group brands (Fendt, Massey Ferguson, Valtra and Challenger) in Southern Germany and parts of Eastern Germany as well as Claas in Southern Germany and John Deere in Austria

– **Dense service network** with **590** mobile service vehicles and **240** workshops

– Largest national spare parts trader with access to over **10 million** articles

– Spare parts distribution via own **internet platform** (www.tecparts.com)

# Agriculture Segment

## Fruit



## Our Success



– One of the **leading** fruit traders **worldwide**

– **Year-round supplier** of pome fruit from all over the world

– **Global trademark rights** for the apple varieties Kanzi®, Greenstar®, Jazz® and Envy®

– Guaranteed just-in-time delivery thanks to **state-of-the-art packing and sorting technology**

– **Largest** German supplier of pome fruit from **organic** contract **farming**

# Global Challenge in the Energy Segment:

## Clean Energy to Combat Climate Change



**Our World**



**The Facts:**

– A growing world population combined with a rising standard of living in newly industrializing countries is leading to increasing demand for energy.
– This higher demand conflicts with greater ecological awareness.
– Within the past 40 years, global $CO_2$ emissions have doubled.

**BayWa's Role:**

– Securing an ecological and sustainable energy supply
– Being a strong partner for renewable energy projects through the founding of BayWa r.e.
– Offering environment-friendly energy products, even in the conventional energy sector

# Energy Segment

## Sustainable Solutions for a Brighter Future



**Our Business in 2012**    **€3.7 bn** Revenues  **1,564** Employees  **35%** of Group Revenues



– Organised into the business units of **Conventional** Energy and **Renewable** Energies

– Conventional Energy encompasses the **sale and distribution** of fossil and renewable **fuels**

– Renewable energy activites bundled in the holding company **BayWa r.e. renewable energy**

– Position as a project developer and trader in the areas of solar, wind, biomass and geothermal energies

| Conventional Energy | BayWa r.e. renewable energy |
|---|---|
| **Logistics, Sales & Distribution, Trade, Petrol Stations** | **Trade, Project Development & Financing, Consulting, Service** |
| – Heating oil<br>– Diesel fuels<br>– Otto fuels<br>– Solid fuels<br>– Lubricants<br>– Green gas and green electricity | – Solar energy<br>– Wind energy<br>– Biomass energy<br>– Geothermal energy |

# Energy Segment
## Conventional Energy

**Our Success**



- Strong position in the **heating oil trade:**
    - **Largest** independent trader in Southern Germany
    - One of the largest in **Austria**

- **Market leader** in environment-friendly rapeseed-based lubricants

- **Market leader** in **wood pellets** in Southern Germany

- Premium provider of **green electricity** and **green gas** as well as **contracting** solutions

- Extensive product line offered in the **e-shop** and **energy-saving shop**

- Own **petrol station network** in Germany with ca. 250 stations; supplier of **490 petrol stations** in Austria

# Energy Segment

## BayWa r.e. renewable energy

### Our Success



– **Full supplier** for the renewable energies business

– Presence in the most important markets in **Europe** and the **USA**

– Over **800 MW capacity** added to the grid

– Project rights for **2,000 MW** of **wind energy** secured

– Installation of **500 MWp** in **solar** modules