# Global Challenge in the Building Materials Segment:
## Building Efficiently and Ecologically

## Our World



**The Facts:**

- The average person spends 90% of his or her time in enclosed spaces.
- The air pollution indoors can be up to 50 times higher than outside.
- Construction is changing – worldwide there is a stronger tendency towards energy-efficient and sustainable building.

**BayWa's Role:**

- Increasing quality of life
- Offering a complete product line for new construction, renovation and modernisation to achieve energy-efficient and sustainable solutions
- Supporting innovative research projects such as the Effizienzhaus Plus (energy-efficient house) in Burghausen, Germany



# Building Materials Segment
## More Than Just Building Materials

**Our Business in 2012**   **€1.7 bn** Revenues   **4,868** Employees   **17%** of Group Revenues



– Selling and supplying **building materials of all kinds** to commerical and private customers

– Finding **qualified** craft businesses and taking over construction site logistics

– Supplying **system solutions** such as full facades

– Additional services such as funding and energy consultation

– **Construction activities** through own building services engineering

– Supervision and support of **franchise partners** in Germany and abroad

### Building Materials

- Civil engineering
- Extensions
- Roofing

- Construction
- Building services engineering
- Photovoltaic solutions

- Energy-efficient building
- Associated services
- Healthy-living construction

# Building Materials Segment
## Building Materials

**Our Success**



- **Second-largest** building materials trader in Germany

- **275** locations in Germany and Austria

- Highly qualified specialists: **100+** trained **energy consultants**

- Efficiency: over **2,000 truck deliveries** per day, on average

- More than **290,000** satisfied **customers**

# Global Challenge:
## Doing Business Sustainably

### Our World



**The Facts:**

– Economic success is only possible on a long-term basis if companies take responsibility for the effects that their businesses have on society and the environment.

**BayWa's Role:**

– Taking sustainable aspects into account in terms of its value chain, products and services.
– Using resources responsibly.
– Establishing ecological guidelines and developing logistic structures to protect the environment.
– Taking responsibility for the well-being of employees.
– Engaging in society.

# Sustainability at BayWa
## Trade Throughout the Generations



**Our Strategic Scopes of Activity**






### Environment/Climate
– Recycling of packing materials
– Introduction of green electricity in our offices
– Ongoing improvement of our carbon footprint
– Sustainable and organic products
– BayWa r.e. renewable energy GmbH products
– Healthy-living construction

### Employees
– Supporting training and further education
– Large variety of health programmes
– Health seminars
– Childcare allowances and flexible work schedules

### Quality of Life
– BayWa Foundation
– Sponsoring Special Olympics, youth sports programmes and FC Bayern Basketball, etc.
– Grants for students

### Market
– Establishment of an effective risk management system
– Establishment of a Code of Conduct
– Certified quality management system
– Supporting the local economy

# Outlook
## Corporate Goals

**Our Future**



### Ensuring Independence
− Preserving shareholders' interests: BayWa should remain a worthwhile investment for its shareholders in the years to come and beyond
− Ensuring appealing returns

### Ensuring Sustainability
− Profitable and sustainable business in the long term in all current and new fields

### Responsible Corporate Conduct
− Being a trustworthy partner for employees, customers, relevant stakeholders and society in harmony with the principles of the company mission

## Contact

**BayWa AG**
**Arabellastraße 4**
**81925 Munich**
**Germany**

**Telephone: +49 (0)89 9222-0**
**Fax:         +49 (0)89 9222-3448**

**www.baywa.com**





# Appendix: Strategically Relevant Affiliated Companies

# Affiliates
## BayWa r.e. renewable energy



**Our Growth**

| | |
|---|---|
| **Company:** | BayWa r.e. renewable energy |
| **Headquarters:** | Munich, Germany |
| **Revenues:** | ca. EUR 441 m |
| **Employees:** | approx. 600 |
| **BayWa stake:** | 100% |
| **Locations:** | Austria, Bulgaria, Croatia, Czech Republic, Denmark, France, Germany, Greece, Hungary, Italy, Poland, Romania, Slovakia, Spain, Switzerland, UK, USA |
| **Business fields:** | Wind, solar, biomass, geothermal |
| **Founded:** | 2009 |

**Company purpose:** Project planning, trade and services in the renewable energies sector



# Affiliates
## Cefetra B.V.



### Our Growth

| | |
|---|---|
| **Company:** | Cefetra B.V. |
| **Headquarters:** | Rotterdam, The Netherlands |
| **Revenues:** | ca. EUR 4.6 bn |
| **Employees:** | approx. 210 |
| **BayWa stake:** | 100% |
| **Port locations:** | Belgium, France, Germany, Hungary, The Netherlands, Poland, Romania, Slovenia, UK |
| **Turnover:** | approx. 20 million tonnes of agricultural commodities |
| **Main customer:** | Feed industry (95% of turnover) |
| **Consolidated:** | since Q1 2013 |

**Company purpose:** International trade in agricultural commodities





- Grain (38%)
- Soya (36%)
- Rapeseed
- Citrus Purée
- Oil Cake
- Tapioca



# Affiliates
## Bohnhorst Agrarhandel GmbH

**Our Growth**



| | |
|---|---|
| **Company:** | Bohnhorst Agrarhandel GmbH |
| **Headquarters:** | Steimbke, Germany |
| **Revenues:** | ca. EUR 470 m |
| **Employees:** | approx. 213 |
| **BayWa stake:** | 60% |
| **Port locations:** | Seaports in Mukran and Vierow; inland ports on the Weser and Midland Canal |
| **Business regions:** | Northeastern Germany and Poland |
| **Storage capacity:** | approx. 250,000 tonnes |
| **Consolidated:** | since Q2 2013 |

**Company purpose:** Agricultural trader with international activities



# Affiliates
## Turners & Growers Ltd.

**Our Growth**

| | |
|---|---|
| **Company:** | Turners & Growers Ltd. |
| **Headquarters:** | Auckland, New Zealand |
| **Revenues:** | ca. EUR 420 m |
| **Employees:** | approx. 1,400 |
| **BayWa stake:** | 73% |
| **Locations:** | Australia, Belgium, Canada, Chile, China, Fiji, France, New Zealand, Peru, South Africa, UK, USA |
| **Main products:** | Apples, kiwis, tomatoes, citrus fruits |
| **Consolidated:** | since April 2012 |

**Company purpose:** International fruit trade




# Affiliates
## RWA Raiffeisen Ware Austria AG

### Our Growth

| | |
|---|---|
| **Company:** | RWA Raiffeisen Ware Austria AG |
| **Headquarters:** | Vienna, Austria |
| **Revenues:** | ca. EUR 2.6 bn |
| **Employees:** | approx. 1,700 |
| **BayWa stake:** | 50% + 1 share |
| **Locations:** | 890 |
| **Business areas:** | Agriculture, Agricultural Equipment, Building Materials, DIY & Garden Centres, Energy |
| **Consolidated:** | since 1999 |

**Company purpose:** Wholesale and service activites for the Lagerhaus cooperatives in Austria




# Affiliates
## „Unser Lagerhaus" WHG mbH

### Our Growth

| | |
|---|---|
| **Company:** | „Unser Lagerhaus" WHG mbH |
| **Headquarters:** | Klagenfurt, Austria |
| **Revenues:** | ca. EUR 568 m |
| **Employees:** | approx. 950 |
| **BayWa stake:** | 51.27% |
| **Locations:** | 118 |
| **Business areas:** | Agriculture, Agricultural Equipment, Energy, DIY & Garden Centers, Building Materials |
| **Consolidated:** | since 1995 |

**Company purpose:** Wholesale and retail activities for the Lagerhaus cooperatives in Austria





# Affiliates

## BayWa Vorarlberg HandelsGmbH

**Our Growth**



| | |
|---|---|
| **Company:** | BayWa Vorarlberg HandelsGmbH |
| **Headquarters:** | Lauterach, Austria |
| **Revenues:** | ca. EUR 84 m |
| **Employees:** | approx. 175 |
| **BayWa stake:** | 51% |
| **Business areas:** | Agricultural products, everyday products, building materials, petroleum products, farming and municipal machinery plus repairs and services |
| **Founded:** | 1995 |

**Company purpose:** Wholesale and retail in Austria



# Affiliates
## RI Solution GmbH

### Our Growth

| | |
|---|---|
| **Company:** | RI Solution GmbH |
| **Headquarters:** | Munich, Germany |
| **Revenues:** | ca. EUR 58 m |
| **Employees:** | approx. 240 |
| **BayWa stake:** | 89.66% |
| **Business areas:** | IT consulting, IT project planning, IT development and implementation, rollout, operation and maintenance of software solutions, strategic hardware and software purchasing |
| **Founded:** | 2002 |

**Company purpose:** Project planning, implementation, installation, operation and support of highly diverse application solutions







# Appendix:
# Group Financials

# Group Financials
## Income Statement



## Our Business in 2012

| in EUR m | 2008 | 2009 | 2010 | 2011 | 2012 | ∆11/12 (%) |
|---|---|---|---|---|---|---|
| Revenues | 8,794.6 | 7,260.2 | 7,903.0 | 9,585.7 | **10,531.1** | 9.9% |
| EBITDA | 258.1 | 209.7 | 228.2 | 251.3 | **306.6** | 22.0% |
| *% of revenues* | *2.9%* | *2.9%* | *2.9%* | *2.6%* | *2.9%* | |
| EBIT | 161.9 | 115.4 | 128.9 | 149.2 | **186.8** | 25.2% |
| *% of revenues* | *1.8%* | *1.6%* | *1.6%* | *1.6%* | *1.8%* | |
| EBT | 103.5 | 75.1 | 87.1 | 95.4 | **122.6** | 28.5% |
| *% of revenues* | *1.2%* | *1.0%* | *1.1%* | *1.0%* | *1.2%* | |
| Consolidated net income | 76.7 | 59.4 | 66.8 | 68.1 | **118.0** | 73.3% |
| *Tax rate* | *25.9%* | *20.9%* | *23.3%* | *28.6%* | *3.8%* | |
| Share of minority interest | 18.4 | 14.3 | 16.4 | 17.6 | **21.3** | 21.0% |
| *as % of net income* | *24.0%* | *24.1%* | *24.6%* | *25.8%* | *18.1%* | |
| Share of owners of parent company | 58.3 | 45.0 | 50.4 | 50.5 | **96.7** | 91.5% |
| *as % of net income* | *76.0%* | *75.8%* | *75.4%* | *74.2%* | *81.9%* | |
| Earnings per share (EPS) in EUR | 1.72 | 1.33 | 1.48 | 1.48 | **2.82** | 86.7% |

# Group Financials
## Balance Sheet



**Our Business in 2012**

| in EUR m | 2008 | 2009 | 2010 | 2011 | 2012 | ∆11/12 (%) |
|---|---|---|---|---|---|---|
| Total assets | 3,065.8 | 2,939.3 | 3,260.3 | 3,922.0 | **4,457.4** | 13.7% |
| Equity | 915.1 | 957.5 | 987.7 | 1,045.2 | **1,085.1** | 3.8% |
| *Equity ratio* | *29.8%* | *32.6%* | *30.3%* | *26.6%* | *24.3%** | |

| in EUR m | 2008 | 2009 | 2010 | 2011 | 2012 | ∆11/12 (%) |
|---|---|---|---|---|---|---|
| Non-current assets | 1,305.6 | 1,427.2 | 1,434.4 | 1,623.4 | **1,780.5** | 9.7% |
| Current assets | 1,755.5 | 1,507.4 | 1,776.8 | 2,039.8 | **2,444.4** | 19.8% |
| Provisions | 603.5 | 590.7 | 620.4 | 639.9 | **774.2** | 21.0% |
| Financial liabilities | 779.9 | 664.6 | 806.8 | 1,147.7 | **1,534.8** | 33.7% |

\* Adjusted for the reserve formed for actuarial losses in the measurement of pension provisions (revised IAS 19) the equity ratio amounts to 27.1%

# Group Financials
## Cash Flow Statement



**Our Business in 2012**

| in EUR m | 2008 | 2009 | 2010 | 2011 | 2012 | ∆11/12 (%) |
|---|---|---|---|---|---|---|
| Consolidated net income | 76.7 | 59.4 | 66.8 | 68.1 | **118.0** | 73.3% |
| Cash flow from operating activities | 215.5 | 243.9 | -9.4 | -27.5 | **150.0** | > 100% |
| Cash flow from investing activities | -143.9 | -127.5 | -113.5 | -222.6 | **-193.6** | 13.0% |
| Cash flow from financing activities | -73.5 | -112.8 | 131.6 | 273.9 | **37.4** | -86.3% |
| Cash & cash equivalents at the start of the period | 18.0 | 16.1 | 19.7 | 28.2 | **87.0** | > 100% |
| Cash & cash equivalents at the end of the period | 16.1 | 19.7 | 28.2 | 87.0 | **83.2** | -4.4% |