BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
MICAELA RUSTIA MOORE, ESQ.
Nevada Bar No. 9676
**FOX ROTHSCHILD LLP**
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
         mmoore@foxrothschild.com
*[Proposed] Counsel for Martifer Solar USA, Inc.
and Martifer Aurora Solar, LLC*

Electronically Filed February 21, 2014

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>MARTIFER AURORA SOLAR, LLC, a Nevada limited liability company,<br><br>☐ Affects Martifer Aurora Solar, LLC<br>☐ Affects Martifer Solar USA, Inc.<br>☒ Affects all Debtors | Case Nos. BK-S-14-10355-abl and BK-S-14-10357-abl<br><br>Jointly Administered under<br>Case No. BK-S-14-10355-abl<br><br>Chapter 11<br><br>**EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON APPLICATION FOR ORDER PURSUANT TO SECTIONS 327, 328, 1107 AND 1108 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 2014 AND LOCAL RULE 2014 AUTHORIZING THE EMPLOYMENT AND RETENTION OF SHEA LABAGH DOBBERSTEIN AS ACCOUNTANT FOR DEBTORS, *NUNC PRO TUNC* TO THE PETITION DATE**<br><br>Hearing Date: OST PENDING<br>Hearing Time: OST PENDING |

Martifer Aurora Solar, LLC and Martifer Solar USA, Inc., debtors and debtors in possession ("Debtors") in the above-captioned case (the "Chapter 11 Case"), by and through their proposed undersigned counsel, Fox Rothschild LLP, respectfully submit this Application For Order Shortening

ACTIVE 24739505v1 02/21/2014            1

Time For Hearing (the "Application") on Debtors' Application for an Order Authorizing the Employment and Retention of Shea Labagh Dobberstein as accountant for Debtors, Effective as of the Petition Date (hereafter, the "Motion"). This Application is made and based upon the following points and authorities, the Declaration of Micaela Rustia Moore (the "Moore Declaration") in support hereof and attached as **Exhibit A** hereto, the Attorney Information Sheet filed concurrently herewith, and the pleadings and papers on file in Debtors' bankruptcy cases, judicial notice of which is respectfully requested.

WHEREFORE, for the reasons set forth herein, Debtors respectfully request that the Court hear the Motion at the Omnibus Hearing scheduled for March 10, 2014, extend the deadline for parties to oppose the Motion to 9:00 a.m. Pacific time on March 7, 2014, allow Debtors to reply up to the time of the hearing and grant such other and further relief as may be just and proper.

DATED this 21st day of February 2014.

**FOX ROTHSCHILD LLP**

By  */s/Micaela Rustia Moore*
 BRETT A. AXELROD, ESQ.
 Nevada Bar No. 5859
 MICAELA RUSTIA MOORE, ESQ.
 Nevada Bar No. 9676
 3800 Howard Hughes Parkway, Suite 500
 Las Vegas, Nevada 89169
 *[Proposed] Counsel for Martifer Solar Aurora, LLC and Martifer Solar USA, Inc.*

# POINTS AND AUTHORITIES

## I.

Debtors, by this Application, pursuant to Bankruptcy Rule 9006 and Rule 9006 of the Local Bankruptcy Rules for the United States Bankruptcy Court, District of Nevada (the "Local Rules"), seek an order shortening time for notice and hearing for the Motion.

**The Relief is Authorized by Rule 9006 and Meets Due Process Requirements.**

Bankruptcy Rules 9006(c)(1) and (d) authorize a court to reduce the time for a hearing, and a party to file an ex parte motion to shorten the time for a hearing. Bankruptcy Rule 9006(c)(1) provides in relevant part:

> In General. Except as provided in paragraph (2) of this subdivision, when an act is required or allowed to be done at or within a specified time by these rules or by a notice given thereunder or by order of court, the court for cause shown may in its discretion with or without motion or notice order the period reduced.

Fed. R. Bankr. P. 9006(c)(1).

Courts have generally acknowledged that such expedited relief does not violate due process rights, even if the motion to shorten time is made ex parte. Bankruptcy Rule 9006(c)(1) (emphasis added). "Bankruptcy Rule 9006(c) permits the bankruptcy court 'for cause shown' in its discretion, with or without motion or notice, to reduce the notice period, and ex parte motions for material reductions in the notice period are routinely granted by bankruptcy courts." Hester v. NCNB Texas Nat'l Bank (In re Hester), 899 F.2d 361, 364 n. 3 (5th Cir. 1990); see also 9 Collier on Bankruptcy 9006.07 (Lawrence P. King ed., 15th ed. 1995). See, e.g. In re Gledhill, 76 F.3d 1070 (10th Cir.[Utah] 1996).

Cause exists for the Court to shorten time on the Motion. As set forth in the Motion, Debtors are seeking to retain Shea Labagh Dobberstein ("SLD") *nunc pro tunc* to January 21, 2014 (the "Petition Date"). SLD has assisted Debtors with services since the Petition Date and Debtors need SLD to, among other things, prepare and file Debtors' 2013 tax returns.

Copies of the Motion and its related pleadings have been served on, among others, counsel for Cathay Bank, Martifer Solar, Inc., the Office of the United States Trustee and the parties that have filed requests for special notice in Debtors' bankruptcy cases.

**Counsel Has Conferred With the Notice Parties.**

Prior to filing the Motion and pursuant to Local Rule 9006, counsel consulted counsel for Cathay Bank, Martifer Solar, Inc., the Office of the United States Trustee, special notice parties and other parties as shown on the Attorney Information Sheet For Proposed Order Shortening Time, filed concurrently herewith and incorporated by reference herein.

## II.
## CONCLUSION

WHEREFORE, for all of the foregoing reasons, Debtor respectfully requests that the Court hear the Motion at the Omnibus Hearing scheduled for March 10, 2014, extend the deadline for parties to oppose the Motion to 9:00 a.m. Pacific time on March 7, 2014, allow Debtors to reply up to the time of the hearing and grant such other and further relief as may be just and proper.

DATED this 21st day of February 2014.

**FOX ROTHSCHILD LLP**

By:   */s/Micaela Rustia Moore*
    BRETT A. AXELROD, ESQ.
    Nevada Bar No. 5859
    MICAELA RUSTIA MOORE, ESQ.
    Nevada Bar No. 9676
    3800 Howard Hughes Parkway, Suite 500
    Las Vegas, Nevada 89169
*[Proposed] Counsel for Martifer Aurora Solar, LLC and Martifer Solar USA, Inc.*

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

ACTIVE 24739505v1 02/21/2014          4

**EXHIBIT A**

**DECLARATION AFFIRMING REQUESTED RELIEF**

I, Micaela Rustia Moore, declare under penalty of perjury that I am competent to make this declaration under the laws of the United States and the State of Nevada; that I have read the above Application for an Order Shortening Time and that the facts stated therein are true and correct to the best of my knowledge and belief.

DATED this 21st day of February 2014.

By   */s/Micaela Rustia Moore*
        MICAELA RUSTIA MOORE

ACTIVE 24739505v1 02/21/2014                    5