MICHAEL GERARD FLETCHER
California State Bar No. 070849
REED S. WADDELL
California State Bar No. 106644
**FRANDZEL ROBINS BLOOM & CSATO, L.C.**
6500 Wilshire Boulevard, Seventeenth Floor
Los Angeles, California 90048-4920
Telephone: (323) 852-1000
Facsimile: (323) 651-2577
E-Mail: rwaddell@frandzel.com
  mfletcher@frandzel.com
and
NATALIE M. COX, ESQ.
Nevada Bar No. 007662
RANDOLPH L. HOWARD, ESQ.
Nevada Bar No. 006688
**KOLESAR & LEATHAM**
400 South Rampart Boulevard
Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail: ncox@klnevada.com
  rhoward@klnevada.com

Attorneys for Creditor
CATHAY BANK

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>MARTIFER AURORA SOLAR, LLC, a Nevada limited liability company,<br><br>☐ Affects Martifer Aurora Solar, LLC<br>☐ Affects Martifer Solar USA, Inc.<br>☒ Affects All Debtors | Case No. BK-S-14-10355-abl<br>and BK-S-14-10357-abl<br><br>Jointly Administered under<br>Case No. BK-S-14-10355-abl<br><br>Chapter 11<br><br>**CATHAY BANKS' OPPOSITION TO THE APPLICATION FOR ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF FOX ROTHSCHILD LLP AS DEBTORS' COUNSEL, NUNC PRO TUNC TO THE PETITION DATE**<br><br>**Date: March 10, 2014**<br>**Time: 9:30 a.m.** |

Cathay Bank ("Bank") objects to the Application for Order Authorizing Retention and Employment of Fox Rothschild LLP ("Fox") as Debtors' Counsel, Nunc Pro Tunc to the Petition

1593778 (7479-14)                                              - 1 -

Date [Dkt. 134] (the "Motion) to the extent the Motion seeks to employ non-Fox attorney, Nathan A. Schultz, Esq. ("Schultz").

Both 11 U.S.C. § 327 ("section 327") and F.R.B.P. 2014 ("rule 2014") generally require the Bankruptcy Court's approval of the estate's employment of counsel. *See* section 327 and rule 2014. Specifically, those sections, in pertinent part, state:

> **§ 327. Employment of professional persons**
>
> Except as otherwise provided in this section, the trustee, with the court's approval, may employ one or more attorneys, accountants, appraisers, auctioneers, or other professional persons, that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the trustee in carrying out the trustee's duties under this title.

11 U.S.C.§ 327.

> **Rule 2014. Employment of Professional Persons**
>
> (a) Application for an order of employment
>
> An order approving the employment of attorneys, accountants, appraisers, auctioneers, agents, or other professionals pursuant to § 327, § 1103, or § 1114 of the Code shall be made only on application of the trustee or committee. The application shall be filed and, unless the case is a chapter 9 municipality case, a copy of the application shall be transmitted by the applicant to the United States trustee. The application shall state the specific facts showing the necessity for the employment, the name of the person to be employed, the reasons for the selection, the professional services to be rendered, any proposed arrangement for compensation, and, to the best of the applicant's knowledge, all of the person's connections with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee. The application shall be accompanied by a verified statement of the person to be employed setting forth the person's connections with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee.
>
> (b) Services rendered by member or associate of firm of attorneys or accountants
>
> If, under the Code and this rule, a law partnership or corporation is employed as an attorney, or an accounting partnership or corporation is employed as an accountant, or if a named attorney or accountant is employed, any partner, member, or regular associate of the partnership, corporation or individual may act as attorney or accountant so employed, without further order of the court.

KOLESAR & LEATHAM
400 S. Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

1  Fed. R. Bankr. P. 2014.  Courts have found that the requirements of section 327 and rule 2014

2  also apply to contract attorneys.  *See In re Ferguson*, 445 B.R. 744, 754-55 (Bankr. N.D. Tex.

3  2011(internal citations omitted).

4  Here, the Motion seeks to employ Fox and states only the following regarding Schultz:

> 33. In addition, Debtors understand that Fox Rothschild, from time to time, utilizes the services of outside attorneys employed on a contract basis. (Bernhart Declaration, ¶45; Axelrod Verified Statement, ¶31). Prior to the Petition Date, Fox Rothschild utilized the services of Nathan A. Schultz of the Law Office of Nathan A. Schultz, P.C. (the "Schultz Firm") in connection with its representation of Debtors. (Axelrod Verified Statement, ¶31). Debtors understand that Fox Rothschild anticipates continuing to utilize the services of the Schultz Firm on the same contract basis in connection with its representation of Debtors in these Chapter 11 Cases. (Bernhart Declaration, ¶45; Axelrod Verified Statement, ¶31). Fox Rothschild bills Debtor for Mr. Schultz's ime as legal services, not as an expense, at an hourly rate ($525) that is commensurate with the ates of Fox Rothschild attorneys of similar seniority and experience. (Axelrod Verified Statement, ¶31).

13 Motion, pg. 11, ¶33.  This paragraph alone does not satisfy section 327 or rule 2014.  In fact,

14 neither the Motion, nor it's supporting Declarations, seek separate employment of Schulz or

15 address any of the prerequisites of section 327 or rule 2014 with respect to Schultz.  As such, the

16 Motion should be denied with respect to Schultz.

17 Likewise, the Court should deny the Motion with respect to Schultz because his services

18 do not promote efficiency or result in cost-savings to the estate.  As one court has noted, "[i]t

19 makes sense to allow law firms to employ contract attorneys where doing so would promote

20 efficiency and ultimately result in cost-savings being passed on to clients." *In re Ferguson*, 445

21 B.R. 744, 756 (Bankr. N.D. Tex. 2011).

22 Here, Schultz's services have the opposite effect of resulting in inefficiency and

23 duplication of costs to estates that are administratively insolvent.  As noted throughout the

24 Motion and the supporting Declarations, Fox is a well-respected firm with an impressive

25 bankruptcy department, and the list of Fox attorneys and paraprofessionals listed as proposed

26 counsel for the Debtors demonstrates that Fox is well staffed for the case without Schultz[1].  *See*

---

[1] Based on his involvement in Court to date, it does not appear that Schultz was hired for his special expertise. As the Court will recall, Schultz argued some of the First Day Motions which any one of the Fox attorneys were qualified to handle.

KOLESAR & LEATHAM
400 S. Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

1  Motion, pg. 10.  There is no explanation in the Motion as to the efficiencies or cost savings
2  provided by Schultz.  In fact, at first blush it stands to reason that the mere fact that his offices
3  are located out of state adds unneeded expenses to the estates.  Unless and until Schulz satisfies
4  section 327 and rule 2014, and proves that his services promote efficiency and result in cost-
5  savings to the estate, the Motion should be denied.

6  In light of the foregoing, the Bank respectfully requests that the Court deny the Motion as
7  to Schultz.

8  DATED this 24th day of February, 2014.

**KOLESAR & LEATHAM.**

By:*/s/ Natalie M. Cox, Esq.*
MICHAEL GERARD FLETCHER
California State Bar No. 070849
REED S. WADDELL
California State Bar No. 106644
**FRANDZEL ROBINS BLOOM & CSATO, L.C.**
6500 Wilshire Boulevard, Seventeenth Floor
Los Angeles, California  90048-4920

and

NATALIE M. COX, ESQ.
Nevada Bar No. 007662
RANDOLPH L. HOWARD, ESQ.
Nevada Bar No. 006688
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada  89145

Attorneys for Creditor
CATHAY BANK