BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
MICAELA RUSTIA MOORE, ESQ.
Nevada Bar No. 9676
**FOX ROTHSCHILD LLP**
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
         mmoore@foxrothschild.com
*[Proposed] Counsel for Martifer Solar Aurora, LLC
and Martifer Solar USA, Inc.*

Electronically Filed February 28, 2014

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re | Case Nos. BK-S-14-10355-abl and BK-S-14-10357-abl |
|---|---|
| MARTIFER AURORA SOLAR, LLC, a Nevada limited liability company, | Jointly Administered under Case No. BK-S-14-10355-abl |
| ☐ Affects Martifer Aurora Solar, LLC<br>☐ Affects Martifer Solar USA, Inc.<br>☒ Affects all Debtors | Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

I HEREBY CERTIFY that on the 25th day of February, 2014, a true and correct copy of the following:

1. Interim Order On Debtors' Second Motion For Order Pursuant To 11 U.S.C. Section 364 And Fed.R.BankR.P. 4001(c): (I) Authorizing Debtors To Obtain Post Petition Financing; (II) Granting Related Relief; And (III) Scheduling Final Hearing [Docket No. 231]

was served via:

☒       (ELECTRONIC SERVICE) Pursuant to Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date noted above and served through the Notice of Electronic Filing automatically generated by the Court to the following parties:

ACTIVE 24943799v1 02/28/2014                    1

MARK E. ARONSON on behalf of Creditor HANOVER INSURANCE COMPANY
mea@amclaw.com, car@amclaw.com;lmw@amclaw.com

CARLETON R. BURCH on behalf of Creditor Hanover Insurance Company
crb@amclaw.com, car@amclaw.com;sxc@amclaw.com;sdb@amclaw.com

NATALIE M. COX on behalf of Defendant CATHAY BANK
ncox@klnevada.com,
bankruptcy@klnevada.com;kdunn@klnevada.com;ncox@ecf.inforuptcy.com

NATALIE M. COX on behalf of Interested Party CATHAY BANK
ncox@klnevada.com,
bankruptcy@klnevada.com;kdunn@klnevada.com;ncox@ecf.inforuptcy.com

JENNIFER V. DORAN on behalf of Creditor EPG SOLAR LLC
jdoran@hinckleyallen.com, calirm@hinckleyallen.com

MICHAEL GERARD FLETCHER on behalf of Interested Party CATHAY BANK
mfletcher@frandzel.com, efiling@frandzel.com,shom@frandzel.com

RANDOLPH L. HOWARD on behalf of Interested Party CATHAY BANK
rhoward@klnevada.com,ckishi@klnevada.com;bankruptcy@klnevada.com;ckishi@ecf.inforuptcy.com

ROBERT R. KINAS on behalf of Creditor CALIFORNIA CEC, LP
rkinas@swlaw.com,jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;nunzueta@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com;kmiltimore@swlaw.com

ROBERT R. KINAS on behalf of Creditor CLEAN ENERGY CONSTRUCTORS, LLC
rkinas@swlaw.com,jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;nunzueta@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com;kmiltimore@swlaw.com

SAMUEL A. SCHWARTZ on behalf of Creditor MARTIFER SOLAR, INC.
sam@schwartzlawyers.com, ecf@schwartzlawyers.com;schwartzecf@gmail.com

SAMUEL A. SCHWARTZ on behalf of Interested Party MARTIFER SOLAR, INC.
sam@schwartzlawyers.com, ecf@schwartzlawyers.com;schwartzecf@gmail.com

U.S. TRUSTEE - LV - 11 USTPRegion17.lv.ecf@usdoj.gov

REED S WADDELL on behalf of Interested Party CATHAY BANK
rwaddell@frandzel.com, efiling@frandzel.com,sking@frandzel.com

1     I further certify that on the 26th day of February, 2014 a true and correct copy of the foregoing document was served via:

☒     (U.S. MAIL) by depositing a copy of the foregoing document in the United States mail, First-Class, postage prepaid to the parties on the attached mailing matrix.

*/s/Patricia Chlum*
an employee of Fox Rothschild, LLP

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

ACTIVE 24943799v1 02/28/2014     3

**Martifer Solar MASTER SERVICE LIST as of February 5, 2014**

| Trustee | Debtor | Debtor |
|---|---|---|
| Office of the U.S. Trustee<br>300 Las Vegas Blvd. So.,<br>Suite 4300<br>Las Vegas, NV 89101<br>Email: j.michal.bloom@usdoj.com<br>Fax: 702-388-6658 | Martifer Solar USA, Inc.<br>2040 Armacost Avenue, 2nd Fl.<br>Los Angeles, CA 90025<br>Fax: 310-820-7090<br>Email:kbernhart@martifersolarusa.com | Martifer Solar USA, Inc.<br>2040 Armacost Avenue, 2nd Fl.<br>Los Angeles, CA 90025<br>Fax: 310-820-7090<br>Email:kbernhart@martifersolarusa.com |
| | General Freight Service<br>1260 E. Phillips Blvd.<br>Pomona, CA 91766 | Suddath Global Logistics, LLC<br>815 South Main Street<br>Jacksonville, FL 32207 |

**TOP 20 Unsecured Creditors (USA)**

| | | |
|---|---|---|
| AECOM Technical Services, Inc.<br>W-9: 4840 Cox Road, Glen Allen,<br>W-9: VA 23063<br>1178 Paysphere Circle<br>Chicago IL 60674<br>Fax : 858-947-7145<br>Email : andrea.eeckhout@aecom.com | CLP<br>P.O. Box 31001-1277<br>Pasadena, CA 91110-1277<br>Fax:<br>Email: nkenkel@clp.com | CreoTecc<br>11 Janis Way<br>Scotts Valley, CA 95066<br>Fax: 813-438-9010<br>Email: c.marier@creotecc.us |
| E Light Electric Services, Inc.<br>361 Inverness Dr. S., Suite B<br>Englewood, CO 80112<br>Fax: 303-328-3546<br>Tsmith@elightelectric.com | Energy Generation Systems, LLC<br>2701 South Front Street<br>Steelton PA 17113<br>Fax: 717-220-0287<br>Email: steve@engensystems.com | EPG Solar, LLC<br>5425 Wisconsin Ave., Suite 600<br>Chevy Chase Section Five, MD 20815<br>Fax: 301-968-2369<br>Email : Michael.borkowski@epgsolar.com<br>Email: rob.babcock@epgsolar.com |
| Martifer Inovacao E Gestao, SA<br>Zona Industrial, Apartado 17<br>3684-001 Oliveira de Frades, Portugal<br>Fax: 232-767-750<br>Email: jose.n.oliveira@martifer.com | Northern Land Clearing, Inc.<br>1290 Park ST. Palmer, MA 01069<br>P.O. Box 790<br>Palmer, MA 01069<br>Fax : 413-283-5132<br>Email: lamotte@northerntree.com | PanelClaw<br>Suite 2-23<br>1600 Osgood St, Bldg. 20<br>North Andover, MA 01835<br>Fax: 978-688-5100<br>Email: pbitterolf@panelclaw.com<br>Email: therrick@panelclaw.com |
| Patriot Solar Group, LLC<br>1007 Industrial Avenue<br>Albion Ml 49224-4008<br>Fax: 517-629-9296<br>Email: ksmith@patriotsolargroup.com | R.B. Arello Company, Inc.<br>157 Southbridge Road<br>N. Oxford MA 01537<br>Fax: 508-987-8785<br>Email: Sandra@hydrograsstech.com | Sanborn Head & Associates, Inc.<br>1 Technology Park Drive Westford<br>MA 01886<br>Concord, NH 03301<br>Fax : 978-392-0987<br>Email :Pam@sanborn.com |

**Martifer Solar MASTER SERVICE LIST as of February 5, 2014**

SatCon Technology Corporation
Bankruptcy Estate
25 Drydock Ave. #7
Boston, MA 02210
Fax :  201-845-9112
Email: cforman@formanlaw.com

Schletter, Inc.
3761 E. Farnum Place
Tucson, AZ 85706
Fax: 520-289-8697
Email: Stacie.davis@schletter.us
Email: paul.wolf@schletter.us

Security Construction Services, Inc
59 Apsley Street
Hudson, MA 01749
Fax : 978-562-0720
Email: smorris@security-construction.com

Solar Optimum, Inc.
1010 N. Central Ave. #390
501 W. Glenoaks Blvd. #555
Glendale CA 91202
Fax : 818-804-3123
Email: arno@solaroptimum.com

Stoel Rives LLP
Attn:  M.C. Sanmillan
900 SW 5th Ave., Suite 2600
Portland OR 97204
Fax: 503-220-2480
Email:  mcsanmillan@stoel.com

Stone River Electric
1244 Gallatin Pike South
Madison, TN 37115
Fax: 615-883-0988
Email: FBucceri@stonesriverelectric.com

Talesun Solar USA Ltd.
111 W. Saint John Street, Suite #900
San Jose, CA 95113
Fax: 408-627-7227
Email: Xu.chen@Talesun.com

Triple Crown Solar Structures, Inc.
910 Shearton Dr. Suite #225
Mars, PA 16046
Fax : 412-928-4951
Email : mgreenfield@triplecrownsolar.com

Adeh Mirzakhani
Solar Optimum, Inc.
501 West Glenoaks Blvd. Suite 555
Glendale, CA 21202

**TOP 20 Unsecured Creditors (AURORA)**

Ability to…, Inc.
1660 South Albion St. Suite 906
Denver, CO 80222
Fax: 720-227-9387
Email:  nhemmert@abilityto.com

Bella Energy, Inc.
500 S. Arthur Ave.Suite 300
Louisville, CO  80027
Fax : 303-666-7467
Email: justin.amason@bellaenergy.com

California Franchise Tax Board
P.O. Box 942857
Sacramento, CA 94257-0531
Fax: 916-843-5440

Cathay Bank
High Technology Division
20111 Stevens Creek Blvd. #200
Cupertino, CA 95014
Fax: 408-257-7227
Email: rwaddell@frandzel.com

E Light Electric Services, Inc.
361 Inverness Dr. S., Suite B
Englewood, CO 80112
Fax: 303-754-0011
Email: Tsmith@elightelectric.com

Martifer Construcoes
Metalomecanicas, SA
Apartado 17
Z.I. De Oliveira De Frades 17
Oliveira De Frades EX PT 3684-001
Fax: 351-23-276-7750
Email:  nuno.figuieredo@martifer.com

Martifer Solar USA, Inc.
2040 Armacost Ave., 2nd Floor
Los Angeles, CA 90025
Fax: 310-820-7090
Email:kbernhart@martifersolarusa.com

Pfosi and Sons, LLC
1160 Nottingham Street
Lafayette, CO 80026
Fax: 303-249-3102
Email: epfosi@yahoo.com

Shea Labagh Dobberstein
505 Montgomery St., 5th Fl.
San Francisco, CA 94111
Fax: 415-981-0898
Email: lisa@SLDCPA.com

**Martifer Solar MASTER SERVICE LIST as of February 5, 2014**

**Request for Special Notice**

| | | |
|---|---|---|
| Michael Gerard Fletcher<br>Frandzel Robins Bloom & Csato, L.C.<br>6500 Wilshire Blvd., 17th Fl.<br>Los Angeles, CA 90048-4920<br>Fax: 323-651-2577<br>Email: mfletcher@frandzel.com | Reed S. Waddell<br>Frandzel Robins Bloom & Csato, L.C.<br>6500 Wilshire Blvd., 17th Fl.<br>Los Angeles, CA 90048-4920<br>Fax: 323-651-2577<br>Email: rwaddell@frandzel.com | Samuel A. Schwartz<br>The Schwartz Law Firm, Inc.<br>6623 Las Vegas Blvd. So., Suite 300<br>Las Vegas, NV 89119<br>Fax: 702-385-2741<br>Email: sam@schwartzlawyers.com |
| Bryan A. Lindsey<br>The Schwartz Law Firm, Inc.<br>6623 Las Vegas Blvd. So., Suite 300<br>Las Vegas, NV 89119<br>Fax: 702-385-2741<br>Email: Brian@schwartzlawyers.com | Jennifer V. Doran, Esq.<br>Hinckley Allen<br>28 State Street<br>Boston, MA 02109<br>Fax: 617-345-9020<br>Email: jdoran@hinckleyallen.com | Charles M. Forman, Chapter 7 Trustee of SatCon Technology Corporation, c/o<br>Forman, Holt, Eliades & Youngmand LLC,<br>80 Route 4 East, Suite 290<br>Paramus, NJ 07652<br>Fax No. 201-845-9112<br>Email: cforman@formanlaw.com |
| Robert R. Kinas<br>SNELL & WILMER L.L.P.<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>Fax: 702-784-5252<br>Email: rkinas@swlaw.com | Blakeley E. Griffith<br>SNELL & WILMER L.L.P.<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>Fax: 702-784-5252<br>Email: bgriffith@swlaw.com | Charles E. Gianelloni<br>SNELL & WILMER L.L.P.<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>Fax: 702-784-5252<br>Email: cgianelloni@swlaw.com |
| Mark E. Aronson<br>Attorney for Hanover Insurance Co.<br>Anderson McPharlin & Conners, LLP<br>444 S. Flower Street, 31st Floor<br>Los Angeles, CA 90071<br>Email: mea@amclaw.com | Lawrence M. Jacobson<br>Attorney for CBS Broadcasting<br>Glickfeld, Fields & Jacobson LLP<br>9720 Wilshire Blvd., Suite 700<br>Beverly Hills, CA 90212<br>Email:  lmj@gfjlawfirm.com | |

**Governmental Units**

| | | |
|---|---|---|
| <u>Facsimile 916-843-5440</u><br>California Franchise Tax Board<br>P.O. Box 942857<br>Sacramento, CA  94257-0531 | <u>Email: Thomas.Mbara@boe.ca.gov</u><br>California State Board of Equalization<br>Special Operations Bankruptcy Team<br>MIC74, P.O. Box 942879<br>Sacramento, CA  94279-0074 | <u>Via Messenger and U.S. Mail</u><br>Clark County Assessor<br>c/o Bankruptcy Clerk<br>500 S. Grand Central Pkwy.<br>Las Vegas, NV  89155-1401 |

**Martifer Solar MASTER SERVICE LIST as of February 5, 2014**

| | | |
|---|---|---|
| Clark County Treasurer<br>c/o Bankruptcy Clerk<br>500 S. Grand Central Pkwy.<br>Las Vegas, NV 89155-1220 | Dept. of Employ., Training & Rehab<br>Employment Security Division<br>500 East Third Street<br>Carson City, NV 89713-0002 | <u>Facsimile 1-916-845-9799</u><br>Franchise Tax Board<br>Bankruptcy Unit<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br>Email: rolin.g.thorley@irscounsel.treas.gov | Nevada Department of Taxation<br>Bankruptcy Section<br>555 E. Washington Ave., #1300<br>Las Vegas, NV 89101-1046 | State of Nev Dept. of Motor Vehicles<br>Attn: Legal Division<br>555 Wright Way<br>Carson City, NV 89711-0001 |
| Texas Workforce Commission<br>Regulatory Integrity Division-SAU<br>Room 556 101 E. 15th Street<br>Austin, TX 78778-0001 | Office of the Attorney General<br>Grant Sawyer Building<br>555 E. Washington Ave, Suite 3900<br>Las Vegas, NV 89101 | Office of the Attorney General<br>300 South Spring Street<br>Los Angeles, CA 90013-1230 |