MICHAEL GERARD FLETCHER
California State Bar No. 070849
REED S. WADDELL
California State Bar No. 106644
**FRANDZEL ROBINS BLOOM & CSATO, L.C.**
6500 Wilshire Boulevard, Seventeenth Floor
Los Angeles, California  90048-4920
Telephone:  (323) 852-1000
Facsimile:  (323) 651-2577
E-Mail:   rwaddell@frandzel.com
              mfletcher@frandzel.com

and

NATALIE M. COX, ESQ.
Nevada Bar No. 007662
RANDOLPH L. HOWARD, ESQ.
Nevada Bar No. 006688
**KOLESAR & LEATHAM**
400 South Rampart Boulevard
Suite 400
Las Vegas, Nevada  89145
Telephone:  (702) 362-7800
Facsimile:  (702) 362-9472
E-Mail:   ncox@klnevada.com
              rhoward@klnevada.com

Attorneys for Creditor
CATHAY BANK

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE:<br><br>MARTIFER AURORA SOLAR, LLC, a Nevada limited liability company,<br><br>☐ Affects Martifer Aurora Solar, LLC<br>☐ Affects Martifer Solar USA, Inc.<br>☒ Affects All Debtors | Case No. BK-S-14-10355-abl<br>and BK-S-14-10357-abl<br><br>Jointly Administered under<br>Case No. BK-S-14-10355-abl<br><br>Chapter 11<br><br>**DATE:**    OST Requested<br>**TIME:**    OST Requested |

**NOTICE OF SUBMISSION OF CATHAY BANK'S MOTION FOR AN ORDER DIRECTING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE IN THESE BANKRUPTCY CASES PURSUANT TO 11 U.S.C. § 1104(a) OR, ALTERNATIVELY, CONVERTING OR DISMISSING THESE BANKRUPTCY CASES TO CASES UNDER CHAPTER 7 OF THE BANKRUPTCY CODE PURSUANT TO 11 U.S.C. § 1112(b) UNDER SEAL AND FOR THE COURT'S IN CAMERA REVIEW**

Please take notice that on March 5, 2014, Secured Creditor, Cathay Bank, by and through its counsel of record of the law firms of Frandzel Robins Bloom & Csato, L.C. and Kolesar &

Leatham, submitted the following documents, under seal and for the Court's In Camera Review:

    1.    Cathay Bank's Motion For An Order Directing The Appointment Of A Chapter 11 Trustee In These Bankruptcy Cases Pursuant To 11 U.S.C. § 1104(a) Or, Alternatively, Converting Or Dismissing These Bankruptcy Cases To Cases Under Chapter 7 Of The Bankruptcy Code Pursuant To 11 U.S.C. § 1112(b);

    2.    Declaration Of James Crossland In Support Of Cathay Bank's Motion For An Order Directing The Appointment Of A Chapter 11 Trustee In These Bankruptcy Cases Pursuant To 11 U.S.C. § 1104(a) Or, Alternatively, Converting Or Dismissing These Bankruptcy Cases To Cases Under Chapter 7 Of The Bankruptcy Code Pursuant to 11 U.S.C. § 1112(b);

    3.    Declaration Of Eileen Lewis In Support Of Cathay Bank's Motion For An Order Directing The Appointment Of A Chapter 11 Trustee In These Bankruptcy Cases Pursuant To 11 U.S.C. § 1104(a) Or, Alternatively, Converting Or Dismissing These Bankruptcy Cases To Cases Under Chapter 7 Of The Bankruptcy Code Pursuant To 11 U.S.C. § 1112(b); and

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

KOLESAR & LEATHAM
400 S. Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
TEL: (702) 362-7800 / FAX: (702) 362-9472

4. Request for Judicial Notice in Support of Motion for an Order Directing the Appointment of a Chapter 11 Trustee in These Bankruptcy Cases Pursuant to 11 U.S.C. § 1104(a) Or, Alternatively, Converting Or Dismissing These Bankruptcy Cases To Cases Under Chapter 7 Of The Bankruptcy Code Pursuant To 11 U.S.C. § 1112(b)..

DATED this 5th day of March, 2014.

**KOLESAR & LEATHAM.**

By: */s/ Natalie M. Cox, Esq.*
    MICHAEL GERARD FLETCHER
      (CA State Bar No. 070849)
    mfletcher@frandzel.com
    REED S. WADDELL (CA State Bar No. 106644)
    rwaddell@frandzel.com
    **FRANDZEL ROBINS BLOOM & CSATO, L.C.**
    6500 Wilshire Boulevard, Seventeenth Floor
    Los Angeles, California 90048-4920
    and
    NATALIE M. COX, ESQ.
    Nevada Bar No. 007662
    RANDOLPH L. HOWARD, ESQ.
    Nevada Bar No. 006688
    400 South Rampart Boulevard, Suite 400
    Las Vegas, Nevada 89145

    Attorneys for Creditor
    CATHAY BANK