MICHAEL GERARD FLETCHER
California State Bar No. 070849
REED S. WADDELL
California State Bar No. 106644
**FRANDZEL ROBINS BLOOM & CSATO, L.C.**
6500 Wilshire Boulevard, Seventeenth Floor
Los Angeles, California 90048-4920
Telephone: (323) 852-1000
Facsimile: (323) 651-2577
E-Mail:  rwaddell@frandzel.com
         mfletcher@frandzel.com

and

NATALIE M. COX, ESQ.
Nevada Bar No. 007662
RANDOLPH L. HOWARD, ESQ.
Nevada Bar No. 006688
**KOLESAR & LEATHAM**
400 South Rampart Boulevard
Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail:  ncox@klnevada.com
         rhoward@klnevada.com

Attorneys for Creditor
CATHAY BANK

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>MARTIFER AURORA SOLAR, LLC, a Nevada limited liability company,<br><br>☐ Affects Martifer Aurora Solar, LLC<br>☐ Affects Martifer Solar USA, Inc.<br>☒ Affects All Debtors | Case No. BK-S-14-10355-abl<br>and BK-S-14-10357-abl<br><br>Jointly Administered under<br>Case No. BK-S-14-10355-abl<br><br>Chapter 11<br><br>**DATE:** OST Requested<br>**TIME:** OST Requested |

**EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR SECURED CREDITOR CATHAY BANK'S CATHAY BANK'S MOTION FOR AN ORDER DIRECTING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE IN THESE BANKRUPTCY CASES PURSUANT TO 11 U.S.C. § 1104(a) OR, ALTERNATIVELY, CONVERTING OR DISMISSING THESE BANKRUPTCY CASES TO CASES UNDER CHAPTER 7 OF THE BANKRUPTCY CODE PURSUANT TO 11 U.S.C. § 1112(b)**

Secured Creditor, Cathay Bank ("Bank" or "Lender"), by and through its counsel of

1598672 (7479-14)                                Page 1 of 4

*Ex Parte Application for Order Shortening Time to Hear Secured Creditor Cathay Bank's Motion for an Order Directing the Appointment of a Chapter 11 Trustee in These Bankruptcy Cases Pursuant To 11 U.S.C. § 1104(a) or, Alternatively, Converting or Dismissing These Bankruptcy Cases to Cases Under Chapter 7 of the Bankruptcy Code Pursuant to 11 U.S.C. § 1112(b)*

record of the law firms of Frandzel Robins Bloom & Csato, L.C. and Kolesar & Leatham, hereby file this Ex Parte Application for Order Shortening Time (the "Application") to hear its Motion for an Order Directing the Appointment of a Chapter 11 Trustee in the bankruptcy cases of Martifer Aurora Solar, LLC ("Martifer Aurora"), and Martifer Solar USA, Inc. ("Martifer USA," and with Martifer Aurora, "Debtors," "Borrowers," or "Grantors"), pursuant to 11 U.S.C. § 1104(a) or, alternatively, dismissing or converting these bankruptcy cases to cases under Chapter 7 of the Bankruptcy Code pursuant to 11 U.S.C. § 1112(b) (the "Motion").

Good cause exists to shorten the hearing on the Motion given the strong evidence of fraud, dishonesty and mismanagement on the part of the Debtors' management and the Debtors' multi-million dollar losses during just the first six weeks of these cases. This Application is made and based upon Federal Rule of Bankruptcy Procedure 9006, the attached declaration of Natalie M. Cox, Esq., the attached memorandum of points and authorities, the accompanying attorney information sheet, and the papers and pleadings on file herein.

### DECLARATION OF NATALIE M. COX, ESQ.

I, Natalie M. Cox, Esq. hereby declare as follows:

1. I am an attorney at law admitted to the bar of the State of Nevada and am a partner at the law firm of Kolesar & Leatham, counsel for the Secured Creditor, Cathay Bank ("Cathay"). I have personal knowledge of the facts recited herein, and I am competent to testify regarding them if called as a witness in this matter.

2. Time is of the essence to hear the Motion because there is strong evidence of fraud, dishonesty and mismanagement on the part of the Debtors' management and the Debtors' have already experienced multi-million dollar losses during just the first six weeks of these cases and have faint prospects for any improvement in their financial condition going forward. It is imperative that a chapter 11 trustee be appointed as soon as possible to make an impartial decision as to whether the potential rewards of the Debtors' continued operations outweighs the costs.

3. The U.S. Trustee's counsel, Michal Bloom, Esq., has consented to the Bank's order shortening time request, while counsel for the unsecured creditors' committee, the Debtors' parent

1598672 (7479-14)                               Page 2 of 4

*Ex Parte Application for Order Shortening Time to Hear Secured Creditor Cathay Bank's Motion for an Order Directing the Appointment of a Chapter 11 Trustee in These Bankruptcy Cases Pursuant To 11 U.S.C. § 1104(a) or, Alternatively, Converting or Dismissing These Bankruptcy Cases to Cases Under Chapter 7 of the Bankruptcy Code Pursuant to 11 U.S.C. § 1112(b)*

1 company, and the Debtors do not agree to the request.

2     4.    The Bank respectfully requests a hearing on March 10, 2014 at 9:30 a.m., the date
3 and time set for various other hearings in this matter, or the Court's first available date and time
4 thereafter.

5 I declare under penalty of perjury under the laws of the United States that the foregoing is
6 true and correct.

7 DATED this 5th day of March, 2014.

*/s/ Natalie M. Cox, Esq.*
**NATALIE M. COX, ESQ.**

## LEGAL ARGUMENT

Bankruptcy Code Section 105 provides that this Court may issue such orders as are necessary to carry out the provisions of title 11. Federal Rule of Bankruptcy Procedure 9006(c)(1) generally permits a Bankruptcy Court, for cause shown and in its discretion, to reduce the period during which any notice is given in accordance with the Bankruptcy Rules:

> Except as provided in Paragraph (2) of this subdivision, when an act is required or allowed to be done at or within a specified time by these rules or by a notice given thereunder or by order of the court, the court for cause shown may in its discretion with or without motion or notice order the period reduced.

Local Rule 9006 provides further authority for shortening the time for a hearing. According to Local Rule 9006(b), every motion for an order shortening time must be accompanied by evidence in support of the basis for the expedited hearing. The above Application, Declaration of Natalie M. Cox, Esq., and Memorandum of Points and Authorities set forth a sufficient basis and good cause to grant the Ex Parte Application for Order Shortening Time to hear the Motion. Additionally, Local Rule 9006 requires the moving party to submit an Attorney Information

/ / /

/ / /

/ / /

/ / /

1598672 (7479-14)    Page 3 of 4

*Ex Parte Application for Order Shortening Time to Hear Secured Creditor Cathay Bank's Motion for an Order Directing the Appointment of a Chapter 11 Trustee in These Bankruptcy Cases Pursuant To 11 U.S.C. § 1104(a) or, Alternatively, Converting or Dismissing These Bankruptcy Cases to Cases Under Chapter 7 of the Bankruptcy Code Pursuant to 11 U.S.C. § 1112(b)*

KOLESAR & LEATHAM
400 S. Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
TEL: (702) 362-7800 / FAX: (702) 362-9472

1 Sheet providing information regarding notice to, and consent by, counsel of record in the matter. The required Attorney Information Sheet has been prepared and is filed contemporaneously herewith.

DATED this 5th day of March, 2014.

**KOLESAR & LEATHAM.**

By: */s/ Natalie M. Cox, Esq.*
MICHAEL GERARD FLETCHER
 (CA State Bar No. 070849)
mfletcher@frandzel.com
REED S. WADDELL (CA State Bar No. 106644)
rwaddell@frandzel.com
**FRANDZEL ROBINS BLOOM & CSATO, L.C.**
6500 Wilshire Boulevard, Seventeenth Floor
Los Angeles, California 90048-4920
and
NATALIE M. COX, ESQ.
Nevada Bar No. 007662
RANDOLPH L. HOWARD, ESQ.
Nevada Bar No. 006688
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145

Attorneys for Creditor
CATHAY BANK

KOLESAR & LEATHAM
400 S. Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
TEL: (702) 362-7800 / FAX: (702) 362-9472

1598672 (7479-14)    Page 4 of 4

*Ex Parte Application for Order Shortening Time to Hear Secured Creditor Cathay Bank's Motion for an Order Directing the Appointment of a Chapter 11 Trustee in These Bankruptcy Cases Pursuant To 11 U.S.C. § 1104(a) or, Alternatively, Converting or Dismissing These Bankruptcy Cases to Cases Under Chapter 7 of the Bankruptcy Code Pursuant to 11 U.S.C. § 1112(b)*