Bradford J. Sandler (*admitted pro hac vice*)
Shirley S. Cho (*admitted pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., Suite 1300
Los Angeles, CA  90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: bsandler@pszjlaw.com
      scho@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
Matthew C. Zirzow (NV Bar No. 7222)
LARSON & ZIRZOW LLC
810 S. Casino Center Blvd. Ste 101
Las Vegas, NV 89101
Telephone:  702/382-1170
Facsimile:   702/382-1169
Email: zlarson@lzlawnv.com
      mzirzow@lzlawnv.com
[Proposed] Attorneys for the
Official Committee of Unsecured Creditors

E-File: March 5, 2014

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>MARTIFER AURORA SOLAR, LLC, a Nevada limited liability company,<br><br>☐ Affects Martifer Aurora Solar, LLC<br>☐ Affects Martifer Solar USA, Inc.<br>☒ Affects All Debtors | Case No.: BK-S-14-10355-abl<br>and BK-S-14-10357-abl<br><br>Jointly Administered Under<br>Case No.: BK-S-14-10355-abl<br><br>Chapter 11<br><br>**STIPULATION BETWEEN THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FURTHER EXTENDING THE DEADLINE TO OBJECT TO DIP FINANCING MOTION**<br><br>**[Relates to Docket Nos. 85, 101, 231]**<br><br>Hearing Date:  March 10, 2014<br>Time:             9:30 a.m.<br>Place:            300 Las Vegas Blvd. So.<br>                Courtroom<br>                Las Vegas, NV 89101 |

Martifer Aurora Solar, LLC ("Martifer") and Martifer Solar USA, Inc. ("Martifer Solar"), the above-captioned debtors (collectively, the "Debtors"), and the Official Committee of Unsecured

Creditors (the "Committee" and together with the Debtors, the "Parties"), through their proposed counsel of record hereby stipulate and agree as follows in accordance with the following facts and recitals:

## RECITALS

A.  On January 21, 2014 (the "Petition Date"), the Debtors commenced these bankruptcy cases by each filing a voluntary petition under Chapter 11 of the United States Bankruptcy Code.

B.  On February 4, 2014, the Debtors filed the Amended Motion for Authority to Obtain Credit Under Section 364(b), Rule 4001(c) or (d) Motion for Order Pursuant to 11 U.S.C. § 364 and Fed. R. Bankr. P. 4001(c): (I) Authorizing Debtors to Obtain Postpetition Financing; (II) Granting Related Relief; and (III) Scheduling Final Hearing [Docket No. 85] (the "Second DIP Financing Motion").

C.  On February 14, 2014 the United States Trustee appointed the Committee. [Docket No. 177]. On February 28, 2014, the Committee retained counsel.

D.  On March 3, 2014, the Debtors and the Committee filed that certain Amended Stipulation Between Debtors and Official Committee of Unsecured Creditors Extending the Deadline to Object to DIP Financing Motion and Cash Collateral Motion [Docket No. 273] (the "First Stipulation").

E.  On March 4, 2014, the Court entered an order granting, the First Stipulation, extending, among other things, the Committee's response deadline to the Second DIP Financing Motion and Interim DIP Order to and including March 5, 2014 at 5:00 p.m. without prejudice to the parties' rights to further extend this date [Docket No. 280].

F.  The parties require additional time to resolve issues raised by the Committee to the Interim DIP Order.

## SCHEDULING STIPULATION

**NOW, THEREFORE, IT IS HEREBY STIPULATED** as follows:

1.  The Committee's response deadline to the Second DIP Financing Motion and Interim DIP Order is further extended to and including March 6, 2014 without prejudice to the parties' rights to further extend this date.

2. The Debtors' reply is extended to and including March 8, 2014.

DATED this 5th day of March 2014.

**LARSON & ZIRZOW LLC**

*/s/ Matthew C. Zirzow*
Zachariah Larson, Esq. (NV Bar No. 7787)
Matthew C. Zirzow (NV Bar No. 7222)
810 S. Casino Center Blvd. Ste 101
Las Vegas, NV 89101
Telephone: 702/382-1170
Facsimile: 702/382-1169
Email: zlarson@lzlawnv.com
    mzirzow@lzlawnv.com

and

Bradford J. Sandler (*admitted pro hac vice*)
Shirley S. Cho (*admitted pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., Suite 1300
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: bsandler@pszjlaw.com
    scho@pszjlaw.com

[Proposed] Attorneys for the
Official Committee of Unsecured Creditors

*/s/ Micaela Rustia Moore*
BRETT A. AXELROD, ESQ. (NV Bar No. 5859)
MICAELA RUSTIA MOORE, ESQ. (NV Bar No. 9676)
FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
    mmoore@foxrothschild.com

[Proposed] Counsel for Martifer Aurora Solar, LLC and Martifer Solar USA, Inc., Debtors