United States Bankruptcy Court
District of Nevada

In re:
MARTIFER AURORA SOLAR, LLC
    Debtor

Case No. 14-10355-abl
Chapter 11

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0978-2 | User: castellan | Page 1 of 2 | Date Rcvd: Mar 04, 2014 |
| | Form ID: ovpbk | Total Noticed: 2 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2014.
aty          +SHIRLEY S. CHO,    PACHULSKI STANG ZIEHL & JONES LLP,    10100 SANTA MONICA BOULEVARD,    13TH FLOOR,
               LOS ANGELES, CA 90067-4114
crcm         +OFFICIAL COMMITTEE OF UNSECURED CREDITORS,    C/O MATTHEW C. ZIRZOW, ESQ.,
               810 S. CASINO CENTER BLVD. #101,    LAS VEGAS, NV 89101-6719

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2014                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 4, 2014 at the address(es) listed below:
            BRETT A. AXELROD    on behalf of Plaintiff    MARTIFER AURORA SOLAR, LLC baxelrod@foxrothschild.com,
             pchlum@foxrothschild.com;ldupree@foxrothschild.com
            BRETT A. AXELROD    on behalf of Debtor    MARTIFER SOLAR USA, INC. baxelrod@foxrothschild.com,
             pchlum@foxrothschild.com;ldupree@foxrothschild.com
            BRETT A. AXELROD    on behalf of Jnt Admin Debtor    MARTIFER SOLAR USA, INC.
             baxelrod@foxrothschild.com,   pchlum@foxrothschild.com;ldupree@foxrothschild.com
            BRETT A. AXELROD    on behalf of Debtor    MARTIFER AURORA SOLAR, LLC baxelrod@foxrothschild.com,
             pchlum@foxrothschild.com;ldupree@foxrothschild.com
            BRETT A. AXELROD    on behalf of Plaintiff    MARTIFER SOLAR USA, INC. baxelrod@foxrothschild.com,
             pchlum@foxrothschild.com;ldupree@foxrothschild.com
            CARLETON R. BURCH    on behalf of Creditor    HANOVER INSURANCE COMPANY crb@amclaw.com,
             car@amclaw.com;sxc@amclaw.com;sdb@amclaw.com
            DAWN M. CICA    on behalf of Debtor    MARTIFER SOLAR USA, INC. dcica@foxrothschild.com,
             amwilson@foxrothschild.com
            DAWN M. CICA    on behalf of Jnt Admin Debtor    MARTIFER SOLAR USA, INC. dcica@foxrothschild.com,
             amwilson@foxrothschild.com
            DAWN M. CICA    on behalf of Debtor    MARTIFER AURORA SOLAR, LLC dcica@foxrothschild.com,
             amwilson@foxrothschild.com
            JENNIFER V. DORAN    on behalf of Creditor    EPG SOLAR LLC jdoran@hinckleyallen.com,
             calirm@hinckleyallen.com
            MARK E. ARONSON    on behalf of Creditor    HANOVER INSURANCE COMPANY mea@amclaw.com,
             car@amclaw.com;lmw@amclaw.com
            MATTHEW C. ZIRZOW    on behalf of Creditor Committee    OFFICIAL COMMITTEE OF UNSECURED CREDITORS
             mzirzow@lzlawnv.com,   susan@lzlawnv.com;tiffany@lzlawnv.com;carey@lzlawnv.com;mary@lzlawnv.com
            MICAELA RUSTIA MOORE    on behalf of Plaintiff    MARTIFER SOLAR USA, INC.
             mmoore@foxrothschild.com,   pchlum@foxrothschild.com;ldupree@foxrothschild.com
            MICAELA RUSTIA MOORE    on behalf of Debtor    MARTIFER AURORA SOLAR, LLC mmoore@foxrothschild.com,
             pchlum@foxrothschild.com;ldupree@foxrothschild.com
            MICAELA RUSTIA MOORE    on behalf of Jnt Admin Debtor    MARTIFER SOLAR USA, INC.
             mmoore@foxrothschild.com,   pchlum@foxrothschild.com;ldupree@foxrothschild.com
            MICAELA RUSTIA MOORE    on behalf of Debtor    MARTIFER SOLAR USA, INC. mmoore@foxrothschild.com,
             pchlum@foxrothschild.com;ldupree@foxrothschild.com
            MICAELA RUSTIA MOORE    on behalf of Plaintiff    MARTIFER AURORA SOLAR, LLC
             mmoore@foxrothschild.com,   pchlum@foxrothschild.com;ldupree@foxrothschild.com
            MICHAEL GERARD FLETCHER    on behalf of Interested Party    CATHAY BANK mfletcher@frandzel.com,
             efiling@frandzel.com,shom@frandzel.com
            NATALIE M. COX    on behalf of Defendant    CATHAY BANK ncox@klnevada.com,
             bankruptcy@klnevada.com;kdunn@klnevada.com;ncox@ecf.inforuptcy.com
            NATALIE M. COX    on behalf of Interested Party    CATHAY BANK ncox@klnevada.com,
             bankruptcy@klnevada.com;kdunn@klnevada.com;ncox@ecf.inforuptcy.com

```
District/off: 0978-2              User: castellan              Page 2 of 2              Date Rcvd: Mar 04, 2014
                                  Form ID: ovpbk               Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          RANDOLPH L. HOWARD   on behalf of Interested Party   CATHAY BANK rhoward@klnevada.com,
           ckishi@klnevada.com;bankruptcy@klnevada.com;ckishi@ecf.inforuptcy.com
          REED S WADDELL    on behalf of Interested Party    CATHAY BANK rwaddell@frandzel.com,
           efiling@frandzel.com,sking@frandzel.com
          RICHARD E HAWKINS    on behalf of Creditor    ALTERNATIVE ENERGY FINANCING, LLC
           dochawk@hbaLawFirm.com,   diana@hbaLawFirm.com
          ROBERT R. KINAS    on behalf of Creditor    CLEAN ENERGY CONSTRUCTORS, LLC rkinas@swlaw.com,
           jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nk
           anute@swlaw.com;kmiltimore@swlaw.com
          ROBERT R. KINAS    on behalf of Creditor    CALIFORNIA CEC, LP rkinas@swlaw.com,
           jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nk
           anute@swlaw.com;kmiltimore@swlaw.com
          SAMUEL A. SCHWARTZ    on behalf of Interested Party    MARTIFER SOLAR, INC. sam@schwartzlawyers.com,
           ecf@schwartzlawyers.com;schwartzecf@gmail.com
          SAMUEL A. SCHWARTZ    on behalf of Creditor    MARTIFER SOLAR, INC. sam@schwartzlawyers.com,
           ecf@schwartzlawyers.com;schwartzecf@gmail.com
          U.S. TRUSTEE - LV - 11   USTPRegion17.lv.ecf@usdoj.gov
                                                                                             TOTAL: 28
```

## United States Bankruptcy Court
### District of Nevada

Bankruptcy Case Number  14–10355–abl
**Chapter 11**

In re: (Name of Debtor)
   MARTIFER AURORA SOLAR, LLC
   2040 ARMACOST AVENUE #2
   LOS ANGELES, CA 90025

Social Security No.:

ORDER APPROVING VERIFIED PETITION

The Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court filed by SHIRLEY S. CHO, ESQ. is approved.

Dated: 3/4/14                                      BY THE COURT

*Mary A Schott*

                                                      Mary A. Schott
                                                    Clerk of the Bankruptcy Court