Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
The Schwartz Law Firm, Inc.
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Attorneys for Martifer Solar, Inc.

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No. 14-10355-ABL |
| Martifer Aurora Solar, LLC, a Nevada limited liability company, | Chapter 11 |
| Martifer Solar, USA, Inc., a California corporation, | Jointly Administered with: Case No.: 14-10357-ABL |
| Debtors. | Continued Hearing Date: March 20, 2014<br>Continued Hearing Time: 1:30 p.m. |

**STIPULATION BETWEEN THE DEBTORS, MARTIFER SOLAR INC., CATHAY BANK, AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS CONTINUING PENDING SETTLEMENT DISCUSSIONS**

Martifer Aurora Solar, LLC and Martifer Solar USA, Inc., the above-captioned debtors (collectively, the "**Debtors**"), Martifer Solar Inc. (the "**Parent**"), Cathay Bank ("**Cathay**") and the Official Committee of Unsecured Creditors (the "**Committee**"), by and through respective counsel of record, hereby stipulated and agree as follows:

WHEREAS, on January 21, 2014 (the "**Petition Date**"), the Debtors commenced these bankruptcy cases by each filing a voluntary petition under Chapter 11 of the United States Bankruptcy Code;

WHEREAS, on January 24, 2014, the Debtors filed their Motion for Interim and Final Orders Pursuant to 11 U.S.C. §§ 361, 362 and 363 and Fed. R. Bankr. P. 4001(b) and 4001(d): (I)

1

Authorizing Debtors to Use Cash Collateral and Provide Adequate Protection; (II) Granting Related Relief; and (III) Scheduling Final Hearing (Docket No. 24) (the "**Cash Collateral Motion**");

WHEREAS, on February 4, 2014, the Debtors filed their Amended Motion for Authority to Obtain Credit Under Section 364(b), Rule 4001(c) or (d) Motion for Order Pursuant to 11 U.S.C. § 364 and Fed. R. Bankr. P. 4001(c): (I) Authorizing Debtors to Obtain Postpetition Financing: (II) Granting Related Relief; and (III) Scheduling Final Hearing (Docket No. 85) (the "**Second DIP Financing Motion**");

WHEREAS, on February 5, 2014, the Court entered an interim order on the Cash Collateral Motion (Docket No. 107) (the "**Interim Cash Collateral Order**"), setting a final hearing for March 10, 2014, at 9:30 a.m.;

WHEREAS, on February 14, 2014, the United States Trustee appointed the Committee (Docket No. 177), and on February 28, 2014, the Committee retained counsel;

WHEREAS, on February 18, 2014, the Court entered an amended interim order on the Cash Collateral Motion (Docket No. 187) (the "**Amended Interim Cash Collateral Order**"), setting a final hearing for March 10, 2014, at 9:30 a.m.;

WHEREAS, on February 25, 2014, the Court entered an interim order on the Second DIP Financing Motion (Docket No. 231) (the "**Interim DIP Order**"), setting a final hearing for March10, 2014;

WHEREAS, the Debtors, Parent and Cathay are currently negotiating the terms of a global settlement (the "**Cathay Settlement**") resolving Cathay's claims against the Debtors and Parent;

WHEREAS, all parties acknowledge the administrative burden of proceeding to trial on the Cash Collateral and Second Amended DIP Financing Motions, and in effort to save estate resources while negotiating the Cathay Settlement, the parties enter into this Stipulation;

2

WHEREAS, in order to allow the parties sufficient time to finalize the Cathay Settlement, which in turn, will resolve Cathay's objections to the Cash Collateral and Second DIP Financing Motions, the parties desire to continue the final hearings on the Cash Collateral and Second DIP Financing Motions for one (1) week, from March 10, 2014, at 9:30 a.m. to March 20, 2014, at 1:30 p.m., or such other time as this Court may permit;

WHEREAS, the parties also desire to extend the term of the Amended Interim Cash Collateral Order and the Interim DIP Order through the date of the continued final hearings as set forth herein; and

WHEREAS, the parties further desire to amend the Interim DIP Order to the extent necessary to allow the Debtors to use debtor in possession financing to make a $300,000.00 payment to Cathay in furtherance of the Cathay Settlement.

NOW THEREFORE, the Debtors, Parent, Cathay and the Committee hereby stipulate and agree to the following:

IT IS HEREBY STIPULATED AND AGREED that the final hearing on the Cash Collateral Motion shall be continued from March 10, 2014, at 9:30 a.m. to March 20, 2014, at 1:30 p.m., or such other date and time as this Court may permit; and

IT IS FURTHER STIPULATED AND AGREED that the final hearing on the Second DIP Financing Motion shall be continued from March 10, 2014, at 9:30 a.m. to March 20, 2014, at 1:30 p.m., or such other date and time as this Court may permit; and

IT IS FURTHER STIPULATED AND AGREED that the term of the Amended Interim Cash Collateral Order shall be extended through the date of the continued final hearing on the Cash Collateral Motion; and

IT IS FURTHER STIPULATED AND AGREED that the term of the Interim DIP Order shall be extended through the date of the continued final hearing on the Second DIP Financing Motion; and

IT IS FURTHER STIPULATED AND AGREED that the Interim DIP Order shall be modified to the extent necessary to allow the Debtors to use debtor in possession financing to make a $300,000 payment to be funded into the client trust fund account of Frandzel Share to be held until entry of final consensual cash collateral and DIP Financing Orders. The Debtors shall wire the funds upon approval of this Stipulation by the Court; and

IT IS FURTHER STIPULATED AND AGREED that if the parties are unable to agree on a form of a final consensual cash collateral and DIP Financing Orders, Frandzel Share shall return the $300,000 to the estate less the adequate protection payment for March 2014; and

IT IS FURTHER STIPULATED AND AGREED that all parties rights are hereby reserved; and

IT IS FURTHER STIPULATED AND AGREED that the Committee's objection deadline to the DIP Financing Motion is extended to March 17, 2014 and that the Debtors' reply to the Committee's objection, if any is extended to March 19, 2014; and

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS FURTHER STIPULATED AND AGREED that the Parent shall replenish the Debtor's DIP Account by March 14, 2014 and the Initial Advance Amount authorized in the Interim DIP Order is hereby increased by $300,000 on the same terms and conditions as approved in the Interim DIP Order to allow the Parent to replenish the $300,000 by March 14, 2014.

Date: March 7, 2014

/s/ Samuel A. Schwartz
Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
The Schwartz Law Firm, Inc.
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
Attorneys for Martifer Solar Inc.

Date: March 7, 2014

/s/ Brett A. Axelrod
Brett A. Axelrod, Esq.
Nevada Bar No. 5859
Micaela Rustia Moore, Esq.
Nevada Bar No. 9676
Fox Rothschild LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Proposed Attorneys for the Debtors

Date: March 7, 2014

/s/ Reed S. Waddell
Michael G. Fletcher, Esq.
Admitted Pro Hac Vice
Reed S. Waddell, Esq.
Admitted Pro Hac Vice
Franzel Robins Bloom & Csato, L.C.
6500 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048

and

Natalie M. Cox, Esq.
Nevada Bar No. 762
Randolph L. Howard, Esq.
Nevada Bar No. 6688
Kolesar & Leatham
400 South Rampart Blvd., Suite 400
Las Vegas, Nevada 89145
Attorneys for Cathay Bank

Date: March 7, 2014

/s/ Shirley S. Cho
Shirley S. Cho, Esq.
admitted Pro Hac Vice
Bradford J. Sandler, Esq.
admitted Pro Hac Vice
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., Suite 1300
Los Angeles, California 90067

and

Zachariah Larson, Esq.
Nevada Bar No. 7787
Matthew C. Zirzow, Esq.
Nevada Bar No. 7222
810 S. Casino Center Blvd., Suite 101
Las Vegas, Nevada 89101
Proposes Attorneys for the Official Committee of Unsecured Creditors

5

Submitted by:

The Schwartz Law Firm, Inc.

By: /s/ Samuel A. Schwartz
SAMUEL A. SCHWARTZ, ESQ.  #10985
Attorneys for Martifer Solar, Inc.