MICHAEL GERARD FLETCHER, ESQ.
California Bar No. 070849
REED S. WADDELL, ESQ.
California Bar No. 106644
**FRANDZEL ROBINS BLOOM & CSATO, L.C.**
6500 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048-4920
Telephone: (323) 852-1000
Facsimile: (323) 651-2577
E-Mail:  mfletcher@frandzel.com
         rwaddell@frandzel.com
and
NATALIE M. COX, ESQ.
Nevada Bar No. 007662
RANDOLPH L. HOWARD, ESQ.
Nevada Bar No. 006688
**KOLESAR & LEATHAM**
400 South Rampart Boulevard
Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail:  ncox@klnevada.com
         rhoward@klnevada.com

Attorneys for Secured Creditor
**CATHAY BANK**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>MARTIFER AURORA SOLAR, LLC, a Nevada limited liability company.<br><br>Debtor.<br><br>☐ Affects Martifer Aurora Solar, LLC<br>☐ Affects Martifer Solar USA, Inc.<br>☒ Affects All Debtors | Case Nos. BK-S-14-10355-abl and BK-S-14-10357-abl<br><br>Jointly Administered Under Case No. BK-S-14-10355-abl<br><br>Chapter 11<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR AN ORDER DIRECTING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE IN THESE BANKRUPTCY CASES PURSUANT TO 11 U.S.C. § 1104(a) OR, ALTERNATIVELY, DISMISSING OR CONVERTING THESE BANKRUPTCY CASES TO CASES UNDER CHAPTER 7 OF THE BANKRUPTCY CODE PURSUANT TO 11 U.S.C. § 1112(b)**<br><br>Hearing Date:  To Be Determined<br>Hearing Time:  To Be Determined |

1412266.1 | 023000-0918

1

REQUEST FOR JUDICIAL NOTICE ISO MOTION FOR ORDER DIRECTING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE IN THESE BANKRUPTCY CASES OR, ALTERNATIVELY, DISMISSING OR CONVERTING THESE BANKRUPTCY CASES

1  Cathay Bank, pursuant to Federal Rule of Evidence 201 (made applicable by Federal Rule of
2  Bankruptcy Procedure 9017), respectfully requests that the Court take judicial notice of the fact that
3  Studios Solar, LLC; Studios Solar 2, LLC; Studios Solar 3, LLC; Studios Solar 4, LLC; and Studios
4  Solar 5, LLC, were each organized under Delaware law on December 26, 2013.  True and correct
5  copies of "Entity Details" information for these entities, retrieved from the website of the Delaware
6  Corporations Division on March 1, 2014, are attached hereto as Exhibits 1-5.

7  DATED:  March 3, 2014

**FRANDZEL ROBINS BLOOM & CSATO, L.C.**
MICHAEL GERARD FLETCHER, ESQ.
REED S. WADDELL, ESQ.

By: _____
MICHAEL GERARD FLETCHER
(CA State Bar No. 070849)
mfletcher@frandzel.com
REED S. WADDELL (CA State Bar No. 106644)
rwaddell@frandzel.com
**FRANDZEL ROBINS BLOOM & CSATO, L.C.**
6500 Wilshire Boulevard, Seventeenth Floor
Los Angeles, California  90048-4920
and
NATALIE M. COX, ESQ.
Nevada Bar No. 007662
RANDOLPH L. HOWARD, ESQ.
Nevada Bar No. 006688
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada  89145
Attorneys for Creditor
CATHAY BANK
Attorneys for Secured Creditor CATHAY BANK

# EXHIBIT 1

Delaware.gov | Text Only                              Governor | General Assembly | Courts | Elected Officials | State Agencies

## Department of State: Division of Corporations

HOME
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service Survey

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request  How to Form a New Business Entity
Certifications, Apostilles & Authentication of Documents

Privacy Policy    Frequently Asked Questions    View Search Results

### Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 5456349 | Incorporation Date / Formation Date: | 12/26/2013 (mm/dd/yyyy) |
| Entity Name: | STUDIOS SOLAR, LLC | | |
| Entity Kind: | LIMITED LIABILITY COMPANY (LLC) | Entity Type: | GENERAL |
| Residency: | DOMESTIC | State: | DE |

**REGISTERED AGENT INFORMATION**

| | |
|---|---|
| Name: | THE CORPORATION TRUST COMPANY |
| Address: | CORPORATION TRUST CENTER 1209 ORANGE ST |
| City: | WILMINGTON |
| County: | NEW CASTLE |
| State: | DE |
| Postal Code: | 19801 |
| Phone: | (302)658-7581 |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like    Status    Status,Tax & History Information  [ Submit ]

[ Back to Entity Search ]

To contact a Delaware Online Agent click here.

site map | about this site | contact us | translate | delaware.gov

# EXHIBIT 2

Division of Corporations - Online Services                                                                 Page 1 of 1

Delaware.gov | Text Only                                        Governor | General Assembly | Courts | Elected Officials | State Agencies

## Department of State: Division of Corporations

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service Survey

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request  How to Form a New Business Entity
Certifications, Apostilles & Authentication of Documents

Privacy Policy   Frequently Asked Questions   View Search Results

### Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 5456350 | Incorporation Date / Formation Date: | 12/26/2013 (mm/dd/yyyy) |
| Entity Name: | STUDIOS SOLAR 2, LLC | | |
| Entity Kind: | LIMITED LIABILITY COMPANY (LLC) | Entity Type: | GENERAL |
| Residency: | DOMESTIC | State: | DE |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | THE CORPORATION TRUST COMPANY | | |
| Address: | CORPORATION TRUST CENTER 1209 ORANGE ST | | |
| City: | WILMINGTON | County: | NEW CASTLE |
| State: | DE | Postal Code: | 19801 |
| Phone: | (302)658-7581 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.
Would you like   ○ Status   ○ Status,Tax & History Information [ Submit ]

[ Back to Entity Search ]

To contact a Delaware Online Agent click here.

site map  |  about this site  |  contact us  |  translate  |  delaware.gov

# EXHIBIT 3

Delaware.gov | Text Only                                Governor | General Assembly | Courts | Elected Officials | State Agencies

## Department of State: Division of Corporations

HOME
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service Survey

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request  How to Form a New Business Entity
Certifications, Apostilles & Authentication of Documents

Privacy Policy   Frequently Asked Questions   View Search Results

### Entity Details

THIS IS NOT A STATEMENT OF GOOD STANDING

| | | | |
|---|---|---|---|
| File Number: | 5456351 | Incorporation Date / Formation Date: | 12/26/2013 (mm/dd/yyyy) |
| Entity Name: | STUDIOS SOLAR 3, LLC | | |
| Entity Kind: | LIMITED LIABILITY COMPANY (LLC) | Entity Type: | GENERAL |
| Residency: | DOMESTIC | State: | DE |

**REGISTERED AGENT INFORMATION**

| | |
|---|---|
| Name: | THE CORPORATION TRUST COMPANY |
| Address: | CORPORATION TRUST CENTER 1209 ORANGE ST |
| City: | WILMINGTON      County: NEW CASTLE |
| State: | DE             Postal Code: 19801 |
| Phone: | (302)658-7581 |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like  ○ Status  ○ Status,Tax & History Information  [ Submit ]

[ Back to Entity Search ]

To contact a Delaware Online Agent click here.

site map | about this site | contact us | translate | delaware.gov

# EXHIBIT 4

Delaware.gov | Text Only                                    Governor | General Assembly | Courts | Elected Officials | State Agencies

## Department of State: Division of Corporations

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service Survey

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request  How to Form a New Business Entity
Certifications, Apostilles & Authentication of Documents

Privacy Policy    Frequently Asked Questions    View Search Results

### Entity Details

THIS IS NOT A STATEMENT OF GOOD STANDING

| | | | |
|---|---|---|---|
| File Number: | 5456352 | Incorporation Date / Formation Date: | 12/26/2013 (mm/dd/yyyy) |
| Entity Name: | STUDIOS SOLAR 4, LLC | | |
| Entity Kind: | LIMITED LIABILITY COMPANY (LLC) | Entity Type: | GENERAL |
| Residency: | DOMESTIC | State: | DE |

**REGISTERED AGENT INFORMATION**

| | |
|---|---|
| Name: | THE CORPORATION TRUST COMPANY |
| Address: | CORPORATION TRUST CENTER 1209 ORANGE ST |
| City: | WILMINGTON |
| County: | NEW CASTLE |
| State: | DE |
| Postal Code: | 19801 |
| Phone: | (302)658-7581 |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like    ○ Status    ● Status,Tax & History Information  [ Submit ]

[ Back to Entity Search ]

To contact a Delaware Online Agent click here.

site map | about this site | contact us | translate | delaware.gov

# EXHIBIT 5

Delaware.gov | Text Only                          Governor | General Assembly | Courts | Elected Officials | State Agencies

## Department of State: Division of Corporations

| | |
|---|---|
| HOME | Privacy Policy  Frequently Asked Questions  View Search Results |
| About Agency | |
| Secretary's Letter | Entity Details |
| Newsroom | |
| Frequent Questions | |
| Related Links | THIS IS NOT A STATEMENT OF GOOD STANDING |
| Contact Us | |
| Office Location | File Number: 5456353   Incorporation Date / Formation Date: 12/26/2013 (mm/dd/yyyy) |
| **SERVICES** | |
| Pay Taxes | |
| File UCC's | Entity Name: **STUDIOS SOLAR 5, LLC** |
| Delaware Laws Online | |
| Name Reservation | Entity Kind: **LIMITED LIABILITY COMPANY (LLC)**   Entity Type: **GENERAL** |
| Entity Search | |
| Status | |
| Validate Certificate | Residency: **DOMESTIC**   State: **DE** |
| Customer Service Survey | |
| **INFORMATION** | **REGISTERED AGENT INFORMATION** |
| Corporate Forms | |
| Corporate Fees | Name: **THE CORPORATION TRUST COMPANY** |
| UCC Forms and Fees | Address: **CORPORATION TRUST CENTER 1209 ORANGE ST** |
| Taxes | |
| Expedited Services | City: **WILMINGTON**   County: **NEW CASTLE** |
| Service of Process | State: **DE**   Postal Code: **19801** |
| Registered Agents | |
| Get Corporate Status | Phone: **(302)658-7581** |
| Submitting a Request  How to Form a New Business Entity | Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00. |
| Certifications, Apostilles & Authentication of Documents | Would you like   Status    Status,Tax & History Information  [ Submit ]
 |

[ Back to Entity Search ]

To contact a Delaware Online Agent click here.