BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
MICAELA RUSTIA MOORE, ESQ.
Nevada Bar No. 9676
**FOX ROTHSCHILD LLP**
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
        mmoore@foxrothschild.com
*[Proposed] Counsel for Martifer Solar Aurora, LLC*
*and Martifer Solar USA, Inc.*

Electronically Filed March 11, 2014

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case Nos. BK-S-14-10355-abl and BK-S-14-10357-abl |
| MARTIFER AURORA SOLAR, LLC, a Nevada limited liability company, | Jointly Administered under Case No. BK-S-14-10355-abl |
| ☐ Affects Martifer Aurora Solar, LLC<br>☐ Affects Martifer Solar USA, Inc.<br>☒ Affects all Debtors | Chapter 11 |
| | **CERTIFICATE OF SERVICE** |

I HEREBY CERTIFY that on the 10th day of March, 2014, a true and correct copy of the following:

1. Errata to the Verified Statement of Jeffrey S. Follett in Support of Application for Order Authorizing Retention and Employment of Foley Hoag LLP, as Special Massachusetts Litigation Counsel, Nunc Pro Tunc to the Petition Date [Docket No. 358]

was served via:

☒    (ELECTRONIC SERVICE) Pursuant to Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date noted above and served through the Notice of Electronic Filing automatically generated by the Court to the following parties:

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

1

2

MARK E. ARONSON on behalf of Creditor HANOVER INSURANCE COMPANY
mea@amclaw.com, car@amclaw.com;lmw@amclaw.com

3

CARLETON R. BURCH on behalf of Creditor Hanover Insurance Company
crb@amclaw.com, car@amclaw.com;sxc@amclaw.com;sdb@amclaw.com

4

5

CANDACE C CARLYON on behalf of Interested Party KLAUS BERNHART AND
ROLAND KISER AS RESPONSIBLE OFFICERS OF THE DEBTOR
ccarlyon@carlyonsmith.com,

6

docket@carlyonsmith.com;ccarlyon@carlyonsmith.com;vfink@carlyonsmith.com;nrodri

7

guez@carlyonsmith.com;cthompson@carlyonsmith.com

8

SHIRLEY S. CHO on behalf of Creditor Committee OFFICIAL COMMITTEE OF
UNSECURED CREDITORS scho@pszjlaw.com

9

10

NATALIE M. COX on behalf of Defendant CATHAY BANK
ncox@klnevada.com,

11

bankruptcy@klnevada.com;kdunn@klnevada.com;ncox@ecf.inforuptcy.com

12

NATALIE M. COX on behalf of Interested Party CATHAY BANK
ncox@klnevada.com,

13

bankruptcy@klnevada.com;kdunn@klnevada.com;ncox@ecf.inforuptcy.com

14

JENNIFER V. DORAN on behalf of Creditor EPG SOLAR LLC
jdoran@hinckleyallen.com, calirm@hinckleyallen.com

15

16

MICHAEL GERARD FLETCHER on behalf of Interested Party CATHAY BANK
mfletcher@frandzel.com, efiling@frandzel.com,shom@frandzel.com

17

18

RICHARD E HAWKINS on behalf of Creditor ALTERNATIVE ENERGY
FINANCING, LLC dochawk@hbaLawFirm.com, jeannette@hbaLawFirm.com

19

20

RANDOLPH L. HOWARD on behalf of Interested Party CATHAY BANK
rhoward@klnevada.com,ckishi@klnevada.com;bankruptcy@klnevada.com;ckishi@ecf.i

21

nforuptcy.com

22

ROBERT R. KINAS on behalf of Creditor CALIFORNIA CEC, LP
rkinas@swlaw.com,jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;nunzue

23

ta@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com;

24

kmiltimore@swlaw.com

25

ROBERT R. KINAS on behalf of Creditor CLEAN ENERGY CONSTRUCTORS, LLC
rkinas@swlaw.com,jmath@swlaw.com;mfull@swlaw.com;bgriffith@swlaw.com;nunzue

26

ta@swlaw.com;docket_las@swlaw.com;cgianelloni@swlaw.com;nkanute@swlaw.com;

kmiltimore@swlaw.com

27

28

SAMUEL A. SCHWARTZ on behalf of Creditor MARTIFER SOLAR, INC.
sam@schwartzlawyers.com, ecf@schwartzlawyers.com;schwartzecf@gmail.com

SAMUEL A. SCHWARTZ on behalf of Interested Party MARTIFER SOLAR, INC.
sam@schwartzlawyers.com, ecf@schwartzlawyers.com;schwartzecf@gmail.com

JEFFREY SLOANE on behalf of Creditor CBS BROADCASTING INC.
barbara@jsloanelaw.com

U.S. TRUSTEE - LV - 11 USTPRegion17.lv.ecf@usdoj.gov

REED S WADDELL on behalf of Interested Party CATHAY BANK
rwaddell@frandzel.com, efiling@frandzel.com,sking@frandzel.com

RYAN J. WORKS on behalf of Creditor TLC INVESTMENTS, LLC D/B/A STONES
RIVER ELECTRIC rworks@mcdonaldcarano.com,
kbarrett@mcdonaldcarano.com,bgrubb@mcdonaldcarano.com

MATTHEW C. ZIRZOW on behalf of Creditor Committee OFFICIAL COMMITTEE
OF UNSECURED CREDITORS mzirzow@lzlawnv.com,
susan@lzlawnv.com;tiffany@lzlawnv.com;carey@lzlawnv.com;mary@lzlawnv.com

I further certify that on the 11th day of March 2014, the foregoing document was served via:

☒    (U.S. MAIL) by depositing a copy of the foregoing documents in the United States

mail, First-Class, postage prepaid to the parties on the attached mailing matrix.


                                        */s/Patricia Chlum*
                                        an employee of Fox Rothschild, LLP

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

ACTIVE 25056817v1 03/11/2014                    3

**Martifer Solar MASTER SERVICE LIST as of March 3, 2014**

**Trustee**
Office of the U.S. Trustee
300 Las Vegas Blvd. So.,
Suite 4300
Las Vegas, NV  89101
Email: j.michal.bloom@usdoj.com
Fax:  702-388-6658

**Debtor**

Martifer Solar USA, Inc.
2040 Armacost Avenue, 2nd Fl.
Los Angeles, CA 90025
Fax: 310-820-7090
Email:kbernhart@martifersolarusa.com

**Debtor**

Martifer Solar USA, Inc.
2040 Armacost Avenue, 2nd Fl.
Los Angeles, CA  90025
Fax: 310-820-7090
Email:kbernhart@martifersolarusa.com

**Counsel for Debtors**

Brett Axelrod, Esq.
Micaela Rustia Moore, Esq.
Fox Rothschild LLP
3800 Howard Hughes Pkwy. #500
Las Vegas, NV  89169
Email: baxelrod@foxrothschild.com
Email: mmoore@foxrothschild.com
Fax:  702-597-5503

**Counsel for The Unsecured Creditors Committee**

Bradford J. Sandler, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email:  bsandler@pszjlaw.com

**Counsel for The Unsecured Creditors Committee**

Shirley S. Cho, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., Suite 1300
Los Angeles, CA  90067-4100
Telephone: (310) 277-6910
Facsimile:  (310) 201-0760
Email: scho@pszjlaw.com

**Local Counsel for The Unsecured Creditors Committee**

Zachariah Larson, Esq.
Matthew C. Zirzow
LARSON & ZIRZOW LLC
810 S. Casino Center Blvd. Ste 101
Las Vegas, NV 89101
Telephone:  (702) 382-1170
Facsimile:   (702) 382-1169
Email: zlarson@lzlawnv.com
        mzirzow@lzlawnv.com

**Secured Creditors**

General Freight Service
1260 E. Phillips Blvd.
Pomona, CA  91766

Suddath Global Logistics, LLC
815 South Main Street
Jacksonville, FL  32207

Cathay Bank
High Technology Division
20111 Stevens Creek Blvd. #200
Cupertino, CA 95014
Fax: 408-257-7227
Email: rwaddell@frandzel.com

**Request for Special Notice**

Michael Gerard Fletcher
Frandzel Robins Bloom & Csato, L.C.
6500 Wilshire Blvd., 17th Fl.
Los Angeles, CA 90048-4920
Fax: 323-651-2577
Email: mfletcher@frandzel.com

Reed S. Waddell
Frandzel Robins Bloom & Csato, L.C.
6500 Wilshire Blvd., 17th Fl.
Los Angeles, CA 90048-4920
Fax: 323-651-2577
Email: rwaddell@frandzel.com

Samuel A. Schwartz
The Schwartz Law Firm, Inc.
6623 Las Vegas Blvd. So., Suite 300
Las Vegas, NV  89119
Fax: 702-385-2741
Email: sam@schwartzlawyers.com

**Martifer Solar MASTER SERVICE LIST as of March 3, 2014**

Bryan A. Lindsey
The Schwartz Law Firm, Inc.
6623 Las Vegas Blvd. So., Suite 300
Las Vegas, NV  89119
Fax: 702-385-2741
Email: bryan@schwartzlawyers.com

Jennifer V. Doran, Esq.
Hinckley Allen
28 State Street
Boston, MA 02109
Fax: 617-345-9020
Email: jdoran@hinckleyallen.com

Charles M. Forman, Chapter 7 Trustee of
SatCon Technology Corporation, c/o
Forman, Holt, Eliades & Youngmand LLC,
80 Route 4 East, Suite 290
Paramus, NJ 07652
Fax No. 201-845-9112
Email: cforman@formanlaw.com

Robert R. Kinas
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Fax: 702-784-5252
Email: rkinas@swlaw.com

Blakeley E. Griffith
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Fax: 702-784-5252
Email: bgriffith@swlaw.com

Charles E. Gianelloni
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Fax: 702-784-5252
Email: cgianelloni@swlaw.com

Mark E. Aronson
Attorney for Hanover Insurance Co.
Anderson McPharlin & Conners, LLP
444 S. Flower Street, 31st Floor
Los Angeles, CA 90071
Email: mea@amclaw.com

Lawrence M. Jacobson
Attorney for CBS Broadcasting
Glickfeld, Fields & Jacobson LLP
9720 Wilshire Blvd., Suite 700
Beverly Hills, CA 90212
Email:  lmj@gfjlawfirm.com

Motif Events, Inc.
Attn: Veronica Espiritu
860 Bonnie Lane
Elk Grove Village, IL  60007

Carlyon Law Group, PLLC
Candace C. Carlyon, Esq.
Adam P. Bowler, Esq.
3333 E. Serene Avenue, Suite 110
Henderson, NV  89074
Email:   ccarlyon@ccarlyon.com
            abowler@.ccarlyon.com

Jeffrey G. Sloane, Esq.
Law Offices of Jeffrey G. Sloane
A Professional Corporation
8935 S. Pecos Road, Suite 21-A
Henderson, Nevada 89074
Telephone: (702) 269-8570
Fax:  (702) 837-1650
Email:      jeff@jsloanelaw.com
.

McDONALD CARANO WILSON LLP
Ryan J. Works, Esq.
2300 W. Sahara Ave., Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
Email:  rworks@mcdonaldcarano.com

**Governmental Units**

Facsimile 916-843-5440
California Franchise Tax Board
P.O. Box 942857
Sacramento, CA  94257-0531

Email: Thomas.Mbara@boe.ca.gov
California State Board of Equalization
Special Operations Bankruptcy Team
MIC74, P.O. Box 942879
Sacramento, CA  94279-0074

Via U.S. Mail
Clark County Assessor
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy.
Las Vegas, NV  89155-1401

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy.
Las Vegas, NV 89155-1220

Dept. of Employ., Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713-0002

Facsimile 1-916-845-9799
Franchise Tax Board
Bankruptcy Unit
P.O. Box 2952
Sacramento, CA  95812-2952

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346
Email: rollin.g.thorley@irscounsel.treas.gov

Nevada Department of Taxation
Bankruptcy Section
555 E. Washington Ave., #1300
Las Vegas, NV  89101-1046

State of Nev Dept. of Motor Vehicles
Attn: Legal Division
555 Wright Way
Carson City, NV 89711-0001

**Martifer Solar MASTER SERVICE LIST as of March 3, 2014**

Texas Workforce Commission
Regulatory Integrity Division-SAU
Room 556 101 E. 15th Street
Austin, TX  78778-0001

Office of the Attorney General
Grant Sawyer Building
555 E. Washington Ave, Suite 3900
Las Vegas, NV 89101

Office of the Attorney General
300 South Spring Street
Los Angeles, CA 90013-1230