

_____
Honorable August B. Landis
United States Bankruptcy Judge

**Entered on Docket**
**March 13, 2014**

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
MICAELA RUSTIA MOORE, ESQ.
Nevada Bar No. 9676
**FOX ROTHSCHILD LLP**
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
       mmoore@foxrothschild.com
*Counsel for Martifer Aurora Solar, LLC*
*and Martifer Solar USA, Inc.*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>MARTIFER AURORA SOLAR, LLC, a<br>Nevada limited liability company,<br><br>☐ Affects Martifer Aurora Solar, LLC<br>☒ Affects Martifer Solar USA, Inc.<br>☐ Affects all Debtors | Case Nos. BK-S-14-10355-abl and<br>BK-S-14-10357-abl<br><br>Jointly Administered under<br>Case No. BK-S-14-10355-abl<br><br>Chapter 11<br><br>**ORDER SHORTENING TIME FOR**<br>**HEARING ON MOTION TO ASSUME**<br>**SETTLEMENT AGREEMENT WITH**<br>**ALTERNATIVE ENERGY FINANCING,**<br>**LLC**<br><br>Hearing Date:  March 20, 2014<br>Hearing Time:  1:30 p.m. |

*Sidebar (rotated):* FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

ACTIVE 25046370v1 03/10/2014

1

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

1    This Court, having reviewed and considered the Ex Parte Application For Order Shortening

2   Time For Hearing (the "Application") concerning Martifer Solar USA, Inc.'s ("Martifer Solar USA"

3   or the "Debtor"), *Motion to Assume Settlement Agreement with Alternative Energy Financing, LLC*

4   (hereafter the "Assumption Motion"), and for good cause appearing therefor;

5        **IT IS HEREBY ORDERED** and **NOTICE IS HEREBY GIVEN** that a hearing on the

6   Assumption Motion will be held before the Honorable August B. Landis, United States Bankruptcy

7   Judge in the Foley Federal Building located at 300 Las Vegas Boulevard South, Courtroom 1, Las

8   Vegas, Nevada 89101, on_____March 20, 2014_____ at the hour of __1:30 pm.__ Any opposition(s)

9   shall be filed and served on required notice parties by _____March 18, 2014_____, and any reply to

10  such opposition(s) shall be filed and served on required notice parties by __March 19, 2014__.

11  A copy of the above referenced Assumption Motion is on file with and available from the clerk of the

12  United States Bankruptcy Court for the District of Nevada.  Additionally, a copy of the Assumption

13  Motion is available from Fox Rothschild LLP upon request.

14       **IT IS SO ORDERED.**

15  Prepared and respectfully submitted by:

16  **FOX ROTHSCHILD LLP**

17  By____*s/Micaela Rustia Moore*_____

18      BRETT A. AXELROD, ESQ.
     Nevada Bar No. 5859

19      MICAELA RUSTIA MOORE, ESQ.
     Nevada Bar No. 9676

20      3800 Howard Hughes Parkway, Suite 500
     Las Vegas, Nevada 89169

21  *Counsel for Martifer Aurora Solar, LLC*

22  *and Martifer Solar USA, Inc.*
                                    # # #

23

24

25

26

27

28