CARLYON LAW GROUP, PLLC
CANDACE C. CARLYON, ESQ.
Nevada Bar No. 2666
ADAM P. BOWLER, ESQ.
Nevada Bar No. 8383
3333 E. Serene Avenue, Suite 110
Henderson, NV 89074
Telephone No. (702) 685-4444
Facsimile No.  (702) 471-7435
Email: ccarlyon@ccarlyon.com

*[Proposed] counsel for Roland Kiser and Klaus Bernhart, the responsible officers of the Debtor*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>MARTIFER AURORA SOLAR, LLC a Nevada limited liability company,<br><br>____ Affects Martifer Aurora Solar, LLC<br>____ Affects Martifer Solar USA, Inc.<br>_X_ Affects all Debtors<br><br>Debtors. | Case No.: BK-S-14-10355-abl and BK-S-14-10357-abl<br><br>Jointly administered under<br>**Case No.:  BK-S-14-10355-abl**<br><br>Chapter 11<br><br>**DECLARATION OF ROLAND KISER AMENDED AND SUPPLEMENTAL APPLICATION FOR ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF CARLYON LAW GROUP, PLLC AS SPECIAL COUNSEL TO THE DEBTOR VIA ROLAND KISER AND KLAUS BERNHART, ITS RESPONSIBLE OFFICERS; REQUEST FOR APPROVAL OF NUNC PRO TUNC EMPLOYMENT EFFECTIVE FEBRUARY 27, 2014**<br><br>DATE:  MARCH 20, 2014<br><br>TIME:  1:30 p.m. |

I, Roland Kiser hereby declare, under penalty of perjury, as follows:

1. I am the Chief Executive Officer of Martifer Solar USA, Inc. and, along with Klaus Bernhart, the responsible officers (the "Officers") of the Debtors in Possession

1

Martifer Solar USA, Inc. ("Debtor") and Martifer Aurora Solar, LLC ("Aurora" and, together with Debtor, Debtors") in the above-captioned bankruptcy proceeding.

2. I make this Declaration in support of the Officers' Amended and Supplemental Application for Order Authorizing Retention and Employment of Carlyon Law Group, PLLC, as Special Counsel to the Debtor via Roland Kiser and Klaus Bernhart, its Responsible Officers; Request for Approval of Nunc Pro Tunc Employment Effective February 27, 2014 (the "Application").

3. The following facts are personally known to me, and if called to testify there, I could and would do so, under oath.

4. I am familiar with the Application, and can attest that the facts set forth in numbered paragraphs 17-21 and note 4 of the Application are true and correct.

5. The Officers are faced on a daily basis with issues in which we need independent counsel to advise us. This issues have involved requests from the parent company and its representative (who also control the executive committee of the board), counsel for the parent and DIP lender, and FTI. The Officers are committed to fulfilling their fiduciary obligations to the Debtors and the estate, but due to the competing interests involved in the case, we require independent counsel. As the Responsible Officers, we request that Carlyon Law Group, PLLC be appointed as special counsel for the Debtor in order to advise us in our capacity as the responsible officers of the Debtors. The Officers understand and agree that services provided with regard to our own interests (i.e. with regard to amounts due to us from the Debtor) will be separately billed and charged to us, and not to the estate.

Dated March 13, 2014                    */s/ Roland Kiser*
                                         Roland Kiser