BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
MICAELA RUSTIA MOORE, ESQ.
Nevada Bar No. 9676
**FOX ROTHSCHILD LLP**
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
            mmoore@foxrothschild.com
*Counsel for Martifer Aurora Solar, LLC
and Martifer Solar USA, Inc.*

Electronically Filed March 13, 2014

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>MARTIFER AURORA SOLAR, LLC, a Nevada limited liability company,<br><br>☐ Affects Martifer Aurora Solar, LLC<br>☐ Affects Martifer Solar USA, Inc.<br>☒ Affects all Debtors | Case Nos. BK-S-14-10355-abl and BK-S-14-10357-abl<br><br>Jointly Administered under<br>Case No. BK-S-14-10355-abl<br><br>Chapter 11<br><br>**DESIGNATION OF RESPONSIBLE PERSON** |

Pursuant to Federal Rule of Bankruptcy Procedure 9001(5)(A) and the U.S. Trustee Guidelines, debtors and debtors-in-possession Martifer Aurora Solar, LLC and Martifer Solar USA, Inc. (collectively, the "Debtors"), by and through their counsel, the law firm of Fox Rothschild LLP, hereby designate Michael Tucker, [proposed] Chief Restructuring Officer, as the natural person responsible for the duties and obligations of the Debtors in the above-referenced jointly administered chapter 11 cases. Mr. Tucker can be located at Two North Central Ave., Suite 1200, Phoenix, AZ  85004 and reached at (602) 744-7144.

ACTIVE 25086546v1 03/13/2014                    1

1 | Dated this 13th day of March, 2014.

**FOX ROTHSCHILD LLP**

By   *s/ Brett A. Axelrod*
   BRETT A. AXELROD (NV Bar No. 5859)
   MICAELA RUSTIA MOORE (NV Bar No. 9676)
   3800 Howard Hughes Parkway, Suite 500
   Las Vegas, Nevada 89169
*Counsel for Martifer Aurora Solar, LLC
and Martifer Solar USA, Inc.*

ACTIVE 25086546v1 03/13/2014            2