BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
MICAELA RUSTIA MOORE, ESQ.
Nevada Bar No. 9676
FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 262-6899
Facsimile:  (702) 597-5503
Email:  baxelrod@foxrothschild.com
         mmoore@foxrothschild.com
*Counsel for Martifer Aurora Solar, LLC
and Martifer Solar USA, Inc.*

Electronically filed on March 13, 2014

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re,<br><br>MARTIFER AURORA SOLAR, LLC, a Nevada limited liability company,<br><br>☐ Affects Martifer Aurora Solar, LLC<br>☐ Affects Martifer Solar USA, Inc.<br>☒ Affects all Debtors | Case Nos. BK-S-14-10355-abl and BK-S-14-10357-abl<br><br>Jointly Administered under<br>Case No. BK-S-14-10355-abl<br><br>Chapter 11<br><br>**MOTION REGARDING NOTICE OF DESIGNATION OF RESPONSIBLE PERSONS**<br><br>Hearing Date:  March 20, 2014<br>Hearing Time: 1:30 p.m. |

**1.    Introduction**

Debtors Martifer Solar USA, Inc. ("Martifer") and Martifer Aurora Solar, LLC ("Aurora", together with Martifer, "Debtors") respectfully ask the Court to amend its prior orders designating Roland Kiser and Klaus Bernhart as responsible persons pursuant to Bankruptcy Rule 9001(5)(A).

1

ACTIVE 25083449v1 03/13/2014

**2.     Background**

On January 22, 2014, each of the Debtors filed Designations of Responsible Persons. See Dkt. No. 11 (case no. BK-S-14-10357-abl) and Dkt. No. 12 (case no. BK-S-14-10355-abl (the "Designations"). In the Designations, the Debtors identified Mr. Kiser, Martifer's then-Chief Executive Officer, and Klaus Bernhart, Martifer's then-Chief Financial Officer, as the natural persons responsible for the duties and obligations of the Debtors in their Chapter 11 cases.

During the January 28, 2014 hearing on the Designations and other matters, with respect to the Designations the Court stated "I'm a little curious that there were what appeared to be motions with respect to responsible persons under Bankruptcy Rule 9001(5). Do you want to talk about that briefly?" Jan. 28, 2014 Trans at 20:13-16. Following argument by Debtors' counsel, the Court held as follows:

> I've reviewed the pleadings or the papers I should say. I'm not really sure they're motions or pleadings. That's the reason I brought it up. I don't think there's any ruling from the Court that's required. I reviewed the responsible person papers in Aurora at Docket Entry No. 12 and at USA at Docket No. 11. To the extent that the designees are within the scope of the folks that are identified under Rule 9001.5, they're acceptable to the Court.

Id. at 21:4-11.

Notwithstanding the Court's comments, in an abundance of caution Debtors submitted proposed orders on the Designations to the Court. On February 4, 2014, the Court entered Orders Designating Responsible Persons as to both Debtors. See Dkt. Nos. 88 (order) and 91 (notice of entry of order) (case no. BK-S-14-10357-abl) and Dkt. Nos. 90 (order) and 97 (notice of entry of order (case no. BK-S-14-10355-abl) (the "Designation Orders").

Both the Designations and this motion are result of actions by Martifer's board. At the time of the filing of the Designations, both Mr. Kiser and Mr. Bernhart served as officers of Debtors pursuant to their respective employment agreements (the "Employment Agreements"). Declaration of Pedro Gomes-Pereira (the "Pereira Dec.") at ¶ 5. The Employment Agreements were for a one year period until March 10, 2014 after which time continued employment would be on an at-will basis. Id at ¶ 5.

On March 9, 2014, the day prior to the expiration of the Employment Agreements, the Board of Directors of Martifer through it's Executive Committee appointed responsible parties in accordance with Bankruptcy Rule 9001(5)(A) (the "Appointment"). Id. at ¶ 6. Among other things, the Appointment appointed Michael Tucker of FTI as Chief Restructuring Officer and gave Mr. Tucker broad authority relating to Martifer's restructuring and Martifer's interactions with the undersigned proposed bankruptcy counsel, subject to any necessary approval of this Court. Id. at ¶ 7

2. The Court is scheduled to approve Mr. Tucker as Chief Restructuring Officer on March 20, 2014. *See* Motion to Retain FTI [Docket No. 333]. Upon such approval, Mr. Tucker will become the responsible party in accordance with Bankruptcy Rule 9001(5)(A).

The Appointment also removed Mr. Kiser and Mr. Bernhart as responsible persons for Martifer. Pereira Dec., at ¶ 8. Concurrently herewith, Debtors have filed a designation of responsible persons identifying Mr. Tucker as the individual having authority pursuant to Bankruptcy Rule 9001(5)(A). FTI, along with former officers and other employees of the Debtors, are in the process of developing a retention program. Moreover, the parent of Martifer is in the process of appointing a third party independent director who will interface with FTI and Martifer's executive committee with respect to intercompany matters between Martifer and its affiliates. Id. at ¶ 9.

**3.    Legal Authority and Request for Relief**

Bankruptcy Rule 9001(5)(A) defines "Debtor" and provides that "when any act is required by these rules to be performed by a debtor or when it is necessary to compel attendance of a debtor for examination and the debtor is not a natural person: (A) if the debtor is a corporation, 'debtor' includes, if designated by the court, any or all of its officers, members of its board of directors or trustees or of a similar controlling body, a controlling stockholder or member, or any other person in control."

As a result of the expiration of the Employment Agreements, Mr. Kiser and Mr. Bernhart are no longer responsible officers of either Debtor. Accordingly, the Debtor requests that the Court

3

ACTIVE 25083449v1 03/13/2014

amend the Designation Orders to approve Michael Tucker as the responsible party of the Debtors in accordance with Bankruptcy Rule 9001(5)(A).

DATED this 13th day of March 2014.

**FOX ROTHSCHILD LLP**

By  */s/Brett Axelrod*
    BRETT A. AXELROD, ESQ.
    Nevada Bar No. 5859
    MICAELA RUSTIA MOORE, ESQ.
    Nevada Bar No. 9676
    3800 Howard Hughes Parkway, Suite 500
    Las Vegas, Nevada 89169
    *Counsel for Martifer Aurora Solar, LLC*
    *and Martifer Solar USA, Inc.*