BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
MICAELA RUSTIA MOORE, ESQ.
Nevada Bar No. 9676
**FOX ROTHSCHILD LLP**
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
        mmoore@foxrothschild.com
*Counsel for Martifer Aurora Solar, LLC
and Martifer Solar USA, Inc.*

Electronically Filed March 19, 2014

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>MARTIFER AURORA SOLAR, LLC, a Nevada limited liability company,<br><br>☐ Affects Martifer Aurora Solar, LLC<br>☒ Affects Martifer Solar USA, Inc.<br>☐ Affects all Debtors | Case Nos. BK-S-14-10355-abl and BK-S-14-10357-abl<br><br>Jointly Administered under Case No. BK-S-14-10355-abl<br><br>Chapter 11<br><br>**NOTICE OF APPOINTMENT OF PETER KRAVITZ OF SOLUTION TRUST AS INDEPENDENT DIRECTOR OF MARTIFER SOLAR USA, INC.** |

Martifer Solar USA, Inc. and Martifer Aurora Solar, LLC, by and through their counsel, the law firm of Fox Rothschild LLP, hereby appoint Peter Kravitz of SLTNTRST LLC dba Solution Trust as Independent Director of Martifer Solar USA, Inc. in the above-referenced jointly administered chapter 11 cases.

Dated this 19th day of March, 2014.

**FOX ROTHSCHILD LLP**

By   *s/ Brett A. Axelrod*
   BRETT A. AXELROD (NV Bar No. 5859)
   MICAELA RUSTIA MOORE (NV Bar No. 9676)
   3800 Howard Hughes Parkway, Suite 500
   Las Vegas, Nevada 89169
   *Counsel for Martifer Aurora Solar, LLC
   and Martifer Solar USA, Inc.*

ACTIVE 25124947v1 03/19/2014          1