

_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
March 24, 2014

BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
MICAELA RUSTIA MOORE, ESQ.
Nevada Bar No. 9676
**FOX ROTHSCHILD LLP**
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
       mmoore@foxrothschild.com
*Counsel for Martifer Aurora Solar, LLC
and Martifer Solar USA, Inc.*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>MARTIFER AURORA SOLAR, LLC, a Nevada limited liability company,<br><br>☐ Affects Martifer Aurora Solar, LLC<br>☐ Affects Martifer Solar USA, Inc.<br>☒ Affects all Debtors | Case Nos. BK-S-14-10355-abl and BK-S-14-10357-abl<br><br>Jointly Administered under Case No. BK-S-14-10355-abl<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION BETWEEN THE DEBTORS, MARTIFER SOLAR INC., CATHAY BANK, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND THE OFFICE OF THE UNITED STATES TRUSTEE**<br><br>Continued Hearing Date:  April 14, 2014<br>Continued Hearing Time:  9:30 a.m. |

ACTIVE 25167321v1 03/21/2014                                1

Martifer Aurora Solar, LLC and Martifer Solar USA, Inc., the above-captioned debtors (collectively, the "**Debtors**"), Martifer Solar Inc. (the "**Parent**"), Cathay Bank ("**Cathay**"), the Official Committee of Unsecured Creditors (the "**Committee**") and the Office of the United States Trustee ("**UST**") by and through respective counsel of record, having stipulated and agreed as provided for in that certain *Stipulation Between the Debtors, Martifer Solar, Inc., Cathay Bank, the Official Committee of Unsecured Creditors and the Office of the United States Trustee* [Docket No. 496] (the "**Stipulation**"),[1] a copy of which is attached to this Order as **Exhibit A**; and the Court having considered the Stipulation and finds that the relief requested is appropriate and sufficient cause exists to grant the relief, and for good cause appearing, it is hereby:

ORDERED that the Stipulation attached hereto as **Exhibit A** is APPROVED; and it is further

ORDERED that the final hearing on the Cash Collateral Motion shall be continued from April 3, 2014, at 9:30 a.m. to April 14, 2014, at 9:30 a.m., or such other date and time as this Court may permit; and it is further

ORDERED that the final hearing on the Second DIP Financing Motion shall be continued from April 3, 2014, at 9:30 a.m. to April 14, 2014, at 9:30 a.m., or such other date and time as this Court may permit; and it is further

ORDERED that the term of the Amended Interim Cash Collateral Order shall be extended through the date of the continued final hearing on the Cash Collateral Motion; and it is further

ORDERED that the term of the Interim DIP Order shall be extended through the date of the continued final hearing on the Second DIP Financing Motion; and it is further

ORDERED that the Trustee Motion shall be continued from April 3, 2014, at 9:30 a.m. to April 14, 2014, at 9:30 a.m., or such other date and time as this Court may permit; and it is further

ORDERED that the objection deadline to the Trustee Motion is extended to April 3, 2014 and that Cathay's reply to objections, if any, is extended to April 11, 2014; and it is further

ORDERED that all parties' rights are hereby reserved; and it is further

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Stipulation.

1   ORDERED that the Committee's objection deadline to the Second DIP Financing Motion is
2 extended to April 9, 2014 and that the Debtors' reply to the Committee's objection, if any is extended to
3 April 11, 2014; and it is further
4   ORDERED that all other terms of the Continuance Order shall remain in effect.

Prepared and respectfully submitted by:

**FOX ROTHSCHILD LLP**

By     *s/Micaela Rustia Moore*
    Brett A. Axelrod
    Micaela Rustia Moore
    3800 Howard Hughes Parkway, Suite 500
    Las Vegas, Nevada 89169
*Counsel for Martifer Aurora Solar, LLC*
*and Martifer Solar USA, Inc.*

# # #

**EXHIBIT A**

|   |   |   |
|---|---|---|
| BRETT A. AXELROD, ESQ.<br>Nevada Bar No. 5859<br>MICAELA RUSTIA MOORE, ESQ.<br>Nevada Bar No. 9676<br>**FOX ROTHSCHILD LLP**<br>3800 Howard Hughes Parkway, Suite 500<br>Las Vegas, Nevada 89169<br>Telephone: (702) 262-6899<br>Facsimile: (702) 597-5503<br>Email: baxelrod@foxrothschild.com<br>         mmoore@foxrothschild.com<br>*Counsel for Martifer Aurora Solar, LLC<br>and Martifer Solar USA, Inc.* | | Electronically Filed March 21, 2014 |

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>MARTIFER AURORA SOLAR, LLC, a Nevada limited liability company,<br><br>☐ Affects Martifer Aurora Solar, LLC<br>☒ Affects Martifer Solar USA, Inc.<br>☐ Affects all Debtors | Case Nos. BK-S-14-10355-abl<br>and BK-S-14-10357-abl<br><br>Jointly Administered under<br>Case No. BK-S-14-10355-abl<br><br>Chapter 11<br><br>**STIPULATION BETWEEN THE DEBTORS, MARTIFER SOLAR INC., CATHAY BANK, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND THE OFFICE OF THE UNITED STATES TRUSTEE**<br><br>Hearing Date:    April 3, 2014<br>Time:                  9:30 a.m. |

Martifer Aurora Solar, LLC and Martifer Solar USA, Inc., the above-captioned debtors (collectively, the "**Debtors**"), Martifer Solar Inc. (the "**Parent**"), Cathay Bank ("**Cathay**"), the Official Committee of Unsecured Creditors (the "**Committee**") and the Office of the United States Trustee ("**UST**") by and through respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on January 21, 2014 (the "**Petition Date**"), the Debtors commenced these bankruptcy cases by each filing a voluntary petition under Chapter 11 of the United States

1  Bankruptcy *and Provide Adequate Protection; (II) Granting Related Relief; and (III) Scheduling*
2  *Final Hearing* [Docket No. 24] (the "**Cash Collateral Motion**");

3     WHEREAS, on February 4, 2014, the Debtors filed their *Amended Motion for Authority to*
4  *Obtain Credit Under Section 364(b), Rule 4001(c) or (d)Motion for Order Pursuant to 11U.S.C. §*
5  *364 and Fed. R. Bankr. P. 4001(c): (I) Authorizing Debtors to Obtain Postpetition Financing: (II)*
6  *Granting Related Relief; and (III) Scheduling Final Hearing* [Docket No. 85] (the "**Second DIP**
7  **Financing Motion**");

8     WHEREAS, on February 5, 2014, the Court entered an interim order on the Cash Collateral
9  Motion [Docket No. 107] (the "**Interim Cash Collateral Order**"), setting a final hearing for March
10  10, 2014, at 9:30 a.m.;

11     WHEREAS, on February 14, 2014, the United States Trustee appointed the Committee
12  [Docket No. 177], and on February 28, 2014, the Committee retained counsel;

13     WHEREAS, on February 18, 2014, the Court entered an amended interim order on the Cash
14  Collateral Motion [Docket No. 187] (the "**Amended Interim Cash Collateral Order**"), setting a
15  final hearing for March 10, 2014, at 9:30 a.m.;

16     WHEREAS, on February 25, 2014, the Court entered an interim order on the Second DIP
17  Financing Motion [Docket No. 231] (the "**Interim DIP Order**"), setting a final hearing for
18  March10, 2014;

19     WHEREAS, on March 5, 2014, Cathay filed *Secured Creditor Cathay Bank's Motion for an*
20  *Order Directing the Appointment of a Chapter 11 Trustee in these Bankruptcy Cases Pursuant to 11*
21  *U.S.C. Section 1104(a) or, Alternatively, Converting or Dismissing these Bankruptcy Cases to*
22  *Cases Under Chapter 7 of the Bankruptcy Code Pursuant to 11 U.S.C. Section 1112(b)* [filed under
23  seal] and requested a hearing on shortened time;

24     WHEREAS, on March 7, 2014, Debtors, the Parent, Cathay and the Committee filed a
25  *Stipulation Continuing Pending Settlement Discussions* [Docket No. 323];

26     WHEREAS, on March 7, 2014, the Court entered its *Order Approving the Stipulation*
27  *Continuing Hearings Pending Settlement Discussions* [Docket No. 327] ("**Continuance Order**")
28  which, among other things, continued the final hearings on the Cash Collateral Motion and Second

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

ACTIVE 25167288v1 03/21/2014                    2

1  Amended DIP Financing Motions to March 20, 2014 at 1:30 p.m. and extended the terms of the
2  Amended Interim Cash Collateral Order and the Interim DIP Order through such date;

3      WHEREAS, on March 11, 2014, the Court entered an *Order Shortening Time to Hear*
4  *Secured Creditor Cathay Bank's Motion for an Order Directing the Appointment of a Chapter 11*
5  *Trustee in these Bankruptcy Cases Pursuant to 11 U.S.C. Section 1104(a) or, Alternatively,*
6  *Converting or Dismissing these Bankruptcy Cases to Cases Under Chapter 7 of the Bankruptcy*
7  *Code Pursuant to 11 U.S.C. Section 1112(b)* [Docket No. 364] (the "**Trustee Motion**") setting the
8  hearing for March 20, 2014 at 1:30 p.m.;

9      WHEREAS, on March 12, 2014, Debtors, the Parent, Cathay, the UST and the Committee
10  filed a *Stipulation* continuing pending settlement discussions [Docket No. 378];

11      WHEREAS, on March 13, 2014, the Court entered its *Order Approving the Stipulation*
12  [Docket No. 388] ("**Second Continuance Order**") which, among other things, continued the final
13  hearings on the Cash Collateral Motion, Second Amended DIP Financing Motions and the Trustee
14  Motion to April 3, 2014 at 9:30 a.m., and extended the terms of the Amended Interim Cash
15  Collateral Order and the Interim DIP Order through such date;

16      WHEREAS, the Debtors, Parent and Cathay are currently negotiating the terms of a global
17  settlement (the "**Cathay Settlement**") resolving Cathay's claims against the Debtors and Parent;

18      WHEREAS, all parties acknowledge the administrative burden of proceeding to trial on the
19  Cash Collateral, Second Amended DIP Financing Motion and the Trustee Motion and in an effort to
20  save estate resources while negotiating the Cathay Settlement, the parties enter into this Stipulation;

21      WHEREAS, in order to allow the parties sufficient time to finalize the Cathay Settlement,
22  which in turn, will resolve Cathay's objections to the Cash Collateral and Second DIP Financing
23  Motions, and withdrawal of the Trustee Motion, the parties desire to continue the final hearings on
24  the Cash Collateral and Second DIP Financing Motion and the hearing on the Trustee Motion to
25  April 14, 2014, at 9:30 a.m., or such other time as this Court may permit;

26      WHEREAS, the parties also desire to extend the term of the Amended Interim Cash
27  Collateral Order and the Interim DIP Order through the date of the continued final hearings as set
28  forth herein; and

ACTIVE 25167288v1 03/21/2014                                3

NOW THEREFORE, the Debtors, Parent, Cathay, the Committee and the UST hereby stipulate and agree to the following:

IT IS HEREBY STIPULATED AND AGREED that the final hearing on the Cash Collateral Motion shall be continued from April 3, 2014, at 9:30 a.m. to April 14, 2014, at 9:30 a.m., or such other date and time as this Court may permit; and

IT IS FURTHER STIPULATED AND AGREED that the final hearing on the Second DIP Financing Motion shall be continued from April 3, 2014, at 9:30 a.m. to April 14, 2014, at 9:30 a.m., or such other date and time as this Court may permit; and

IT IS FURTHER STIPULATED AND AGREED that the term of the Amended Interim Cash Collateral Order shall be extended through the date of the continued final hearing on the Cash Collateral Motion; and

IT IS FURTHER STIPULATED AND AGREED that the term of the Interim DIP Order shall be extended through the date of the continued final hearing on the Second DIP Financing Motion; and

IT IS FURTHER STIPULATED AND AGREED that the final hearing on the Trustee Motion shall be continued from April 3, 2014, at 9:30 a.m. to April 14, 2014, at 9:30 a.m., or such other date and time as this Court may permit; and

IT IS FURTHER STIPULATED AND AGREED that the objection deadline to the Trustee Motion is extended to April 3, 2014 and that Cathay's reply to objections, if any is extended to April 11, 2014; and

IT IS FURTHER STIPULATED AND AGREED that the Committee's objection deadline to the DIP Financing Motion is extended to April 9, 2014 and that Debtor's reply to objections, if any is extended to April 11, 2014; and

IT IS FURTHER STIPULATED AND AGREED that all parties' rights are hereby reserved; and

IT IS FURTHER STIPULATED AND AGREED that all other terms of the Continuance Order shall remain in effect.

///

1   Dated this 21st day of March, 2014.

2   Prepared and Respectfully Submitted by:

3   **FOX ROTHSCHILD LLP**

4   By  /s/Brett Axelrod
       BRETT A. AXELROD, ESQ.
5      Nevada Bar No. 5859
       MICAELA RUSTIA MOORE, ESQ.
6      Nevada Bar No. 9676
       3800 Howard Hughes Parkway, Suite 500
7      Las Vegas, Nevada 89169
    *Counsel for Martifer Aurora Solar, LLC*
8   *and Martifer Solar USA, Inc.*

| **OFFICE OF THE UNITED STATES TRUSTEE** | **THE SCHWARTZ LAW FIRM, INC.** |
|---|---|
| By   s/J. Michal Bloom<br>   J. Michal Bloom<br>   Trial Attorney for Acting U.S. Trustee,<br>   Tracy Hope Davis | By   s/Samuel Schwartz<br>   Samuel A. Schwartz, Esq.<br>   Nevada Bar No. 10985<br>   Bryan A. Lindsey, Esq.<br>   Nevada Bar No. 10662<br>*Counsel for Martifer Solar, Inc* |
| **FRANZEL ROBINS BLOOM & CSATO, L.C.** | **PACHULSKI STANG ZIEHL & JONES LLP** |
| By   s/Reed Waddell<br>   Michael G. Fletcher, Esq.<br>   Admitted Pro Hac Vice<br>   Reed S. Waddell, Esq.<br>   Admitted Pro Hac Vice<br>   6500 Wilshire Boulevard, 17th Floor<br>   Los Angeles, California 90048<br><br>   and<br><br>   Natalie M. Cox, Esq.<br>   Nevada Bar No. 762<br>   Randolph L. Howard, Esq.<br>   Nevada Bar No. 6688<br>   **KOLESAR & LEATHAM**<br>   400 South Rampart Blvd., Suite 400<br>   Las Vegas, Nevada 89145<br>*Attorneys for Cathay Bank* | By   s/Shirley Cho<br>   Shirley S. Cho, Esq.<br>   Admitted Pro Hac Vice<br>   Bradford J. Sandler, Esq.<br>   Admitted Pro Hac Vice<br>   10100 Santa Monica Blvd., Suite 1300<br>   Los Angeles, California 90067<br><br>   and<br><br>   Zachariah Larson, Esq.<br>   Nevada Bar No. 7787<br>   Matthew C. Zirzow, Esq.<br>   **LARSON & ZIRZOW**<br>   Nevada Bar No. 7222<br>   810 S. Casino Center Blvd., Suite 101<br>   Las Vegas, Nevada 89101<br>*Proposed Attorneys for the Official Committee of Unsecured Creditors* |

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

ACTIVE 25167288v1 03/21/2014          5