BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
MICAELA RUSTIA MOORE, ESQ.
Nevada Bar No. 9676
**FOX ROTHSCHILD LLP**
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
          mmoore@foxrothschild.com
*Counsel for Martifer Aurora Solar, LLC
and Martifer Solar USA, Inc.*

Electronically Filed April 1, 2014

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>MARTIFER AURORA SOLAR, LLC, a Nevada limited liability company,<br><br>☐ Affects Martifer Aurora Solar, LLC<br>☐ Affects Martifer Solar USA, Inc.<br>☒ Affects all Debtors | Case Nos. BK-S-14-10355-abl and BK-S-14-10357-abl<br><br>Jointly Administered under Case No. BK-S-14-10355-abl<br><br>Chapter 11<br><br>**AMENDED STIPULATION BETWEEN THE DEBTORS, MARTIFER SOLAR INC., CATHAY BANK, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND THE OFFICE OF THE UNITED STATES TRUSTEE**<br><br>Hearing Date:  April 3, 2014<br>Time:             9:30 a.m. |

Martifer Aurora Solar, LLC and Martifer Solar USA, Inc., the above-captioned debtors (collectively, the "**Debtors**"), Martifer Solar Inc. (the "**Parent**"), Cathay Bank ("**Cathay**"), the Official Committee of Unsecured Creditors (the "**Committee**") and the Office of the United States Trustee ("**UST**") by and through respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on January 21, 2014 (the "**Petition Date**"), the Debtors commenced these bankruptcy cases by each filing a voluntary petition under Chapter 11 of the United States

1  Bankruptcy *and Provide Adequate Protection; (II) Granting Related Relief; and (III) Scheduling*
2  *Final Hearing* [Docket No. 24] (the "**Cash Collateral Motion**");

3  WHEREAS, on February 4, 2014, the Debtors filed their *Amended Motion for Authority to*
4  *Obtain Credit Under Section 364(b), Rule 4001(c) or (d)Motion for Order Pursuant to 11U.S.C. §*
5  *364 and Fed. R. Bankr. P. 4001(c): (I) Authorizing Debtors to Obtain Postpetition Financing: (II)*
6  *Granting Related Relief; and (III) Scheduling Final Hearing* [Docket No. 85] (the "**Second DIP**
7  **Financing Motion**");

8  WHEREAS, on February 5, 2014, the Court entered an interim order on the Cash Collateral
9  Motion [Docket No. 107] (the "**Interim Cash Collateral Order**"), setting a final hearing for March
10 10, 2014, at 9:30 a.m.;

11 WHEREAS, on February 14, 2014, the United States Trustee appointed the Committee
12 [Docket No. 177], and on February 28, 2014, the Committee retained counsel;

13 WHEREAS, on February 18, 2014, the Court entered an amended interim order on the Cash
14 Collateral Motion [Docket No. 187] (the "**Amended Interim Cash Collateral Order**"), setting a
15 final hearing for March 10, 2014, at 9:30 a.m.;

16 WHEREAS, on February 25, 2014, the Court entered an interim order on the Second DIP
17 Financing Motion [Docket No. 231] (the "**Interim DIP Order**"), setting a final hearing for March
18 10, 2014;

19 WHEREAS, on March 5, 2014, Cathay filed *Secured Creditor Cathay Bank's Motion for an*
20 *Order Directing the Appointment of a Chapter 11 Trustee in these Bankruptcy Cases Pursuant to 11*
21 *U.S.C. Section 1104(a) or, Alternatively, Converting or Dismissing these Bankruptcy Cases to*
22 *Cases Under Chapter 7 of the Bankruptcy Code Pursuant to 11 U.S.C. Section 1112(b)* [filed under
23 seal] and requested a hearing on shortened time;

24 WHEREAS, on March 7, 2014, Debtors, the Parent, Cathay and the Committee filed a
25 *Stipulation Continuing Pending Settlement Discussions* [Docket No. 323];

26 WHEREAS, on March 7, 2014, the Court entered its *Order Approving the Stipulation*
27 *Continuing Hearings Pending Settlement Discussions* [Docket No. 327] ("**Continuance Order**")
28 which, among other things, continued the final hearings on the Cash Collateral Motion and Second

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

1  Amended DIP Financing Motions to March 20, 2014 at 1:30 p.m. and extended the terms of the
2  Amended Interim Cash Collateral Order and the Interim DIP Order through such date;

3  WHEREAS, on March 11, 2014, the Court entered an *Order Shortening Time to Hear*
4  *Secured Creditor Cathay Bank's Motion for an Order Directing the Appointment of a Chapter 11*
5  *Trustee in these Bankruptcy Cases Pursuant to 11 U.S.C. Section 1104(a) or, Alternatively,*
6  *Converting or Dismissing these Bankruptcy Cases to Cases Under Chapter 7 of the Bankruptcy*
7  *Code Pursuant to 11 U.S.C. Section 1112(b)* [Docket No. 364] (the "**Trustee Motion**") setting the
8  hearing for March 20, 2014 at 1:30 p.m.;

9  WHEREAS, on March 12, 2014, Debtors, the Parent, Cathay, the UST and the Committee
10  filed a *Stipulation* continuing pending settlement discussions [Docket No. 378];

11  WHEREAS, on March 13, 2014, the Court entered its *Order Approving the Stipulation*
12  [Docket No. 388] ("**Second Continuance Order**") which, among other things, continued the final
13  hearings on the Cash Collateral Motion, Second Amended DIP Financing Motions and the Trustee
14  Motion to April 3, 2014 at 9:30 a.m., and extended the terms of the Amended Interim Cash
15  Collateral Order and the Interim DIP Order through such date;

16  WHEREAS, the Debtors, Parent and Cathay are currently negotiating the terms of a global
17  settlement (the "**Cathay Settlement**") resolving Cathay's claims against the Debtors and Parent;

18  WHEREAS, all parties acknowledge the administrative burden of proceeding to trial on the
19  Cash Collateral, Second Amended DIP Financing Motion and the Trustee Motion and in an effort to
20  save estate resources while negotiating the Cathay Settlement, the parties enter into this Stipulation;

21  WHEREAS, on March 21, 2014, the parties filed a Stipulation Between The Debtors,
22  Martifer Solar Inc., Cathay Bank, The Official Committee Of Unsecured Creditors And The Office
23  Of The United States Trustee  (i) to extend the final hearing on the Cash Collateral Motion shall be
24  continued from April 3, 2014, at 9:30 a.m. to April 14, 2014, at 9:30 a.m., or such other date and
25  time as this Court may permit and that the term of the Amended Interim Cash Collateral Order shall
26  be extended through the date of the continued final hearing on the Cash Collateral Motion; (ii) that
27  the final hearing on the Second DIP Financing Motion shall be continued from April 3, 2014, at
28  9:30 a.m. to April 14, 2014, at 9:30 a.m., or such other date and time as this Court may permit and

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

that the term of the Interim DIP Order shall be extended through the date of the continued final hearing on the Second DIP Financing Motion; (iii) that the final hearing on the Trustee Motion shall be continued from April 3, 2014, at 9:30 a.m. to April 14, 2014, at 9:30 a.m., or such other date and time as this Court may permit, and ;

WHEREAS, on March 24, 2014, the Court entered an Order Approving Stipulation Between The Debtors, Martifer Solar Inc., Cathay Bank, The Official Committee Of Unsecured Creditors And The Office Of The United States Trustee [DE 503] with respect to the foregoing and ordering (i) that the objection deadline to the Trustee Motion is extended to April 3, 2014 and that Cathay's reply to objections, if any is extended to April 11, 2014 and (ii) that the Committee's objection deadline to the DIP Financing Motion is extended to April 9, 2014 and that Debtor's reply to objections, if any is extended to April 11, 2014.

WHEREAS, on March 27, 2014, Cathay Bank agreed to further extend Debtors' deadline to respond to the Trustee Motion to April 8, 2014; and

NOW THEREFORE, the Debtors, Parent, Cathay, the Committee and the UST hereby stipulate and agree to the following:

IT IS FURTHER STIPULATED AND AGREED that the objection deadline to the Trustee Motion is extended to April 8, 2014; and

IT IS FURTHER STIPULATED AND AGREED that all parties' rights are hereby reserved; and

IT IS FURTHER STIPULATED AND AGREED that all other terms of the Continuance Order shall remain in effect.

Dated this 1st day of April, 2014.

Prepared and Respectfully Submitted by:

**FOX ROTHSCHILD LLP**

By  */s/Brett Axelrod*
    BRETT A. AXELROD, ESQ.
    Nevada Bar No. 5859
    MICAELA RUSTIA MOORE, ESQ.
    Nevada Bar No. 9676
    3800 Howard Hughes Parkway, Suite 500
    Las Vegas, Nevada 89169
*Counsel for Martifer Aurora Solar, LLC and Martifer Solar USA, Inc.*

**OFFICE OF THE UNITED STATES TRUSTEE**

By  *s/J. Michal Bloom*
    J. Michal Bloom
    Trial Attorney for Acting U.S. Trustee, Tracy Hope Davis

**THE SCHWARTZ LAW FIRM, INC.**

By  *s/Brian A. Lindsey*
    Samuel A. Schwartz, Esq.
    Nevada Bar No. 10985
    Bryan A. Lindsey, Esq.
    Nevada Bar No. 10662
*Counsel for Martifer Solar, Inc*

**FRANZEL ROBINS BLOOM & CSATO, L.C.**

By  *s/Reed S. Waddell*
    Michael G. Fletcher, Esq.
    Admitted Pro Hac Vice
    Reed S. Waddell, Esq.
    Admitted Pro Hac Vice
    6500 Wilshire Boulevard, 17th Floor
    Los Angeles, California 90048

and

    Natalie M. Cox, Esq.
    Nevada Bar No. 762
    Randolph L. Howard, Esq.
    Nevada Bar No. 6688
    **KOLESAR & LEATHAM**
    400 South Rampart Blvd., Suite 400
    Las Vegas, Nevada 89145
*Attorneys for Cathay Bank*

**PACHULSKI STANG ZIEHL & JONES LLP**

By  *s/Shirley S. Cho*
    Shirley S. Cho, Esq.
    Admitted Pro Hac Vice
    Bradford J. Sandler, Esq.
    Admitted Pro Hac Vice
    10100 Santa Monica Blvd., Suite 1300
    Los Angeles, California 90067

and

    Zachariah Larson, Esq.
    Nevada Bar No. 7787
    Matthew C. Zirzow, Esq.
    **LARSON & ZIRZOW**
    Nevada Bar No. 7222
    810 S. Casino Center Blvd., Suite 101
    Las Vegas, Nevada 89101
*Proposed Attorneys for the Official Committee of Unsecured Creditors*

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

ACTIVE 25280562v1 04/01/2014

5