BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
MICAELA RUSTIA MOORE, ESQ.
Nevada Bar No. 9676
**FOX ROTHSCHILD LLP**
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: baxelrod@foxrothschild.com
         mmoore@foxrothschild.com
*Counsel for Martifer Solar USA, Inc.
and Martifer Aurora Solar, LLC*

Electronically Filed April 8, 2014

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re

MARTIFER AURORA SOLAR, LLC, a
Nevada limited liability company,

☐ Affects Martifer Aurora Solar, LLC
☐ Affects Martifer Solar USA, Inc.
☒ Affects all Debtors

Case Nos. BK-S-14-10355-abl and
BK-S-14-10357-abl

Jointly Administered under
Case No. BK-S-14-10355-abl

Chapter 1

**DECLARATION OF MICHAEL TUCKER IN SUPPORT OF (A) MOTION FOR INTERIM AND FINAL ORDER PURSUANT TO 11 U.S.C. §§ 361,362 AND 363 AND FED. R. BANKR. P. 4001(B) AND 4001(D): (I) AUTHORIZING DEBTORS TO USE CASH COLLATERAL AND PROVIDE ADEQUATE PROTECTION; (II) GRANTING RELATED RELIEF; AND (III) SCHEDULING FINAL HEARING; AND (B) AMENDED MOTION FOR AUTHORITY TO OBTAIN CREDIT UNDER SECTION 364(B), RULE 4001(C) OR (D) MOTION FOR ORDER PURSUANT TO 11 U.S.C. § 364 AND FED. R. BANKR. P. 4001(C): (I) AUTHORIZING DEBTORS TO OBTAIN POSTPETITION FINANCING; (II) GRANTING RELATED RELIEF; AND (III) SCHEDULING FINAL HEARING**

Hearing Date:   April 14, 2014
Hearing Time:   9:30 a.m.

ACTIVE 25351506v1 04/08/2014

1

I, Michael Tucker, being duly sworn, deposes and declares under the penalty of perjury:

1. I am over the age of 18, am mentally competent, have personal knowledge of the facts in this matter, except where stated as based upon information and belief, and if called upon to testify, could and would do so.

2. I am a Senior Managing Director of FTI Consulting, Inc. ("FTI"), engaged and authorized to assist the Debtors in their restructuring efforts. In addition, I have been engaged and authorized to serve as the Debtors' Chief Restructuring Officer ("CRO").

3. I submit this Declaration in support of the Motion for Interim and Final Order Pursuant to 11 U.S.C. §§ 361, 362 and 363 and Fed. R. Bankr. P. 4001(b) and 4001(d): (I) Authorizing Debtors to Use Cash Collateral and Provide Adequate Protection; (II) Granting Related Relief; and (III) Scheduling Final Hearing [Docket No. 25] (the "Cash Collateral Motion") and the Amended Motion for Authority to Obtain Credit Under Section 364(b), Rule 4001(c) or (d) Motion for Order Pursuant to 11 U.S.C. § 364 and Fed. R. Bankr. P. 4001(c): (I) Authorizing Debtors to Obtain Postpetition Financing; (II) Granting Related Relief; and (III) Scheduling Final Hearing [Docket No. 101] (the "DIP Motion").[1]

4. Based on the developments in the Chapter 11 Cases to date, the Debtors have revised the 13-week cash budget attached as Exhibit 2 to the Declaration of James Wong filed in support of Debtors' Reply to Cathay Bank's Omnibus Opposition to Entry of Final Orders Authorizing the Debtors to Use the Bank's Cash Collateral and Obtain Post-Petition Financing on the Terms the Debtors Propose [Docket No. 520]. Attached hereto as Exhibit 1 is the Revised Cash Budget.

///

///

///

///

---

[1] All capitalized terms not defined herein shall have the meanings ascribed to them in the Cash Collateral Motion and DIP Motion.

I verify under penalty of perjury that the foregoing statement is true and correct to the best of my information, knowledge and belief.

Executed this 8th day of April 2014.

*Michael A Tucker*
_____
Michael Tucker

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

# EXHIBIT 1
## REVISED CASH BUDGET

**Martifer Solar USA, Inc.**
Weekly Cash Flow Projections for Weeks Beginning 3/31/14 to 5/26/14

| Week # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Beginning Date | 3/31/14 | 4/7/14 | 4/14/14 | 4/21/14 | 4/28/14 | 5/5/14 | 5/12/14 | 5/19/14 | 5/26/14 | Totals | [1], [2] |
| Cash Receipts (Legacy) | $ 12,532 | $ - | $ 977,000 | $ - | $ - | $ - | $ - | $ - | $ - | $ 989,532 | |
| Cash Receipts (New Busi.) | - | - | - | - | - | - | - | - | - | - | |
| **Total Cash Receipts** | 12,532 | - | 977,000 | - | - | - | - | - | - | 989,532 | |
| Direct Materials + Subs (Legacy) | 10,000 | 10,000 | 500,000 | 50,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 620,000 | |
| Direct Materials + Subs (New Busi.) | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 135,000 | |
| **Total Dir. Mat. Disbursements** | 25,000 | 25,000 | 515,000 | 65,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 755,000 | |
| Payroll and Payroll Taxes | 151,119 | - | 151,119 | 461,000 | 138,000 | - | 138,000 | - | 138,000 | 1,177,237 | [3] |
| Insurance | - | - | - | - | 48,000 | - | - | - | 48,000 | 96,000 | |
| Travel and related expenses | - | - | - | - | 36,000 | - | - | - | 36,000 | 72,000 | |
| Fuel | 3,700 | - | - | - | - | 3,700 | - | - | - | 7,400 | |
| Rent | - | - | - | - | 22,050 | - | - | - | 22,050 | 44,100 | |
| Utilities | - | - | - | - | 12,000 | - | - | - | 12,000 | 24,000 | |
| Office Expenses | 12,000 | - | - | - | - | 12,000 | - | - | - | 24,000 | |
| IT Services | - | - | - | - | 20,000 | - | - | - | 20,000 | 40,000 | |
| Outside Services | 38,000 | - | - | - | - | 38,000 | - | - | - | 76,000 | |
| Vehicle Leases | 8,250 | - | - | - | - | 8,250 | - | - | - | 16,500 | |
| Contingency | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 67,500 | |
| **Total Operating Disbursements** | 220,569 | 7,500 | 158,619 | 468,500 | 283,550 | 69,450 | 145,500 | 7,500 | 283,550 | 1,644,737 | |
| **Net Operating Cash Flows** | (233,036) | (32,500) | 303,381 | (533,500) | (308,550) | (94,450) | (170,500) | (32,500) | (308,550) | (1,410,205) | |
| Debtor's Legal Fees (Ch.11) | - | - | - | - | - | - | - | - | - | - | |
| Debtor's FA Fees - Armory Consulting | - | - | - | - | - | - | - | - | - | - | |
| Debtor's CRO Hourly Fees | - | - | - | - | - | - | - | - | - | - | |
| Debtor's Fixed Fee Temporary Employees | - | - | - | - | - | - | - | - | - | - | |
| Debtor's Temporary Employee Completion Fee | - | - | - | - | - | - | - | - | - | - | |
| Debtor's Legal Fees (Other) | - | - | - | - | - | - | - | - | - | - | |
| Committee's Fees | - | - | - | - | - | - | - | - | - | - | |
| Chapter 11 UST Fees | - | - | 9,750 | - | - | - | - | - | - | 9,750 | |
| Independent Board Member | - | - | - | - | - | - | - | - | - | - | |
| Merrill Data Room | - | - | 10,000 | - | - | 500 | - | - | - | 10,500 | |
| **Total Professional Fees** | - | - | 19,750 | - | - | 500 | - | - | - | 20,250 | [4] |
| Cathay Escrow Account Funding | - | - | - | - | - | - | - | - | - | - | |
| Interest Expense- Secured Debt | - | - | - | - | 38,500 | - | - | - | 38,500 | 77,000 | [5] |
| Net Cash Flow Before DIP Draws | (233,036) | (32,500) | 283,631 | (533,500) | (347,050) | (94,950) | (170,500) | (32,500) | (347,050) | (1,507,455) | |
| Beginning Cash | 1,164,959 | 931,922 | 899,422 | 1,183,054 | 649,554 | 500,000 | 500,000 | 500,000 | 500,000 | 1,164,959 | [6] |
| DIP Facility Draws | - | - | - | - | 197,496 | 94,950 | 170,500 | 32,500 | 347,050 | 842,496 | [7] |
| **Net Ending Cash** | $ 931,922 | $ 899,422 | $ 1,183,054 | $ 649,554 | $ 500,000 | $ 500,000 | $ 500,000 | $ 500,000 | $ 500,000 | $ 500,000 | |
| **Beginning DIP Loan Balance** | $ 2,160,000 | $ 2,160,000 | $ 2,160,000 | $ 2,160,000 | $ 2,160,000 | $ 2,357,496 | $ 2,452,446 | $ 2,622,946 | $ 2,655,446 | $ 2,160,000 | |
| DIP facility Draws/(Repayments) | - | - | - | - | 197,496 | 94,950 | 170,500 | 32,500 | 347,050 | 842,496 | |
| **Ending DIP Loan Balance** | $ 2,160,000 | $ 2,160,000 | $ 2,160,000 | $ 2,160,000 | $ 2,357,496 | $ 2,452,446 | $ 2,622,946 | $ 2,655,446 | $ 3,002,496 | $ 3,002,496 | |

Notes:
[1] Weeks 1 - 3 represent budget circulated March 27th, 2014. The week beginning April 21st represents the budget circulated March 27th, 2014, but also includes the $461,000 payment of the Key Employee Incentive Plan ("KEIP").
[2] Dates represent weeks beginning Monday.
[3] Payroll and Payroll Taxes are for approximately 30 full-time employees. Assumes KEIP will be funded in the week beginning April 21st. The KEIP funds will be placed into a separate bank account and will be paid pending milestone achievements and Court Order.
[4] Excludes accrued and unpaid professional fees.
[5] Calculation of payment adjusted for $2.1M paydown. The default interest rate at 11% per annum based on a principal balance of $4.2 million.
[6] Beginning cash balance includes prepayment balance of approximately $160,000 related to a project. Assumes $500K minimum cash balance.
[7] The DIP facility interest rate is 9.0% per annum; accrues and compounds monthly; is computed on the basis of a 365 day year. Accrued interest is not included in the DIP balances.