_____
Honorable August B. Landis
United States Bankruptcy Judge

**Entered on Docket**
**April 18, 2014**

_____

Bradford J. Sandler (admitted pro hac vice)
Shirley S. Cho (admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., Suite 1300
Los Angeles, California 90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: bsandler@pszjlaw.com
 scho@pszjlaw.com

Zachariah Larson, Esq. (NV Bar No. 7787)
Matthew C. Zirzow (NV Bar No. 7222)
LARSON & ZIRZOW, LLC
810 S. Casino Center Blvd. Ste 101
Las Vegas, Nevada 89101
Telephone:  702/382-1170
Facsimile:   702/382-1169
Email:  zlarson@lzlawnv.com
mzirzow@lzlawnv.com

Attorneys for the Official Committee of
Unsecured Creditors of Martifer Solar, USA

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>MARTIFER AURORA SOLAR, LLC, a Nevada limited liability company,<br><br>☐   Affects Martifer Aurora Solar, LLC<br>☑   Affects Martifer Solar USA, Inc.<br>☐   Affects All Debtors | Case No.: 14-10355-ABL<br>Chapter 11<br><br>**ORDER GRANTING APPLICATION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY PACHULSKI STANG ZIEHL & JONES LLP AS ITS COUNSEL NUNC PRO TUNC TO FEBRUARY 28, 2014**<br><br>Date:   April 14, 2014<br>Time:  9:30 a.m. |

DOCS_LA:275954.2 54697/001

Upon the application (the "Application")[1] of the Official Committee of Unsecured Creditors (the "Committee") of Martifer Solar USA, Inc. ("Martifer"), seeking authorization to employ and retain Pachulski Stang Ziehl & Jones LLP ("PSZ&J" or the "Firm") as counsel for the Committee [ECF No. 395]; and upon the *Declaration of Shirley S. Cho in Support of Application of Official Committee of Unsecured Creditors to Employ Pachulski Stang Ziehl & Jones LLP as Its Counsel Nunc Pro Tunc to February 28, 2014* [ECF No. 396] (the "Cho Declaration"), which was submitted concurrently with the Application; the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and reference from the District Court pursuant to 28 U.S.C. § 157; (b) notice of the Application and the hearing on the Application was sufficient under the circumstances and no further notice need be given; (c) the Court being satisfied, based on the representations made in the Application, the Cho Declaration that PSZ&J represents or holds no interest adverse to the Debtor or the Debtor's estates with respect to the matters upon which it is to be engaged, and is disinterested as that term is defined under section 101(14) of the Bankruptcy Code; the Court having determined that the legal and factual bases set forth in the Application and the Cho Declaration establish just cause for the relief granted herein, and it appearing that the employment of PSZ&J is necessary and in the best interests of the Debtor's estates, its creditors and other parties in interest;

**IT IS HEREBY ORDERED THAT:**

1. The Application shall be, and hereby is, GRANTED.

2. The Committee is hereby authorized to retain and employ PSZ&J as counsel to the Committee pursuant to section 1103(a) of the Bankruptcy Code and Bankruptcy Rule 2014 *nunc pro tunc* to February 28, 2014.

3. PSZ&J shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtor's case in compliance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, and any applicable procedures and orders of this Court.

4. PSZ&J is authorized to render professional services to the Committee as described in the Application.

---

[1] Capitalized terms, unless otherwise defined herein, shall have the meanings ascribed to them in the Application.

DOCS_LA:275954.2 54697/001      2

1    5. The Committee and PSZ&J are authorized and empowered to take all actions
2 necessary to implement the relief granted in this Order.

3    6. The terms and conditions of this Order shall be immediately effective and enforceable
4 upon its entry.

5    7. This Court shall retain jurisdiction with respect to all matters arising from or related
6 to the implementation of this Order.

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED BY:

By:    /s/ Matthew C. Zirzow
PACHULSKI STANG ZIEHL & JONES LLP
Bradford J. Sandler, Esq.
*Admitted Pro Hac Vice*
Shirley S. Cho, Esq.
*Admitted Pro Hac Vice*
10100 Santa Monica Blvd., Suite 1300
Los Angeles, California 90067

LARSON & ZIRZOW, LLC
Zachariah Larson, Esq. (NV Bar No. 7787)
Matthew C. Zirzow, Esq. (NV Bar No. 7222)
810 S. Casino Center Blvd. Ste 101
Las Vegas, Nevada 89101

Attorneys for the Official Committee of
Unsecured Creditors of Martifer Solar USA, Inc.

APPROVED / ~~DISAPPROVED~~:

By:    /s/ Jonas V. Anderson
OFFICE OF THE UNITED STATES TRUSTEE
Jonas V. Anderson
300 Las Vegas Blvd. South, Suite 4300
Las Vegas, Nevada 89101

APPROVED / ~~DISAPPROVED~~:

By:    /s/ Micaela Rustia Moore
FOX ROTHSCHILD LLP
Brett A. Axelrod, Esq. (NV Bar No. 5859)
Micaela Rustia Moore, Esq. (NV Bar No. 9676)
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169

Counsel for Martifer Aurora Solar, LLC
and Martifer Solar USA, Inc.

APPROVED / ~~DISAPPROVED~~:

By:    /s/ RE Hawkins
HAWKINS, BOLEY & ALDABBAGH
Richard E. Hawkins, Esq. (NV Bar No. 3731)
3143 Industrial Road
Las Vegas, Nevada 89109

Attorney for Alternative Energy Financing, LLC

APPROVED / ~~DISAPPROVED~~:

By:    /s/ Samuel A. Schwartz
THE SCHWARTZ LAW FIRM
Samuel A. Schwartz, Esq. (NV Bar No. 10985)
6623 Las Vegas Blvd. So., #300
Las Vegas, Nevada 89119

Attorneys for Martifer Solar, Inc.

| | |
|---|---|
| APPROVED / ~~DISAPPROVED~~: | APPROVED / ~~DISAPPROVED~~: |
| By: /s/ Reed S. Waddell | By: /s/ Jeff Sloane |
| KOLESAR & LEATHAM | LAW OFFICES OF JEFFREY G. SLOANE |
| Natalie M. Cox, Esq. (NV Bar No. 762) | Jeffrey G. Sloane, Esq. (NV Bar No. 784) |
| Randolph L. Howard, Esq. (NV Bar No. 6688) | 8935 S. Pecos Road, Suite 21-A |
| 400 South Rampart Blvd., Suite 400 | Henderson, Nevada 89074 |
| Las Vegas, Nevada 89145 | |
| and | and |
| FRANZEL ROBINS BLOOM & CSATO | GLICKFELD, FIELDS & JACOBSON LLP |
| Michael G. Fletcher, Esq. | Lawrence M. Jacobson, Esq. |
| *Admitted Pro Hac Vice* | California Bar No. 100939 |
| Reed S. Waddell, Esq. | 9720 Wilshire Boulevard, Suite 700 |
| *Admitted Pro Hac Vice* | Beverly Hills, California 90212 |
| 6500 Wilshire Boulevard, 17th Floor | |
| Los Angeles, California 90048 | Attorneys for CBS Broadcasting Inc. and Radford Studio Center Inc. |
| Attorneys for Cathay Bank | |

## LR 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐  The court has waived the requirement of approval under LR 9021(b)(1).

☐  No party appeared at the hearing or filed an objection to the motion.

☒  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above.

☐  I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###

DOCS_LA:275954.2 54697/001

4