MICHAEL GERARD FLETCHER, ESQ.
California Bar No. 070849
REED S. WADDELL, ESQ.
California Bar No. 106644
**FRANDZEL ROBINS BLOOM & CSATO, L.C.**
6500 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048-4920
Telephone: (323) 852-1000
Facsimile: (323) 651-2577
E-Mail:   mfletcher@frandzel.com
          rwaddell@frandzel.com
and
NATALIE M. COX, ESQ.
Nevada Bar No. 007662
RANDOLPH L. HOWARD, ESQ.
Nevada Bar No. 006688
**KOLESAR & LEATHAM**
400 South Rampart Boulevard
Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail:   ncox@klnevada.com
          rhoward@klnevada.com

Attorneys for Secured Creditor
**CATHAY BANK**

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>MARTIFER AURORA SOLAR, LLC, a Nevada limited liability company.<br><br>          Debtor.<br><br>☐ Affects Martifer Aurora Solar, LLC<br>☐ Affects Martifer Solar USA, Inc.<br>☒ Affects All Debtors | Case Nos. BK-S-14-10355-abl and BK-S-14-10357-abl<br><br>Jointly Administered Under Case No. BK-S-14-10355-abl<br><br>Chapter 11<br><br>**NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF CATHAY BANK'S MOTION FOR AN ORDER DIRECTING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE IN THESE BANKRUPTCY CASES PURSUANT TO 11 U.S.C. § 1104(a) OR, ALTERNATIVELY, CONVERTING OR DISMISSING THESE BANKRUPTCY CASES TO CASES UNDER CHAPTER 7 OF THE BANKRUPTCY CODE PURSUANT TO 11 U.S.C. § 1112(b)**<br><br>Hearing Date:   May 12, 2014<br>Hearing Time:   9:30 a.m. |

1457938.1 | 023000-0918

NOTICE OF WITHDRAWAL OF MX FOR ORDER DIRECTING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE IN THESE BANKRUPTCY CASES OR, ALTERNATIVELY, DISMISSING OR CONVERTING THESE BANKRUPTCY CASES

1 | Cathay Bank hereby withdraws, without prejudice, its Motion for an Order Directing the
2 | Appointment of a Chapter 11 Trustee in These Bankruptcy Cases Pursuant to 11 U.S.C. § 1104(a)
3 | or, Alternatively, Converting or Dismissing These Bankruptcy Cases to Cases Under Chapter 7 of
4 | the Bankruptcy Code Pursuant to 11 U.S.C. § 1112(b) filed March 26, 2014 [ECF No. 515].

5 | DATED: April 29, 2014

**FRANDZEL ROBINS BLOOM & CSATO, L.C.**
MICHAEL GERARD FLETCHER, ESQ.
REED S. WADDELL, ESQ.

By: /s/ Reed S. Waddell
   REED S. WADDELL, ESQ.
   Attorneys for Secured Creditor CATHAY BANK

1457938.1 | 023000-0918

1

NOTICE OF WITHDRAWAL OF MX FOR ORDER DIRECTING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE IN THESE BANKRUPTCY CASES OR, ALTERNATIVELY, DISMISSING OR CONVERTING THESE BANKRUPTCY CASES