MICHAEL GERARD FLETCHER, ESQ.
California Bar No. 070849
REED S. WADDELL, ESQ.
California Bar No. 106644
**FRANDZEL ROBINS BLOOM & CSATO, L.C.**
6500 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048-4920
Telephone: (323) 852-1000
Facsimile: (323) 651-2577
E-Mail:  mfletcher@frandzel.com
         rwaddell@frandzel.com
and
NATALIE M. COX, ESQ.
Nevada Bar No. 007662
RANDOLPH L. HOWARD, ESQ.
Nevada Bar No. 006688
**KOLESAR & LEATHAM**
400 South Rampart Boulevard
Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail:  ncox@klnevada.com
         rhoward@klnevada.com

Attorneys for Secured Creditor
**CATHAY BANK**

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case Nos. BK-S-14-10355-abl and BK-S-14-10357-abl |
| MARTIFER AURORA SOLAR, LLC, a Nevada limited liability company. | Jointly Administered Under Case No. BK-S-14-10355-abl |
| Debtor. | Chapter 11 |
| ☐ Affects Martifer Aurora Solar, LLC<br>☐ Affects Martifer Solar USA, Inc.<br>☒ Affects All Debtors | **CATHAY BANK'S STATEMENT OF POSITION REGARDING THE FIRST INTERIM APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE INTERIM FEE PERIOD ENDING APRIL 30, 2014, FILED BY (1) FOX ROTHSCHILD LLP, (2) FOLEY HOAG LLP, AND (3) WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN LLP** |
| | Hearing Date:    June 9, 2014<br>Hearing Time:    9:30 a.m. |

1475791.1 | 023000-0918

CATHAY BANK'S STATEMENT OF POSITION REGARDING FIRST INTERIM FEE APPLICATIONS

1    Cathay Bank ("Bank") respectfully submits this Statement of Position Regarding the First

2    Interim Applications for Compensation and Reimbursement of Expenses for the Interim Fee

3    Period Ending April 30, 2014, Filed by (1) Fox Rothschild LLP, (2) Foley Hoag LLP, and (3)

4    Wolf, Rifkin, Shapiro, Schulman & Rabkin LLP on May 12, 2014 (ECF Nos. 761, 763, and 765).

5    The Bank takes no position as to whether the requested compensation and reimbursement

6    of expenses represents reasonable compensation for actual, necessary services and reimbursement

7    for actual, necessary expenses within the meaning of 11 U.S.C. §§ 330 and 331. The Bank files

8    this Statement of Position to indicate that the Bank does not consent to use of its cash collateral to

9    pay any such compensation or expenses.

10    Furthermore, payment of any amount to be paid on account of the Carve-Out (as such term

11    is used in the Order Approving Stipulation and Final Order Pursuant to 11 U.S.C. §§ 361, 362 and

12    363 and Fed. R. Bankr. P. 4001(b) and 4001(d): (I) Authorizing Debtors to Use Cash Collateral

13    and Provide Adequate Protection; and (II) Granting Related Relief entered May 23, 2014 (ECF

14    No. 822)) is fully subordinate to the Bank's pre- and post-petition liens, replacement liens, and

15    security interests.

16    DATED: May 27, 2014          FRANDZEL ROBINS BLOOM & CSATO, L.C.
                                     MICHAEL GERARD FLETCHER, ESQ.
17                                   REED S. WADDELL, ESQ.

18                                   By:  /s/ Reed S. Waddell

19                                         REED S. WADDELL, ESQ.
                                           Attorneys for Secured Creditor CATHAY BANK
20

21

22

23

24

25

26

27

28