DAWN M. CICA, ESQ. (NV Bar No. 4565)
MICAELA RUSTIA MOORE (NV Bar No. 9676)
**FOX ROTHSCHILD LLP**
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: dcica@foxrothschild.com
       mmoore@foxrothschild.com
*Counsel for Martifer Solar Aurora, LLC
and Martifer Solar USA, Inc.*

Electronically Filed June 25, 2014

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>MARTIFER AURORA SOLAR, LLC, a Nevada limited liability company,<br><br>☐ Affects Martifer Aurora Solar, LLC<br>☐ Affects Martifer Solar USA, Inc.<br>☒ Affects all Debtors | Case Nos. BK-S-14-10355-abl and BK-S-14-10357-abl<br><br>Jointly Administered under<br>Case No. BK-S-14-10355-abl<br><br>Chapter 11<br><br>**NOTICE OF AUCTION RESULTS IN CONNECTION WITH THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS; (B) STALKING HORSE BID PROTECTIONS; (C) FORM AND MANNER OF NOTICE OF THE SALE HEARING; (D) SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS, EXCEPT AS PROVIDED IN THE SUCCESSFUL BIDDER'S ASSET PURCHASE AGREEMENT; (E) PURCHASE AGREEMENT THERETO; (F) ASSUMPTION AND ASSIGNMENT OF CERTAIN OF THE DEBTORS' EXECUTORY CONTRACTS AND UNEXPIRED LEASES RELATED THERETO; AND (G) RELATED RELIEF** |

**PLEASE TAKE NOTICE THAT** Martifer Aurora Solar, LLC and Martifer Solar USA, Inc. debtors and debtor in possession in the above-captioned Chapter 11 bankruptcy cases, having received no Qualified Bids[1] other than the Stalking Horse Bid for the Assets by the deadline for submission set forth in the Order Pursuant to Sections 105(a), 363, 365, 503 and 507 of the Bankruptcy Code and Rules 2002, 6004, 6006, 9007, 9008 and 9014 of the Federal Rules of Bankruptcy Procedure Approving and Authorizing: (A) Bidding Procedure in Connection with the Sale of Substantially All of the Debtors' Assets; (B) Stalking Horse Bid Protections; (c) Form and Manner of Notice of the Sale Hearing; (d) Sale of Substantially all of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests, Except as Provided in the Successful Bidder's Asset Purchase Agreement; (E) Purchase Agreement Thereto; (F) Assumption and Assignment of Certain of the Debtors' Executory Contracts and Unexpired Leases Related Thereto; and (G) Related Relief [Docket 915] (the "<u>Bid Procedures Order</u>"), hereby names BayWa r.e. Solar LLC as the Prevailing Purchaser of the Assets and the BayWa Asset Purchase Agreement [Docket No. 889], as amended, modified, or supplemented from time to time, including by the Second Supplement to the Motion for Entry of an Order Pursuant to Sections 105(a), 363, 365, 503 and 507 of the Bankruptcy Code and Rules 2002, 6004, 6006, 9007, 9008 and 9014 of the Federal Rules of Bankruptcy Procedure Approving and Authorizing: (A) Bidding Procedures in Connection with the Sale of Substantially All of the Debtors' Assets; (B) Stalking Horse Bid Protections; (C) Form and Manner of Notice of the Sale Hearing; (D) Sale of Substantially all of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests, Except as Provided in the Successful Bidder's Asset Purchase Agreement; (E) Purchase Agreement Thereto; (F) Assumption and Assignment of Certain of the Debtors' Executory Contracts and Unexpired Leases Related thereto and (G) Related Relief [Docket No. 918] as the Final APA and the Prevailing Purchaser Offer as defined in the Bid Procedures Order.

///

///

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Sale Motion

**PLEASE TAKE FURTHER NOTICE** that the Auction scheduled for June 26, 2014 at 9:00 a.m. is cancelled.

DATED this 25th day of June, 2014.

**FOX ROTHSCHILD LLP**

By  *Dawn M. Cica*
    DAWN M. CICA, ESQ.
    Nevada Bar No. 4565
    MICAELA RUSTIA MOORE, ESQ.
    Nevada Bar No. 9676
    3800 Howard Hughes Parkway, Suite 500
    Las Vegas, Nevada 89169
*Counsel for Martifer Aurora Solar, LLC
and Martifer Solar USA, Inc.*

ACTIVE 26128611v1 06/25/2014                3