

_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
July 09, 2014

_____

DAWN M. CICA (NV BAR NO. 4565)
MICAELA RUSTIA MOORE (NV BAR NO. 9676)
**FOX ROTHSCHILD LLP**
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169 Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: dcica@foxrothschild.com
          mmoore@foxrothschild.com
*Counsel for Martifer Aurora Solar, LLC
and Martifer Solar USA, Inc.*

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| In re | Case Nos. BK-S-14-10355-abl and BK-S-14-10357-abl |
|---|---|
| MARTIFER AURORA SOLAR, LLC, a Nevada limited liability company, | Jointly Administered under Case No. BK-S-14-10355-abl |
| ☐ Affects Martifer Aurora Solar, LLC ☐ Affects Martifer Solar USA, Inc. ☒ Affects all Debtors | Chapter 11 |
| | **ORDER GRANTING DEBTORS' MOTION FOR APPROVAL, PURSUANT TO FED. R. BANKR. P. 9019, OF SETTLEMENT AGREEMENT WITH CATHAY BANK** |
| | Hearing Date: July 8, 2014 Hearing Time: 1:30 p.m. |

ACTIVE 26253648v1 07/09/2014

The Court, having reviewed and considered Debtors'[1] Motion [ECF No. 1002(the "Motion")] for an order, pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure, for approval of the compromise embodied in the Settlement and Release Agreement with Cathay Bank ("Settlement Agreement") attached thereto, as amended; and upon consideration of the Declaration of Michael Tucker in support thereof [ECF No. 1006]; and the Debtor having appeared by and through its counsel, Fox Rothschild LLP, and all other appearances having been noted on the record; the Court having stated its findings of fact and conclusions of law on the record at the hearing on the Motion, which findings of fact and conclusions of law are incorporated herein by this reference in accordance with Federal Rule of Civil Procedure 52, as made applicable by Bankruptcy Rule 9014; and it appearing that the relief requested is warranted on the grounds, among others, that the Settlement Agreement: (a) was negotiated in good faith and is fair and equitable, (b) contemplates an immediate resolution of all disputes between the Debtors and Cathay on terms favorable to the Debtors; (c) avoids litigation that could prove to be protracted and expensive; and (d) is in the best interests of the Debtors, the Estates and the Debtors' creditors because, among other things, it (i) resolves issues between the Debtors and Cathay without the incurrence of additional expense, and (ii) creates the potential for recovery by unsecured creditors; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED** that the Motion is GRANTED; and

**IT IS FURTHER ORDERED** that

1. The Settlement Agreement between the Debtors and Cathay is APPROVED;

2. The Debtors are authorized to take all actions contemplated by the Settlement Agreement according to the terms and provisions thereof, including but not limited to making the payments to Cathay required therein directly from the Sale Escrow without further Order of this Court;

---

[1] All capitalized, undefined terms shall have the meaning ascribed to them in the Motion.

ACTIVE 26253648v1 07/09/2014

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

3. Once Effective in accordance with its terms, all provisions of the Settlement Agreement expressly including the release provisions set forth therein, are binding upon Cathay and any assignee or successor entity thereto; the Debtors; the Debtors' bankruptcy estates, the Committee, and/or any successor entity to any of the foregoing, and any trustee appointed in the Bankruptcy Case, whether prior to or after conversion of the Bankruptcy Case to a case under Chapter 7 of the Bankruptcy Code.

4. This Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or related to the implementation and interpretation of this Order.

5. Other than as set forth above, nothing in this order shall alter the provisions of the Sale Order.

Respectfully submitted by:

**FOX ROTHSCHILD LLP**

By   */s/Dawn M. Cica*
    DAWN M. CICA, ESQ.
    Nevada Bar No. 4565
    MICAELA RUSTIA MOORE, ESQ.
    Nevada Bar No. 9676
    3800 Howard Hughes Parkway, Suite 500
    Las Vegas, Nevada 89169
*Counsel for Martifer Aurora Solar, LLC and Martifer Solar USA, Inc.*

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

3

ACTIVE 26253648v1 07/09/2014

# CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, counsel submitting this document certifies as follows:

☐ The Court has waived the requirement of approval in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

REED S. WADDELL
FRANDZEL ROBINS BLOOM & CSATO, L.C.
COUNSEL FOR CATHAY BANK

**APPROVED** / ~~DISAPPROVED~~

SAM A. SCHWARTZ
THE SCHWARTZ LAW FIRM, INC.
COUNSEL FOR MARTIFER SOLAR, INC.

~~APPROVED~~ / **DISAPPROVED**

SCOTT FLEMING
ARMSTRONG & TEASDALE
COUNSEL FOR CBS BROADCASTING

**APPROVED** / ~~DISAPPROVED~~

SHIRLEY S. CHO
PACHULSKI STANG ZIEHL & JONES LLP
COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

**APPROVED** / ~~DISAPPROVED~~

FREDRIC SOSNICK
SHEARMAN & STERLING LLP
COUNSEL FOR BAYWA

**APPROVED** / ~~DISAPPROVED~~

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)