_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
October 16, 2014

_____

Bradford J. Sandler (*admitted pro hac vice*)
Shirley S. Cho (*admitted pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., Suite 1300
Los Angeles, CA  90067
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: bsandler@pszjlaw.com
          scho@pszjlaw.com

Matthew C. Zirzow (NV Bar No. 7222)
LARSON & ZIRZOW LLC
810 S. Casino Center Blvd. #101
Las Vegas, NV 89101
Telephone:  702/382-1170
Facsimile:   702/382-1169
Email: mzirzow@lzlawnv.com

Attorneys for the Official Committee of
Unsecured Creditors of Martifer Solar USA, Inc.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re:<br><br>MARTIFER AURORA SOLAR, LLC, a Nevada limited liability company,<br><br>☐  Affects Martifer Aurora Solar, LLC<br>☑  Affects Martifer Solar USA, Inc.<br>☐  Affects All Debtors | Case No.: BK-S-14-10355-abl<br>and BK-S-14-10357-abl<br>(Jointly Administered)<br>Chapter 11<br><br>Hearing Date:    October 7, 2014<br>Time:                 1:30 p.m. |
|---|---|

**ORDER GRANTING MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ISSUANCE OF ORDER REQUIRING MARTIFER SOLAR, INC. TO FUND THE COMMITTEE CARVE OUT PURSUANT TO THE FINAL DIP ORDER**

Upon consideration of the *Motion of the Official Committee of Unsecured Creditors for Issuance of Order Requiring Martifer Solar, Inc. to Fund the Committee Carve Out Pursuant to the Final DIP Order* [Docket No. 1301] (the "Motion")[1]; the Court having reviewed and considered the matter, and all oppositions and replies thereto; the Court having held a hearing on the matter and having heard and considered the arguments of counsel; the Court having placed its findings of fact and conclusions of law on the record at the oral ruling on October 7, 2014, which are incorporated herein pursuant to Rule 52 of the Federal Rules of Civil Procedure, as made applicable to this proceeding pursuant to Rules 7052 and 9014(a) and (c) of the Federal Rules of Bankruptcy Procedure; and good cause appearing;

**IT IS HEREBY ORDERED:**

1. The Motion is GRANTED and Martifer Solar, Inc. (the "Parent") shall have fourteen (14) days from the date of entry of this Order to fund the Committee Carve Out in the amount of $325,000.

2. The Motion is granted pursuant to section 105(a) of the Bankruptcy Code as necessary or appropriate to carry out the provisions of the Bankruptcy Code and to implement a prior Court Order.

3. The Parent is not held in contempt of Court.

4. The Court reserves jurisdiction over the implementation of this Order, and any further remedies as may be needed to enforce compliance.

**IT IS SO ORDERED.**

. . .

. . .

. . .

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

| | |
|---|---|
| PREPARED AND SUBMITTED BY: | APPROVED / ~~DISAPPROVED~~: |
| By:    /s/ Matthew C. Zirzow | By:    /s/ Samuel A. Schwartz |
| Matthew C. Zirzow (NV Bar No. 7222)<br>LARSON & ZIRZOW, LLC<br>810 S. Casino Center Blvd., Suite 101<br>Las Vegas, NV 89101<br>Telephone: 702/382-1170<br>Facsimile: 702/382-1169<br>Email: mzirzow@lzlawnv.com | Samuel A. Schwartz, Esq.<br>Nevada Bar No. 10985<br>Bryan A. Lindsey, Esq.<br>Nevada Bar No. 10662<br>THE SCHWARTZ LAW FIRM, INC.<br>6623 Las Vegas Blvd. South, Suite 300<br>Las Vegas, Nevada 89119<br>Telephone: (702) 385-5544<br>Facsimile: (702) 385-2741 |
| and | Attorneys for Martifer Solar, Inc. |
| Bradford J. Sandler (admitted pro hac vice)<br>Shirley S. Cho (admitted pro hac vice)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., Suite 1300<br>Los Angeles, CA 90067<br>Telephone: 310/277-6910<br>Facsimile: 310/201-0760<br>Email: bsandler@pszjlaw.com<br>  scho@pszjlaw.com | |
| Attorneys for the Official Committee of Unsecured Creditors | |

APPROVED / ~~DISAPPROVED~~:

By:    /s/ Dawn Cica
DAWN CICA, ESQ.
Nevada Bar No.
MICAELA RUSTIA MOORE, ESQ.
Nevada Bar No. 9676
FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (702) 262-6899
Facsimile: (702) 597-5503

Counsel for Martifer Aurora Solar, LLC and Martifer Solar USA, Inc.

**LR 9021 CERTIFICATION**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court has waived the requirement of approval under LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Sam Schwartz, Esq.:          APPROVED

Dawn Cica, Esq.:             APPROVED

☐ I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

### #